GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096
dkitchens@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
KRISTOPHER P. DIULIO, SBN 229399
kdiulio@gibsondunn.com
JESSICA A. TAGGART, SBN 240575
jtaggart@gibsondunn.com
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220

Attorneys for Defendant
UBS AG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., | Case No. SACV08-01029 AG (RNBx) |
| Plaintiffs, | **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG** |
| v. | |
| UBS AG et al., | |
| Defendants. | |

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

1    Defendant UBS AG hereby answers the numbered paragraphs of Plaintiffs' Complaint as

2    follows:

3                    **ANSWER TO PLAINTIFFS' COMPLAINT**

4                              **Introduction**

5        1.    Paragraph 1 of the Complaint contains Plaintiffs' characterization of their action and

6    not allegations of fact for which an answer is necessary.  To the extent an answer is required, UBS

7    AG denies the allegations of paragraph 1.

8        2.    Paragraph 2 of the Complaint contains Plaintiffs' characterization of their action and

9    not allegations of fact for which an answer is necessary.  To the extent an answer is required, UBS

10   AG denies the allegations of paragraph 2.

11       3.    Paragraph 3 of the Complaint contains Plaintiffs' characterization of their action and

12   not allegations of fact for which an answer is necessary.  To the extent an answer is required, UBS

13   AG denies the allegations of paragraph 3.

14                          **Jurisdiction and Venue**

15       4.    UBS AG denies the allegations contained in paragraph 4.

16                                **Parties**

17       5.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

18   the allegations of paragraph 5, and on that basis denies such allegations.

19       6.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

20   the allegations of paragraph 6, and on that basis denies such allegations.

21       7.    Paragraph 7 contains Plaintiffs' characterization of the regulatory scheme in which

22   UBS AG operates and not allegations of fact for which an answer is required.  To the extent an

23   answer is required, UBS AG admits and alleges that it is a global, integrated investment services

24   firm, managed through business groups in various locations worldwide.  Depending on the business

25   unit involved and the geographic area in which it operates, it may be subject to regulation by one or

26   more governmental entities.

27       8.    Paragraph 8 contains Plaintiffs' characterization of the regulatory scheme in which

28   UBS AG operates and not allegations of fact for which an answer is required.  To the extent an

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

answer is required, UBS AG admits and alleges that it is a global, integrated investment services firm, managed through business groups in various locations worldwide. Depending on the business unit involved and the geographic area in which it operates, it may be subject to regulation by one or more governmental entities.

9.      UBS AG admits and alleges that UBS Bank USA is a federally regulated industrial bank located in Salt Lake City, Utah.

10.      UBS AG denies the allegations of paragraph 10.

11.      UBS AG admits the allegations contained in paragraph 11.

12.      UBS AG admits the allegations contained in paragraph 12.

13.      UBS AG admits the allegations contained in paragraph 13.

14.      UBS AG admits the allegations contained in paragraph 14.

15.      UBS AG admits the allegations contained in paragraph 15.

16.      UBS AG admits the allegations contained in paragraph 16.

17.      UBS AG admits the allegations contained in paragraph 17.

18.      UBS AG admits the allegations contained in paragraph 18.

19.      Paragraph 19 of the Complaint does not contain allegations of fact for which an answer is required.

20.      UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 20, and on that basis denies such allegations.

21.      UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 21, and on that basis denies such allegations.

22.      UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 22, and on that basis denies such allegations.

23.      UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 23, and on that basis denies such allegations.

24.      UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 24, and on that basis denies such allegations.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

25.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 25, and on that basis denies such allegations.

26.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 26, and on that basis denies such allegations.

27.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 27, and on that basis denies such allegations.

28.     Paragraph 28 of the Complaint does not contain allegations of fact for which an answer is required.

29.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 29, and on that basis denies such allegations.

30.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 30, and on that basis denies such allegations.

31.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 31, and on that basis denies such allegations.

32.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 32, and on that basis denies such allegations.

33.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 33, and on that basis denies such allegations.

34.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 34, and on that basis denies such allegations.

35.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 35, and on that basis denies such allegations.

36.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 36, and on that basis denies such allegations.

37.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 37, and on that basis denies such allegations.

38.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 38, and on that basis denies such allegations.

