William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
1920 Main Street, Suite 210
Irvine, CA 92614
Tel.: (949) 261-2500
Fax: (949) 261-2515
Email: wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.: (949) 719-7212
Fax: (949) 719-7210
Email: jault@olenproperties.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, et al.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UBS AG, et al.,<br><br>　　　　　　　Defendants. | CASE NO. SACV08-01029 AG (RNBx)<br><br>APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTER ROGATORY FOR DEFENDANT DR. JUR. KLAUS BIEDERMANN; [PROPOSED] ORDER |

I, Julie A. Ault, declare:

I am co-counsel in the above captioned matter for Plaintiffs Igor M. Olenicoff and Olen Properties Corp. and duly licensed to practice before all of the Courts of the State of California.

APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTER ROGATORY; PROPOSED ORDER

1 | Plaintiffs apply to the Court for an order to issue two original Letter Rogatory for defendant Dr. Jur. Klaus Biedermann.

Plaintiffs are informed and believe that Defendant Dr. Jur. Klaus Biedermann is, and at all relevant times was, an individual residing in the country of Liechtenstein, an officer, director, chairman or trustee of New Haven Trust Company Limited and conducted business in the United States.

Liechtenstein is not party to any international treaty with respect to service of process and the diplomatic method of service is pursuant to Letters Rogatory (28 U.S.C. 1781 (a)(2) F.R.C.P. 4(f)(2) (B).

The issuance of two original executed Letter Rogatory is necessary to comply with the requirements of the United States State Department for service of process in Liechtenstein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: MARCH 6, 2009

**RESPECTFULLY SUBMITTED,**

*/s/ Julie A. Ault*

JULIE A. AULT, Esq. (Bar No. 186914)
7 Corporate Plaza
Newport Beach, CA 92660
Attorneys for Plaintiffs, Igor Olenicoff &
Olen Properties Corp.

William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
1920 Main Street, Suite 210
Irvine, CA 92614
Tel.:  (949) 261-2500
Fax:  (949) 261-2515
Email:     wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210
Email:     jault@olenproperties.com

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, et al.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UBS AG, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. SACV08-01029 AG (RNBx)<br><br>[PROPOSED] ORDER GRANTING ISSUANCE OF LETTER ROGATORY FOR DEFENDANT DR. JUR KLAUS BIEDERMANN; [PROPOSED] ORDER |

|   |   |
|---|---|
| 1 | Having considered the Application submitted herewith by Plaintiffs and good cause appearing, |
| 2 | |
| 3 | IT IS HEREBY ORDERED that the Court by and through its Clerk of the Court, Terry Nafisi, issue two original Letter Rogatory executed by Judge Andrew J. Guilford, as to Defendant Dr. Jur. Klaus Biedermann. |
| 4 | |
| 5 | |
| 6 | |
| 7 | DATED: |

_____
JUDGE ANDREW J. GUILFORD
United States District Court for the
Central District of California,
Southern Division,
411 W. Fourth Street
Santa Ana, CA 92701

I, Terry Nafisi, Clerk of the Court, hereby certify the above signature of Honorable Andrew J. Guilford is authentic.

TERRY NAFISI, Clerk of the Court


By:_____
Deputy Clerk_____

- 4 -

APPLICATION FOR AN ORDER FOR THE ISSUANCE OF LETTER ROGATORY; PROPOSED ORDER