# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR OLENICOFF, OLEN PROPERTIES CORP.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UBS AG, BRADLEY BIRKENFELD, et al,<br><br>　　　　Defendants. | CASE NO. SACV 08-1029 AG (RNBx)<br><br>ORDER GRANTING LEAVE TO TAKE DEPOSITION OF PERSON CONFINED IN PRISON |

　　　　Plaintiffs Igor Olenicoff and Olen Properties filed a motion under Federal Rule of Civil Procedure 30(a)(2)(B) ("Motion") for leave to take the deposition of Defendant Bradley Birkenfeld ("Mr. Birkenfeld"), a person confined in prison. The Court finds this matter appropriate for decision without oral argument. Fed. R. Civ. P. 78. Accordingly, the Court VACATES the hearing on this matter scheduled for September 13, 2010. After considering the papers submitted, the Motion is GRANTED.

　　　　Under Rule 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Mr. Birkenfeld is a Defendant in this case and central to the issues being litigated. The Court finds that leave to take Mr. Birkenfeld's deposition is appropriate here.

None of the 39 Defendants oppose the Motion. Several Defendants filed notices of non-opposition, in which they request that the Court order the parties to meet and confer concerning the date and time allocated for Mr. Birkenfeld's deposition. The Court finds that this request is reasonable, and it is GRANTED.

**DISPOSITION**

The Motion is GRANTED. The Court ORDERS that Plaintiffs may take the deposition upon oral examination of the individual defendant Bradley Birkenfeld, who is confined in prison at FCI Schuylkill, Federal Correctional Institution, Interstate 81 & 901 West Minersville, AP 17954.

The Court also ORDERS that counsel for all parties meet and confer by September 30, 2010, concerning the date and allocation of time for Mr. Birkenfeld's deposition.

IT IS SO ORDERED.

DATED: September 8, 2010

_____
Andrew J. Guilford
United States District Judge

2