John D. Cline (State Bar No. 237759)
cline@johndclinelaw.com
LAW OFFICE OF JOHN D. CLINE
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:  (415) 322-8319
Facsimile:  (415) 524-8265

K.C. Maxwell (State Bar No. 214701)
(application for admission pending)
kcm@kcmaxlaw.com
LAW OFFICE OF K.C. MAXWELL
115 Sansome Street, Suite 1204
San Francisco, CA  94104
Telephone:  (415) 322-8817
Facsimile:   (415) 888-2372

Attorneys for Defendant
BRADLEY BIRKENFELD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR OLENICOFF, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>UBS AG et al.,<br><br>            Defendants. | Case No. SACV 08-01029 AG (RNBx)<br><br>**ENTRY OF APPEARANCE OF JOHN D. CLINE AND K.C. MAXWELL AS COUNSEL FOR DEFENDANT BRADLEY BIRKENFELD** |

# ENTRY OF APPEARANCE

Please enter the appearances of John D. Cline and K.C. Maxwell as counsel for defendant Bradley Birkenfeld in the above matter.

Dated: December 10, 2010

Respectfully submitted,

LAW OFFICE OF JOHN D. CLINE

By: /s/
John D. Cline

LAW OFFICE OF K.C. MAXWELL

By: /s/
K.C. Maxwell

Attorneys for Defendant
BRADLEY BIRKENFELD

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2010, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email |
| --- | --- |
| Julie Ann Ault | jault@olenproperties.com |
| John Marshall | jmarshall@olenproperties.com |
| William J. King | wking@horizonlawgroup.com |
| John T. Behrendt | jbehrendt@gibsondunn.com |
| Kristopher P. Diulio | kdiulio@gibsondunn.com |
| Jessica Boschee | jboschee@gibsondunn.com |
| Dean J. Kitchens | dkitchens@gibsondunn.com |
| Daniel K. Hedges | dhedges@porterhedges.com |
| Richard J. Grad | rgrad@sidley.com |
| Steven A. Ellis | sellis@sidley.com |
| Michael J. Yoder | myoder@omm.com |
| Molly J. Magnuson | mmagnuson@omm.com |
| Justin H. Sanders | justin@sandersfirmla.com |
| Donald S. Burris | don@bslaw.net |
| Richard E. Walden | rwalden@bslaw.net |
| Laura G. Brys | laura@bslaw.net |
| David M. McDonald | dmcd@mmlawmiami.com |
| John W. McCluskey | jmcl@mmlawmiami.com |
| Mark A. Romeo | mromeo@crowell.com |
| Christina K. Dallen | cdallen@crowell.com |
| Douglas J. Rovens | douglas.rovens@kattenlaw.com |
| Steven A. Lamb | steven.lamb@kattenlaw.com |
| Melissa S. Glousman | melissa.glousman@kattenlaw.com |

/s/   John D. Cline
Counsel for Bradley Birkenfeld