# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, *et al.*, | ) Case No. SACV 08-01029 AG (RNBx) |
| Plaintiffs, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| UBS AG, *et al.*, | ) |
| Defendants. | ) |

Pursuant to the Stipulation of Dismissal With Prejudice by and between Plaintiffs Igor Olenicoff and Olen Properties Corp. (collectively, "Plaintiffs"), and Defendants Neue Bank AG, Georg Vogt, Paul Büchel, Dr. Stefan Laternser, Arnold Wille, Hermann Wille, Jost Pilgrim, and Willi Wolfinger (collectively, "the Neue Bank Defendants"), **IT IS HEREBY ORDERED THAT**:

All claims against each of the Neue Bank Defendants in the above-captioned action are dismissed with prejudice;

1    Each party shall bear its own attorneys' fees, costs, and expenses; and

2    This Court shall and hereby does retain jurisdiction to enforce the terms of the Settlement Agreement reached between the parties, and to resolve any and all disputes arising under or relating to this Settlement Agreement.

IT IS SO ORDERED.

Dated: March 14, 2011

Honorable Andrew J. Guilford
United States District Judge