William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:  (949) 261-2500
Fax:  (949) 261-2515
Email:   wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210
Email:   jault@olenproperties.com
           mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBS AG et al.,<br><br>    Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>**STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2) AND F.R.C.P. 30(d)(1)**<br><br><br>Discovery Cutoff: November 7, 2011<br>Pretrial Conf.:     January 23, 2012<br>Trial Date:          February 7, 2012 |

---

1
STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

IT IS HEREBY STIPULATED by and between Plaintiffs, Igor Olenicoff and Olen Properties Corp. ("Plaintiffs") and Defendants UBS AG, Union Charter, Ltd., David Schwedel, Synthesis Energy Systems, Inc. Michael Storey, Timothy Vail, David Eichinger, James Alexander Michie, GM Capital Partners, Ltd., Robert Knight, Knight Financials, Ltd., Brad Birkenfeld and Herb Lustig (collectively "Defendants"), as follows:

1. To ensure that Plaintiffs have the opportunity to depose each Defendant and other relevant witnesses that have pertinent evidence in preparation of trial, the parties stipulate and agree that it is necessary to modify the amount of depositions Plaintiffs can take as set by Federal Rules of Civil Procedure § ("FRCP") 30(a)(2). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiffs will be permitted to take more than ten depositions, but not more than thirty depositions, subject to approval by the Court.

2. The deposition of Igor Olenicoff shall not be limited to one day of seven (7) hours as provided by FRCP 30(d)(1). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours, subject to approval by the Court.

3. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which, when taken together, shall be deemed to constitute a single document. Fax signatures shall constitute original signatures for the purpose of this Agreement.

Case 8:08-cv-01029-AG -RNB   Document 444   Filed 08/08/11   Page 3 of 4   Page ID
 #:6988

IT IS SO STIPULATED:

Dated: August 8, 2011              Law Offices of Julie A. Ault


                                   By: */s/ Marisa D. Poulos*
                                   Julie A. Ault
                                   Marisa D. Poulos
                                   Attorneys for Plaintiffs



Dated: August 8, 2011              Gibson, Dunn & Crutcher, LLP


                                   By: /s/__*Kris Diulio*_____
                                   Dean Kitchens
                                   Kristopher Diulio
                                   Attorneys for Defendant, UBS AG.

Dated: August 8, 2011              Rovens Lamb, LLP


                                   By: */s/ Douglas Rovens* _____
                                   Douglas J. Rovens
                                   Attorneys for Defendants Union Charter, LTD.
                                   and David Schwedel.

Dated: August 8, 2011              O'Melveny & Myers


                                   By: */s/ Molly Magnuson*
                                   Michael G. Yoder
                                   Molly J. Magnuson
                                   Attorneys for Defendants Synthesis Energy
                                   Systems, Inc., Michael Storey, Timothy Vail
                                   and David Eichinger.

---

3
STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

| | |
|---|---|
| Dated:  August 8, 2011 | Sanders Roberts, LLP |
| | |
| | By: _/s/ Justin Sanders_ |
| | Justin H. Sanders |
| | Attorneys for Defendants James A. Michie, GM Capital Partners, Robert Knight, Knight Financial, LTD. |
| | |
| Dated: August 8, 2011 | Burris, Schoenberg & Walden, LLP |
| | |
| | By: _/s/ Laura Byrs_ |
| | Laura G. Byrs |
| | Attorneys for Defendant, Herb Lustig. |
| | |
| Dated: August 8, 2011 | Law Offices of John Cline |
| | |
| | By: _/s/  John Cline_ |
| | John D. Cline |
| | Attorney for Defendant, Bradley Birkenfeld. |