DEAN KITCHENS, SBN 82096
  dkitchens@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Fax: 213.229.7520

KRISTOPHER P. DIULIO, SBN 229399
  kdiulio@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Fax: 949.451.4220

Attorneys for Defendant UBS AG

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG et al.,<br><br>Defendants. | CASE NO.: SACV08-01029 AG (RNBx)<br><br>**DECLARATION OF KRISTOPHER P. DIULIO IN SUPPORT OF MOTION TO STRIKE STIPULATION FILED WITHOUT AUTHORIZATION**<br><br>**Hearing**<br>Date:     September 12, 2011<br>Time:    10:00 a.m.<br>Place:    10D |

I, Kristopher P. Diulio, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice in the United States District Court for the Central District of California.  I am

1  an associate with the law firm of Gibson, Dunn & Crutcher LLP, and one of the
2  attorneys representing Defendant UBS AG in the above-captioned matter. I have
3  personal knowledge of the matters set forth in this declaration, and if called upon to do
4  so, I could and would testify competently to the matters set forth herein.

5      2.    Plaintiffs did not contact me to request authority to sign on my behalf the
6  August 8, 2011 Stipulation for Order To Exceed Deposition Limitations
7  ("Stipulation") (attached as **Exhibit A**). The Stipulation purports to increase from 10
8  to 30 the number of depositions Plaintiffs are entitled to take, without increasing the
9  number of depositions for any other party. The Stipulation also limits the deposition of
10 Igor Olenicoff to two days of seven hours.

11     3.    I understand from the ECF Notice I received (a copy of which is attached
12 as **Exhibit B**), that Marisa Poulos filed the Stipulation with the Court on August 8,
13 2011. Prior to the time the Stipulation was filed, Plaintiffs did not send me a copy of
14 the Stipulation. At no time did I communicate to Plaintiffs' counsel that I approved of
15 the Stipulation. At no time did I communicate to Plaintiffs' counsel, including Marisa
16 Poulos, that she had authority to sign the Stipulation on my behalf.

17     4.    As counsel for UBS AG, I do not agree to the terms of the Stipulation or
18 to the filing of the Stipulation on behalf of me or my client.

19     5.    I did not consent to Plaintiffs affixing my e-signature to the Stipulation or
20 to Plaintiffs' false representation to the Court that I approved of the Stipulation.

21     6.    Marisa Poulos is an in-house attorney for Plaintiff Olen Properties Corp.
22 and counsel of record for Plaintiffs in this action. I understand from the public records
23 of the California State Bar that Ms. Poulos was admitted to practice in California on
24 November 30, 1998. Attached as **Exhibit C** is a printout of Ms. Poulos's State Bar
25 profile.

26     7.    I have conferred with Laura Brys, counsel for Defendant Herb Lustig.
27 The Stipulation filed by Plaintiffs' counsel includes an e-signature for Ms. Brys. Ms.
28 Brys informed me that she did not consent to Plaintiffs' affixing her e-signature to the

Stipulation or to Plaintiffs' false representation to the Court that Ms. Brys approved of the Stipulation. Ms. Brys is traveling and unable to submit a declaration of her own prior to the filing of UBS AG's motion to strike the Stipulation, and for that reason I am submitting this summary of our conversation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2011, in Irvine, California.

*/s/ Kristopher P. Diulio*
Kristopher P. Diulio

101130837.1

# EXHBIT A

William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.: (949) 261-2500
Fax: (949) 261-2515
Email: wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.: (949) 719-7212
Fax: (949) 719-7210
Email: jault@olenproperties.com
       mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UBS AG et al.,<br><br>　　　　Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>**STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2) AND F.R.C.P. 30(d)(1)**<br><br><br>Discovery Cutoff: November 7, 2011<br>Pretrial Conf.: January 23, 2012<br>Trial Date: February 7, 2012 |

IT IS HEREBY STIPULATED by and between Plaintiffs, Igor Olenicoff and Olen Properties Corp. ("Plaintiffs") and Defendants UBS AG, Union Charter, Ltd., David Schwedel, Synthesis Energy Systems, Inc. Michael Storey, Timothy Vail, David Eichinger, James Alexander Michie, GM Capital Partners, Ltd., Robert Knight, Knight Financials, Ltd., Brad Birkenfeld and Herb Lustig (collectively "Defendants"), as follows:

1. To ensure that Plaintiffs have the opportunity to depose each Defendant and other relevant witnesses that have pertinent evidence in preparation of trial, the parties stipulate and agree that it is necessary to modify the amount of depositions Plaintiffs can take as set by Federal Rules of Civil Procedure § ("FRCP") 30(a)(2). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiffs will be permitted to take more than ten depositions, but not more than thirty depositions, subject to approval by the Court.

