MICHAEL G. YODER (S.B. #83059)
MOLLY J. MAGNUSON (S.B. #229444)
JEAN-PAUL P. CART (S.B. #267516)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994
Email: myoder@omm.com
mmagnuson@omm.com
jcart@omm.com

DANIEL K. HEDGES (admitted *pro hac vice*)
PORTER & HEDGES LLP
1000 Main Street, 36th Fl.
Houston, Texas 77002
Telephone: (713) 226-6641
Facsimile: (713) 226-6241

Attorneys for Defendants
SYNTHESIS ENERGY SYSTEMS, INC.,
MICHAEL STOREY, TIMOTHY VAIL and
DAVID EICHINGER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| IGOR OLENICOFF, an individual; OLEN PROPERTIES CORP., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG, a foreign Swiss corporation; BRADLEY BIRKENFELD, an individual; MICHEL GUIGNARD, an individual; MARTIN LIECHTI, an individual; RAOUL WEIL, an individual; CHRISTIAN BOVAY, an individual; GILBERT BENZ, an individual; ROGER HARTMANN, an individual; JACQUES BEUCHAT, an individual; PETER KURER, an individual; RENE MARTY, an individual; NEUE BANK, AG, a foreign business entity, form unknown, GEORG VOGT, an individual; HERMANN WILLE, an individual; PAUL BUCHEL, an individual; JOST PILGRIM, , an individual; WILLI WOLFINGER, | Case No. SACV08-01029 AG (RNBx)<br><br>**DECLARATION OF MOLLY J. MAGNUSON IN SUPPORT OF UBS'S MOTION TO STRIKE UNAUTHORIZED STIPULATION**<br><br>Hearing Date: September 12, 2011<br>Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford<br><br>Complaint filed: September 16, 2008<br>Trial Date: February 7, 2012 |

an individual; DR. STEPHAN LATERNSER, an individual; ARNOLD WILLE, an individual; NEW HAVEN TRUST COMPANY LIMITED, a foreign business entity, form unknown; MARIO STAGGL, an individual; DR. JUR. KLAUS BIEDERMANN, an individual; SCOTT MACAW, an individual; NEIL SMITH, an individual; UNION CHARTER, LTD., a foreign business entity, form unknown; DAVID A. SCHWEDEL, an individual; SYNTHESIS ENERGY SYSTEMS, INC., a Florida corporation; MICHAEL STOREY, an individual; TIMOTHY VAIL, an individual; DAVID EICHINGER, an individual; JAMES ALEXANDER MICHIE, an individual; GM CAPITAL PARTNERS, LTD., a foreign Canadian business entity; ROBERT KNIGHT, an individual; KNIGHT FINANCIAL, LTD., a foreign Canadian business entity; MARC ANGST, an individual; GESTRUST SA, a foreign Swiss business entity; MARTIN HOCHSCHORNER, an individual; JASON SUNDAR, an individual; HERB LUSTIG, an individual; and DOES 1 through 10, inclusive,

Defendants.

I, Molly J. Magnuson, declare and state as follows:

1. I am an attorney at law duly licensed to practice law before all of the courts of the State of California and before this Court. I am one of the attorneys primarily responsible for representing Defendants Synthesis Energy Systems, Inc., Timothy Vail, David Eichinger and Michael Storey (collectively, the "SES Defendants") in this action. I have personal knowledge of the facts set forth herein and if called to do so could and would testify competently thereto.

2. On July 7, 2011, I and other defense counsel received an email from William King, counsel for Plaintiffs Igor Olenicoff and Olen Properties Corp. (collectively, "Plaintiffs"), proposing generally that the parties agree to a stipulation that addresses the number of depositions that may be taken by each side in this case. Mr. King's email did not make any specific proposal nor was a draft stipulation attached to his email.

3. I did not receive any further communication from Plaintiffs regarding this issue until August 3. On that date, I and certain other defense counsel received an email from Plaintiffs' counsel, Marisa Poulos, which attached a draft stipulation purporting to allow Plaintiffs to take up to thirty (30) depositions, and purporting to limit Plaintiff Olencioff's deposition to no more than fourteen (14) hours. I understand that a copy of this email is attached as Exhibit A to the Declaration of Douglas Rovens filed in support of this Motion to Strike. Among other things, Ms. Poulos stated in her August 3 email that "if we do not hear from you on or before 1:00 p.m. PST on August 5, 2011, we will presume your authorization to execute the Stipulation, given the lack of objection and file the executed Stipulation with the Court."

4. On August 4, I had a telephone conversation with Ms. Poulos to discuss issues unrelated to her proposed stipulation. During this phone call, I briefly acknowledged the draft stipulation that she had sent the day before, and noted that the number of depositions Plaintiffs were proposing in the draft stipulation (*i.e.*, thirty) seemed excessive, but advised her that I was not in a position to discuss the specifics of

the proposal and would have to get back to her regarding the SES Defendants' position with respect thereto.

5. Neither during this phone call on August 4 nor at any time subsequent thereto did I approve of the proposed stipulation or authorize Ms. Poulos to sign my name thereon. Nonetheless, on August 8, Ms. Poulos proceeded to file the proposed stipulation bearing my signature with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of August, 2011, at Newport Beach, California.

Molly J. Magnuson