1 | Douglas J. Rovens (SBN 106582)
2 | drovens@rovenslamb.com
  | Steven A. Lamb (SBN 132534)
3 | slamb@rovenslamb.com
  | ROVENS LAMB LLP
4 | 6080 Center Drive, 6th Floor
5 | Los Angeles, California  90045
  | Telephone:  +1.310.242.6500
6 | Facsimile:  +1.310.872.5026
7 |
  | Attorneys for Defendants
8 | Union Charter, Ltd. and David A. Schwedel

# UNITED STATES DISTRICT COURT

# FOR CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, an individual; OLEN PROPERTIES CORP., a Florida corporation,<br><br>           Plaintiffs,<br><br>     vs.<br><br>UBS AG, a foreign Swiss corporation, et al.,<br><br>           Defendants. | CASE NO. SACV08-01029 AG (RNBx)<br><br>DECLARATION OF DOUGLAS J. ROVENS RE: FILING OF UNAUTHORIZED STIPULATION<br><br>Judge:      Hon. Andrew J. Guilford<br>Courtroom:  10D<br><br>Trial Date:  February 7, 2012<br>Complaint Filed:  September 16, 2008 |

-1-

D. ROVENS DECLARATION RE: UNAUTHORIZED STIPULATION

I, Douglas J. Rovens, declare as follows:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and before this Court. I am lead counsel for Defendants Union Charter, Ltd. and David A. Schwedel in this action and have personal knowledge of the facts set forth herein and if called to do so could and would testify competently thereto.

2. On August 3, 2011, at 2:50 p.m., I received an email from Maria Poulos, purportedly and attorney for Plaintiffs, which attached a Stipulation to Exceed Deposition Limits, and which was executed by Ms. Poulos, but by no defendants' counsel. A true and correct copy of Ms. Poulos' email is attached hereto as Exhibit A. The email referred to an earlier email apparently sent by William King, another of Plaintiffs' lawyers in this case. I had not received the prior email and upon investigation determined that the earlier email had been sent to my prior law firm, Katten Muchin Rosenman ("KMR"). KMR does not accept email to my former address at the firm and does not forward any such email to me.

3. Ms. Poulos' email stated that if I did not contact her before 1:00 p.m. on August 5th, less than forty-eight (48) hours later, that she would sign my name to the Stipulation and file it with the Court.

4. I am engaged in a significant matter styled *T-Bird Nevada, LLP, etc., et al. v. Outback Steakhouse, etc., et al.*, pending in the Los Angeles Superior Court, Complex Division, Case No. BC 408229, in which I represent 113 plaintiffs. The T-Bird case has a firm trial date of September 6, 2011. Four (4) summary judgment motions were heard on Monday, August 8th, for which I was preparing when I received Ms. Poulos' email. Because I was extremely busy preparing for the summary judgment hearings (as well as working on oppositions to six (6) motions in limine that were due August 9th, and other pretrial materials), I did not even read Ms. Poulos' email, or the attached stipulation, until late in the evening on August 4th and was not able to respond by her deadline.

5.  I have been practicing law for nearly thirty (30) years and had never experienced any attorney, especially opposing counsel, signing a stipulation on my behalf without my express authorization and certainly not by default for failing to object within less than forty-eight hours.  I have never spoken with Ms. Poulos, did not authorize her to sign my name to the Stipulation, and do not agree with the content of the Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 10, 2011.

*Douglas J. Rovens*
Douglas J. Rovens

-3-
D. ROVENS DECLARATION RE: UNAUTHORIZED STIPULATION

**EXHIBIT A**

# Douglas J. Rovens

| | |
|---|---|
| **From:** | Marisa Poulos <mpoulos@olenproperties.com> |
| **Sent:** | Wednesday, August 03, 2011 2:50 PM |
| **To:** | Daniel Hedges; Douglas J. Rovens; Justin Sanders; Michael Yoder; Molly Magnuson |
| **Cc:** | Julie Ault; wking@horizonlawgroup.com |
| **Subject:** | Olenicoff/ UBS AG et al. |
| **Attachments:** | STIPULATION TO EXCEED DEPOSITION LIMITATIONS.pdf |

Counsel,

Attached please find a stipulation to exceed FRCP deposition limitations in connection with an email sent by Bill King on July 7, 2011.  Defendants did not object to the proposed stipulation discussed in Mr. King's email.  Therefore, if we do not hear from you on or before 1:00 p.m. PST on August 5, 2011, we will presume your authorization to execute the stipulation, given the lack of objection and file the executed stipulation with the Court.