1   39.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

2   the allegations of paragraph 39, and on that basis denies such allegations.

3   40.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

4   the allegations of paragraph 40, and on that basis denies such allegations.

5   41.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

6   the allegations of paragraph 41, and on that basis denies such allegations.

7   42.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

8   the allegations of paragraph 42, and on that basis denies such allegations.

9   43.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

10   the allegations of paragraph 43, and on that basis denies such allegations.

11   44.    Paragraph 44 of the Complaint does not contain allegations of fact for which an

12   answer is required.

13   45.    Paragraph 45 of the Complaint does not contain allegations of fact for which an

14   answer is required, but to the extent an answer may be required, UBS AG denies that Plaintiffs have

15   established either diversity jurisdiction or federal question jurisdiction.

16   <u>**Factual Statement**</u>

17   46.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

18   the allegations of paragraph 46, and on that basis denies such allegations.

19   47.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

20   the allegations of paragraph 47, and on that basis denies such allegations.

21   48.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

22   the allegations of paragraph 48, and on that basis denies such allegations, and UBS AG specifically

23   denies any conspiracy with Birkenfeld.

24   49.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

25   the allegations of paragraph 49, and on that basis denies such allegations.

26   50.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

27   the allegations of paragraph 50, and on that basis denies such allegations, except that UBS AG admits

28   that Birkenfeld was employed by UBS AG or an affiliate thereof.

Gibson, Dunn &
Crutcher LLP

4

51.     UBS AG denies the allegations contained in paragraph 51.

52.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 52, and on that basis denies such allegations, except that UBS AG admits that UBS AG or an affiliate thereof entered into a Qualified Intermediary Agreement.

53.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 53, and on that basis denies such allegations, except that UBS AG admits that UBS AG or an affiliated thereof entered into a Qualified Intermediary Agreement, the terms of which set forth its obligations.

54.     UBS AG denies the allegations contained in paragraph 54.

55.     UBS AG denies the allegations contained in paragraph 55.

56.     UBS AG denies the allegations contained in paragraph 56.

57.     UBS AG denies the allegations contained in paragraph 57.

58.     UBS AG denies the allegations contained in paragraph 58, except they admit and allege that Birkenfeld's testimony speaks for itself.

59.     UBS AG admits that in 2001 Olenicoff engaged UBS AG or an affiliate thereof to provide financial consulting services and that UBS AG or its affiliates were qualified to do so.  UBS AG lacks knowledge and information sufficient to form a belief as to why Olenicoff chose to do business with UBS AG.  Except as admitted, UBS AG denies the allegations of paragraph 59.

60.     UBS AG denies the allegations contained in paragraph 60.

61.     UBS AG admits that Olenicoff transferred certain assets to UBS AG or an affiliate and that periodic reports were made to Olenicoff.  UBS AG lacks knowledge and information sufficient to form a belief as to why Olenicoff was persuaded to do business with UBS AG.  Except as admitted, UBS AG denies the allegations of paragraph 61.

62.     UBS AG denies the allegations contained in paragraph 62.

63.     UBS AG admits that it or an affiliate entered into a business relationship by which Olenicoff invested in certain non-U.S. accounts and that they did so in accordance with his direction. Except as admitted, UBS AG denies the allegations contained in paragraph 63.

64.     UBS AG denies the allegations contained in paragraph 64.

65.     UBS AG denies the allegations contained in paragraph 65.

66.     UBS AG denies the allegations contained in paragraph 66.

67.     UBS AG denies the allegations contained in the first sentence of paragraph 67, and alleges that UBS AG lacks knowledge and information sufficient to form a belief as to Olenicoff's state of mind.

68.     UBS AG denies the allegations contained in paragraph 68.

69.     UBS AG denies the allegations contained in paragraph 69.

70.     UBS AG denies the allegations contained in paragraph 70.

71.     UBS AG denies the allegations contained in paragraph 71, except UBS AG lacks knowledge and information about Olenicoff's contact with the IRS.

72.     UBS AG lacks knowledge and information sufficient to form a belief as to the allegations in paragraph 72, except admit and allege that any newspaper reports speak for themselves and further that Birkenfeld resigned from UBS AG and subsequently sued UBS AG.