2. The deposition of Igor Olenicoff shall not be limited to one day of seven (7) hours as provided by FRCP 30(d)(1). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours, subject to approval by the Court.

3. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which, when taken together, shall be deemed to constitute a single document. Fax signatures shall constitute original signatures for the purpose of this Agreement.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED: | |
| 2 | Dated: August 8, 2011 | Law Offices of Julie A. Ault |
| 3 | | |
| 4 | | By: /s/ Marisa D. Poulos |
| 5 | | Julie A. Ault |
| 6 | | Marisa D. Poulos |
| | | Attorneys for Plaintiffs |
| 9 | Dated: August 8, 2011 | Gibson, Dunn & Crutcher, LLP |
| 11 | | By: /s/ Kris Diulio |
| 12 | | Dean Kitchens |
| 13 | | Kristopher Diulio |
| | | Attorneys for Defendant, UBS AG. |
| 14 | Dated: August 8, 2011 | Rovens Lamb, LLP |
| 17 | | By: /s/ Douglas Rovens |
| | | Douglas J. Rovens |
| 18 | | Attorneys for Defendants Union Charter, LTD. |
| 19 | | and David Schwedel. |
| 20 | Dated: August 8, 2011 | O'Melveny & Myers |
| 22 | | By: /s/ Molly Magnuson |
| 23 | | Michael G. Yoder |
| | | Molly J. Magnuson |
| 24 | | Attorneys for Defendants Synthesis Energy |
| 25 | | Systems, Inc., Michael Storey, Timothy Vail |
| | | and David Eichinger. |

---

3
STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

| | |
|---|---|
| Dated: August 8, 2011 | Sanders Roberts, LLP |
| | By: _/s/ Justin Sanders_<br>Justin H. Sanders<br>Attorneys for Defendants James A. Michie, GM Capital Partners, Robert Knight, Knight Financial, LTD. |
| Dated: August 8, 2011 | Burris, Schoenberg & Walden, LLP |
| | By: _/s/ Laura Byrs_<br>Laura G. Byrs<br>Attorneys for Defendant, Herb Lustig. |
| Dated: August 8, 2011 | Law Offices of John Cline |
| | By: _/s/ John Cline_<br>John D. Cline<br>Attorney for Defendant, Bradley Birkenfeld. |

# EXHBIT B

Diulio, Kristopher P.
___

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, August 08, 2011 1:23 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:08-cv-01029-AG -RNB Olenicoff et al v. UBS AG et al Stipulation for Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Poulos, Marisa on 8/8/2011 at 1:23 PM PDT and filed on 8/8/2011
**Case Name:**      Olenicoff et al v. UBS AG et al
**Case Number:**    8:08-cv-01029-AG -RNB
**Filer:**          Igor Olenicoff
                    Olen Properties Corp.
**Document Number:** 444

**Docket Text:**
**STIPULATION for Order To Exceed Deposition Limitations pursuant to FRCP 30(a)(2) and 30(d)(1) filed by Plaintiffs Olen Properties Corp., Igor Olenicoff. (Attachments: # (1) Proposed Order)(Poulos, Marisa)**


**8:08-cv-01029-AG -RNB Notice has been electronically mailed to:**

Daniel K Hedges      dhedges@porterhedges.com

David M McDonald     dmcd@mmlawmiami.com, dlchrist@mmlawmiami.com

Dean J Kitchens      dkitchens@gibsondunn.com, MOstrye@gibsondunn.com

Douglas J Rovens     drovens@rovenslamb.com, slamb@rovenslamb.com

Jessica A Boschee    jtaggart@gibsondunn.com, jboschee@gibsondunn.com, tstephens@gibsondunn.com

John D Cline    cline@johndclinelaw.com

John W McLuskey    jmcl@mmlawmiami.com, aperez@mmlawmiami.com, dlchrist@mmlawmiami.com, egottfried@mmlawmiami.com, mrodriguez@mmlawmiami.com

Julie Ann Ault    jault@olenproperties.com, emiller@olenproperties.com

Justin H Sanders    jsanders@sandersroberts.com

Kristopher Price Diulio    kdiulio@gibsondunn.com, dfkennedy@gibsondunn.com, gross@gibsondunn.com