In addition, we would like to begin scheduling the depositions of Defendants over the next few weeks.  In an effort to avoid unnecessary paperwork, please provide us with several dates in August and early September when you and your clients are available.

Thank you in advance for your cooperation.

Marisa D. Poulos, Esq.
Associate Counsel
Olen
7 Corporate Plaza
Newport Beach, CA 92660
(949) 719-7212
(949) 719-7210 fax
mpoulos@olenproperties.com
www.olenproperties.com

William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:  (949) 261-2500
Fax:  (949) 261-2515
Email:     wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210
Email:     jault@olenproperties.com
           mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UBS AG et al.,<br><br>　　　　　Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>**STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2) AND F.R.C.P. 30(d)(1)**<br><br>Discovery Cutoff: November 7, 2011<br>Pretrial Conf.:　　January 23, 2012<br>Trial Date:　　　　February 7, 2012 |

1

STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

IT IS HEREBY STIPULATED by and between Plaintiffs, Igor Olenicoff and Olen Properties Corp. ("Plaintiffs") and Defendants UBS AG, Union Charter, Ltd., David Schwedel, Synthesis Energy Systems, Inc. Michael Storey, Timothy Vail, David Eichinger, James Alexander Michie, GM Capital Partners, Ltd., Robert Knight, Knight Financials, Ltd., Brad Birkenfeld and Herb Lustig (collectively "Defendants"), as follows:

1.   To ensure that Plaintiffs have the opportunity to depose each Defendant and other relevant witnesses that have pertinent evidence in preparation of trial, the parties stipulate and agree that it is necessary to modify the amount of depositions Plaintiffs can take as set by Federal Rules of Civil Procedure § ("FRCP") 30(a)(2). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiffs will be permitted to take more than ten depositions, but not more than thirty depositions, subject to approval by the Court.

2.   The deposition of Igor Olenicoff shall not be limited to one day of seven (7) hours as provided by FRCP 30(d)(1). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours, subject to approval by the Court.

3.   This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which, when taken together, shall be deemed to   constitute a single document. Fax and email signatures shall constitute original signatures for the purpose of this Agreement.

1  IT IS SO STIPULATED:

2  Dated: August 3, 2011                    Law Offices of Julie A. Ault

3

4                                            By: /s/ Marisa Poulos
5                                            Julie A. Ault
                                             Marisa D. Poulos
6                                            Attorneys for Plaintiffs

7

8

9  Dated: August __, 2011                   Gibson, Dunn & Crutcher, LLP

10

11                                           By:_____
12                                           Dean Kitchens
                                             Kristopher Diulio
13                                           Attorneys for Defendant, UBS AG

14

15 Dated: August __, 2011                   Rovens Lamb, LLP

16

17                                           By:_____
                                             Douglas J. Rovens
18                                           Attorneys for Defendants Union Charter, LTD.
                                             and David Schwedel
19

20 Dated: August __, 2011                   O'Melveny & Myers

21

22                                           By:_____
23                                           Michael G. Yoder
                                             Molly J. Magnuson
24                                           Attorneys for Defendants Synthesis Energy
                                             Systems, Inc., Michael Storey, Timothy Vail
25                                           and David Eichinger

26

27

28

---

3

STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   | Dated: August __, 2011 | Sanders Roberts, LLP |

Dated: August __, 2011                         Sanders Roberts, LLP

By:_____
Justin H. Sanders
Attorneys for Defendants James A. Michie, GM Capital Partners, Robert Knight, Knight Financial, LTD

Dated: August __, 2011                         Burris, Schoenberg & Walden, LLP

By: _____
Laura G. Byrs
Attorneys for Defendant, Herb Lustig

Dated: August __, 2011                         Law Offices of John Cline

By: _____
John D. Cline
Attorney for Defendant, Bradley Birkenfeld

IT IS SO ORDERED:

DATED:
                                                              _____
                                                              United States District Court
                                                              Honorable Robert N. Block

---

4

STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)