73.     UBS AG denies the allegations contained in paragraph 73, except admit and allege that any allegations made by Birkenfeld speak for themselves.

74.     UBS AG lacks knowledge and information sufficient to form a belief as to the allegations in paragraph 74 and on that basis deny such allegations, and UBS AG specifically denies that Olenicoff was subject to any tax penalties, interest or criminal investigations because of the actions of UBS AG.

75.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph , and on that basis denies such allegations.  UBS AG denies the allegations contained in paragraph 75, except admit and allege that it has been in contact with the IRS and DOJ regarding Birkenfeld and Olenicoff.

76.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 76, and on that basis denies such allegations.

77.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 77, and on that basis denies such allegations.

78.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 78, and on that basis denies such allegations.

79.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 79, and on that basis denies such allegations.

80.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 80, and on that basis denies such allegations.

81.     UBS AG lacks knowledge and information sufficient to form a belief as to the allegations in paragraph 81 and on that basis denies those allegations, and UBS AG specifically denies having any direction, control, supervisions or blessing over Neue Bank Defendants or New Haven Trust Defendants.

82.     UBS AG lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 82, and on that basis denies such allegations.

83.     UBS AG denies the allegations contained in paragraph 83, and on that basis denies those allegations, except that UBS AG admits that Olenicoff faced criminal investigation for his failure to properly pay federal taxes.

84.     UBS AG admits the allegations contained in paragraph 84 insofar as Birkenfeld and Staggl have been indicted, and admits and alleges that the indictments speak for themselves.

85.     UBS AG is informed and believes that Birkenfeld plead guilty to his indictment and UBS AG lacks knowledge and information sufficient to form a belief as to the status of Staggl.

86.     UBS AG denies the allegations contained in paragraph 86.

87.     Paragraph 87 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 87.

<u>**Count I**</u>

88.     UBS AG incorporates its answers to paragraphs 1 through 87, as if fully set forth herein.

89.     UBS AG denies the allegations contained in paragraph 89.

90.     UBS AG denies the allegations contained in paragraph 90.

91.      UBS AG denies the allegations contained in paragraph 91.

92.      UBS AG denies the allegations contained in paragraph 92.

93.      UBS AG denies the allegations contained in paragraph 93.

94.      Paragraph 94 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 94.

95.      Paragraph 95 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 95.

96.      Paragraph 96 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 96.

**Count II**

97.      UBS AG incorporates its answers to paragraphs 1 through 96, as if fully set forth herein.

98.      Paragraph 98 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 98.

99.      UBS AG denies the allegations contained in paragraph 99, except admits that to the extent UBS AG or any affiliate assumed responsibility for management of any assets they did so with the obligation to meet the prevailing standard of care applicable to such management.

100.      UBS AG denies the allegations contained in paragraph 100, except admits that to the extent UBS AG or any affiliate assumed responsibility for management of any assets they did so with the obligation to meet the prevailing standard of care applicable to such management.

101.      Paragraph 101 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 101.

102.    Paragraph 102 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 102.

103.    UBS AG denies the allegations contained in paragraph 103.

104.    UBS AG denies the allegations contained in paragraph 104.

105.    UBS AG denies the allegations contained in paragraph 105.

106.    Paragraph 106 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 106.

107.    Paragraph 107 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 107.

## Count III

108.    UBS AG incorporates its answers to paragraphs 1 through 107, as if fully set forth herein.

109.    UBS AG denies the allegations contained in paragraph 109.

110.    Paragraph 110 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 110.

111.    Paragraph 111 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 111.

112.    UBS AG denies the allegations contained in paragraph 112.

113.    Paragraph 113 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 113.

## Count IV

114. – 121.    Count IV contains no claim against UBS AG and no response is required.

Gibson, Dunn & Crutcher LLP

9

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

**Count V**

122. – 132.   Count V contains no claim against UBS AG and no response is required.

**Count VI**

133. – 138.   Count VI contains no claim against UBS AG and therefore no response is required.