Laura G Brys    laura@bslaw.net, klai@bslaw.net

Luis A Feldstein    lfeldstein@bmkattorneys.com

Marisa D Poulos    mpoulos@olenproperties.com, emiller@olenproperties.com

Mark A Romeo    mromeo@crowell.com, csolorio@crowell.com

Michael G Yoder    myoder@omm.com, levington@omm.com, pmccormick@omm.com

Molly J Magnuson    mmagnuson@omm.com, levington@omm.com, pmccormick@omm.com

Reginald Roberts , Jr    rroberts@sandersroberts.com, rweng@alvaradosmith.com

Richard John Grad    rgrad@sidley.com, dkelly@sidley.com, lwestman@sidley.com

Susann K Narholm    snarholm@bmkattorneys.com, admin@bmkattorneys.com

William J King    wking@horizonlawgroup.com, etoller@horizonlawgroup.com, ipopa@horizonlawgroup.com

**8:08-cv-01029-AG -RNB Notice has been delivered by First Class U. S. Mail or by fax to: :**

Bradley Birkenfeld
REG 26901-038
FCI Schuylkill
Camp 2
PO Box 670
Minersville, PA 17954-0670

Christina K Dallen
Crowell and Moring LLP
Three Park Plaza 20th Fl
Irvine, CA 92614

K C Maxwell
Law Office of K C Maxwell
115 Sansome Street Suite 1204
San Francisco, CA 94104

The following document(s) are associated with this transaction:

**Document description:** Main Document

**Original filename:**C:\fakepath\Stipulation re depositions 080811.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/8/2011] [FileNumber=12080829-0]
[6a9b2bb31974bd564adddc4b4a1dc6ac94783046a38cf85a59f42890d651dde8af3d
8ad801bfcd4a0a7d1781230be5fb42ecd5f3ff09348f8bc2bc9a1cf364c5]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed order granting stipulation.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/8/2011] [FileNumber=12080829-1]
[30f2cc5a88fb1c91ffa56f6ec1e335e7bd1120a7b6f818ea7da827e4b6bb08ae5550
1c6dfb2d6b658caa64c91709d8d426ae9f200d18fa124b59e633bc715a0e]]

# EXHIBIT C

THE STATE BAR OF CALIFORNIA

Wednesday, August 10, 2011

## ATTORNEY SEARCH

### Marisa Diane Poulos - #197904

#### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 197904 | | |
| **Address:** | 7 Corporate Plaza<br>Newport Beach, CA 92660<br>Map it | **Phone Number:**<br>**Fax Number:**<br>**e-mail:** | (949) 719-7212<br>(949) 719-7210<br>pouloslaw@yahoo.com |
| **County:** | Orange | **Undergraduate School:** | Univ of Arizona; Tucson AZ |
| **District:** | District 8 | | |
| **Sections:** | None | **Law School:** | Western State Univ COL; Fullerton CA |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 11/30/1998 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

**Disciplinary and Related Actions**

Overview of the attorney discipline system.

This member has no public record of discipline.

**Administrative Actions**

This member has no public record of administrative actions.

Start New Search »

---

Contact Us   |   Site Map   |   Privacy Policy   |   Notices   |   Copyright   |   Accessibility   |   FAQ

© 2010 The State Bar of California

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| David M. McDonald | dmcd@mmlawmiami.com |
| John W. McLuskey | jmcl@mmlawmiami.com |
| Julie Ann Ault | jault@olenproperties.com |
| Michael G. Yoder | myoder@omm.com |
| Molly J. Magnuson | mmagnuson@omm.com |
| William J. King | wking@horizonlawgroup.com |
| Daniel K. Hedges | dhedges@porterhedges.com |
| Douglas J. Rovens | drovens@rovenslamb.com |
| John D. Cline | cline@johndclinelaw.com |
| Richard J. Grad | rgrad@sidley.com |
| Justin H. Sanders | Justin@sandersfirmla.com |
| Marisa D. Poulos | mpoulos@olenproperties.com |
| Laura G. Brys | laura@bslaw.net |
| Luis A. Feldstein | lfeldstein@bmkattorneys.com |
| Mark A. Romeo | mromeo@crowell.com |
| Susann K. Narholm | snarholm@bmkattorneys.com |

I further certify that copies of the foregoing will be sent via U.S. Mail to the following parties on the next business day:

Christina K. Dallen
Crowell and Moring LLP
Three Park Plaza 20th Floor
Irvine, CA  92614

K.C. Maxwell
Law Office of K.C. Maxwell
115 Sansome Street, Suite 1204
San Francisco, CA  94104

Bradley Birkenfeld
#26901-038
FCI Schuylkill
Federal Correctional Institution
P.O. Box 670, Camp 2
Minersville, PA  17954-0670

/s/  Kristopher P. Diulio
Kristopher P. Diulio