**Count VII**

139.   UBS AG incorporates its answers to paragraphs 1 through 138, as if fully set forth herein.

140.   UBS AG denies the allegations contained in paragraph 140.

141.   Paragraph 141 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 141.

142.   Paragraph 142 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 142.

**Count VIII**

143.   UBS AG incorporates its answers to paragraphs 1 through 142, as if fully set forth herein.

144.   UBS AG denies the allegations contained in paragraph 144.

145.   Paragraph 145 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 145.

146.   Paragraph 146 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 146.

**Count IX**

147.   UBS AG incorporates its answers to paragraphs 1 through 146, as if fully set forth herein.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

148.    UBS AG denies the allegations contained in paragraph 148, except admit and allege that it holds itself out to the public as competent and well-qualified to conduct its business on behalf of its clients.

149.    UBS AG denies the allegations contained in paragraph 149.

150.    Paragraph 150 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 150 as to UBS AG.

151.    UBS AG denies the allegations contained in paragraph 151.

152.    UBS AG denies the allegations contained in paragraph 152.

153.    UBS AG denies the allegations contained in paragraph 153, except to admit that Olenicoff was criminally investigated by the Department of Justice and paid tax penalties and interest for failing to pay taxes.

154.    Paragraph 154 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 154.

## Count X

155.    UBS AG incorporates its answers to paragraphs 1 through 154, as if fully set forth herein.

156.    UBS AG lacks knowledge and information sufficient to form a belief as to the allegations in paragraph 156, except admits that to the extent UBS AG or any affiliate assumed responsibility for management of any assets they did so with the obligation to meet the prevailing standard of care applicable to such management.

157.    UBS AG denies the allegations contained in paragraph 157, except admits that to the extent UBS AG or any affiliate assumed responsibility for management of any assets they did so with the obligation to meet the prevailing standard of care applicable to such management.

158.    UBS AG denies the allegations contained in paragraph 158.

159.    UBS AG denies the allegations contained in paragraph 159.

160.    UBS AG denies the allegations contained in paragraph 160.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

161.    UBS AG denies the allegations contained in paragraph 161.

162.    UBS AG denies the allegations contained in paragraph 162.

163.    UBS AG denies the allegations contained in paragraph 163.

164.    UBS AG denies the allegations contained in paragraph 164.

165.    Paragraph 165 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 165.

**<u>Count XI</u>**

166.    UBS AG incorporates its answers to paragraphs 1 through 165, as if fully set forth herein.

167.    UBS AG denies the allegations contained in paragraph 167.

168.    UBS AG denies the allegations contained in paragraph 168.

169.    UBS AG denies the allegations contained in paragraph 169.

170.    Paragraph 170 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 170.

**<u>Count XII</u>**

171.    UBS AG incorporates its answers to paragraphs 1 through 170, as if fully set forth herein.

172.    UBS AG denies the allegations contained in paragraph 172.

173.    UBS AG denies the allegations contained in paragraph 173.

174.    UBS AG denies the allegations contained in paragraph 174.

175.    UBS AG denies the allegations contained in paragraph 175.

176.    UBS AG denies the allegations contained in paragraph 176.

177.    UBS AG denies the allegations contained in paragraph 177.

178.    UBS AG denies the allegations contained in paragraph 178.

179.    UBS AG denies the allegations contained in paragraph 179.

180.    UBS AG denies the allegations contained in paragraph 180.

181.    Paragraph 181 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 181.

<u>**Count XIII**</u>

182.    UBS AG incorporates its answers to paragraphs 1 through 181, as if fully set forth herein.

183.    UBS AG denies the allegations contained in paragraph 183.

184.    Paragraph 184 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 184.

185.    Paragraph 185 sets forth Plaintiffs' claim for purported damages and does not contain allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 185.

<u>**Count XIV**</u>

186.    UBS AG incorporates its answers to paragraphs 1 through 185, as if fully set forth herein.

187.    UBS AG denies the allegations contained in paragraph 187, except admits that to the extent UBS AG or any affiliate assumed responsibility for management of any assets they did so with the obligation to meet the prevailing standard of care applicable to such management.

188.    UBS AG denies the allegations contained in paragraph 188.

189.    UBS AG denies the allegations contained in paragraph 189.

190.    UBS AG denies the allegations contained in paragraph 190.

191.    Paragraph 191 contains conclusions of law and not allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG denies the allegations in paragraph 191.

<u>**Count XV**</u>

192. – 197.    Count XV contains no claim against UBS AG and no response therefore is required.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

1

<u>**Count XVI**</u>

2    198.    UBS AG incorporates its answers to paragraphs 1 through 197, as if fully set forth

3    herein.

4    199.    UBS AG denies the allegations contained in paragraph 199.

5    200.    UBS AG denies the allegations contained in paragraph 200.

6    201.    Paragraph 201 sets forth Plaintiffs' claim for purported damages and does not contain

7    allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG

8    denies the allegations in paragraph 201.

9    202.    Paragraph 202 contains conclusions of law and not allegations of fact for which an

10   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

11   paragraph 202.

12   203.    Paragraph 203 contains conclusions of law and not allegations of fact for which an

13   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

14   paragraph 203.

15   204.    Paragraph 204 contains conclusions of law and not allegations of fact for which an

16   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

17   paragraph 204.

18

<u>**Count XVII**</u>

19   205.    UBS AG incorporates its answers to paragraphs 1 through 204, as if fully set forth

20   herein.

21   206.    UBS AG denies the allegations contained in paragraph 206, except admits and alleges

22   that Olenicoff was properly charged certain fees.

23   207.    UBS AG denies the allegations contained in paragraph 207.

24   208.    UBS AG denies the allegations contained in paragraph 208.

25   209.    Paragraph 209 contains conclusions of law and not allegations of fact for which an

26   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

27   paragraph 209.

28

Gibson, Dunn &
Crutcher LLP

14

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

1          **Count XVIII**

2          210.    UBS AG incorporates its answers to paragraphs 1 through 209, as if fully set forth

3    herein.

4          211.    UBS AG denies the allegations contained in paragraph 211.

5          212.    UBS AG denies the allegations contained in paragraph 212.

6          213.    Paragraph 213 sets forth Plaintiffs' claim for purported damages and does not contain

7    allegations of fact for which an answer is required, but to the extent an answer is required, UBS AG

8    denies the allegations in paragraph 213.

9          214.    UBS AG denies the allegations contained in paragraph 214.

10          **Count XIX**

11          215.    UBS AG incorporates its answers to paragraphs 1 through 214, as if fully set forth

12   herein.

13          216.    UBS AG lacks knowledge and information sufficient to form a belief as to the truth of

14   the allegations in paragraph 216.

15          217.    Paragraph 217 contains conclusions of law and not allegations of fact for which an

16   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

17   paragraph 217.

18          218.    Paragraph 218 contains conclusions of law and not allegations of fact for which an

19   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

20   paragraph 218.

21          219.    Paragraph 219 contains conclusions of law and not allegations of fact for which an

22   answer is required, but to the extent an answer is required, UBS AG denies the allegations in

23   paragraph 219.

24          **Prayer for Relief**

25          220.    UBS AG further denies each and ever allegation contained in the Complaint that was

26   not specifically admitted or denied to in this Answer.

27          221.    UBS AG denies that Plaintiffs are entitled to any relief or judgment whatsoever, either

28   as prayed for in the Complaint or otherwise.

## SEPARATE AND ADDITIONAL AFFIRMATIVE DEFENSES

### First Separate and Additional Affirmative Defense

### (Failure to State a Claim)

222.    The Complaint, and each purported cause of action contained therein, fail to state a claim or cause of action upon which relief can be granted.

### Second Separate and Additional Affirmative Defense

### (Lack of Subject Matter Jurisdiction)

223.    The Complaint, and each purported cause of action contained therein, is barred because this Court lacks subject matter jurisdiction over each and every cause of action alleged in the Complaint.

### Third Separate and Additional Affirmative Defense

### (Statute of Limitations)

224.    The Complaint, and each purported cause of action contained therein, is barred, in whole or in part, by the applicable statute of limitations.

### Fourth Separate and Additional Affirmative Defense

### (Unclean Hands)

225.    The Complaint, and each purported cause of action contained therein, is barred by the doctrine of *in pari delecto* or unclean hands as applied to Plaintiffs.

### Fifth Separate and Additional Affirmative Defense

### (Judicial Estoppel)

226.    Plaintiffs are barred from relief by the doctrine of judicial estoppel based on the statements, admissions, and representations made by Olenicoff in his October 17, 2007 plea agreement regarding his admitted violation of federal tax law.

### Sixth Separate and Additional Affirmative Defense

### (Laches and Unreasonable Delay)

227.    The Complaint, and each cause of action contained therein, is barred, in whole or in part, by the doctrine of laches because Plaintiffs inexcusably and unreasonably delayed the commencement of this action to the prejudice of UBS AG.

Gibson, Dunn & Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

1

**Seventh Separate and Additional Affirmative Defense**

2

**(No Vicarious Liability)**

3     228.     The acts alleged in the Complaint were performed by individuals for whom UBS AG

4 is not vicariously liable under the doctrine of *respondeat superior* or any other doctrine.

5

**Eighth Separate and Additional Affirmative Defense**

6

**(Good Faith)**

7     229.     Plaintiffs are not entitled to relief because UBS AG, at all times, acted reasonably and

8 in good faith.

9

**Ninth Separate and Additional Affirmative Defense**

10

**(No Justifiable Reliance)**

11     230.     Plaintiffs did not and could not rely or justifiably rely on any alleged

12 misrepresentations or omissions, as alleged in the Complaint, by UBS AG in connection with any

13 violation of federal tax law.

14

**Tenth Separate and Additional Affirmative Defense**

15

**(No Justifiable Reliance)**

16     231.     Plaintiffs did not and could not rely have relied on any alleged misrepresentations or

17 omissions, as alleged in the Complaint, by UBS AG, but instead Plaintiffs relied exclusively upon

18 their own independent investigations, analysis and advice of professional advisors and agents not

19 named in the Complaint.

20

**Eleventh Separate and Additional Affirmative Defense**

21

**(No Scienter)**

22     232.     UBS AG lacked the requisite scienter required for liability.

23

**Twelfth Separate and Additional Affirmative Defense**

24

**(Unconstitutional Damages)**

25     233.     The portions of the Complaint that seek damages above and beyond actual damages

26 violate the Fifth and Eights Amendments to the United States Constitution.

27

28

Gibson, Dunn &
Crutcher LLP

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT UBS AG

1

### Thirteenth Separate and Additional Affirmative Defense

2

### (Not Entitled To Attorneys' Fees)

3

       234.     Plaintiffs are precluded from recovering attorneys' fees under applicable provisions of

4

law.

5

### Fourteenth Separate and Additional Affirmative Defense

6

### (Failure To Mitigate)

7

       235.     Plaintiffs have failed to mitigate, in whole or in part, any losses sustained as a result of

8

the allegations in the Complaint.

9

### Fifteenth Separate and Additional Affirmative Defense

10

### (Additional Affirmative Defenses As Discovered)

11

       236.     UBS AG has not knowingly and intentionally waived any applicable affirmative

12

defenses and reserves the right to raise additional affirmative defenses as they become known to it

13

through discovery in this matter.  UBS AG further reserves the right to amend its Answer and/or

14

Affirmative Defenses accordingly and/or delete affirmative defenses that it determines are not

15

applicable during the course of subsequent discovery.

16

       WHEREFORE, UBS AG prays that the Court:

17

       1.       Dismiss the Complaint with prejudice and enter judgment in favor of UBS AG;

18

       2.       Award UBS AG their costs, including reasonable attorneys' fees;

19

       3.       Order such other relief as the Court deems just and proper.

20

Dated:  November 3, 2008               GIBSON, DUNN & CRUTCHER LLP

21

22

       By:      /s/ Kristopher P. Diulio
                Kristopher P. Diulio

23

       Attorneys for Defendant UBS AG

24

25

100547648_1.DOC

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2008, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| David M. McDonald | dmcd@mmlawmiami.com |
| John W. McLuskey | jmcl@mmlawmiami.com |
| Julie Ann Ault | jault@olenproperties.com |
| Michael G. Yoder | myoder@omm.com |
| Molly J. Magnuson | mmagnuson@omm.com |

I further certify that copies of the foregoing were sent on November 3, 2008, via First Class U.S. Mail to the following parties not registered to receive electronic notice via the CM/ECF:

William J. King
Lanak & Hanna
400 N. Tustin Avenue, Suite 120
Santa Ana, CA 92705-3815

_/s/ Kristopher P. Diulio_