1  JUSTIN SANDERS (SBN 211488)
   SANDERS ROBERTS LLP
2  355 South Grand Avenue, Suite 2450
   Los Angeles, California 90071
3  Telephone:    213-943-1314
   Facsimile:    213-234-4581
4

5  Attorneys for Defendants
   James Alexander Michie and GM Capital
6  Partners, JUSTIN H. SANDERS & Knight
   Financial, Ltd.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10 **SOUTHERN DIVISION**

11 IGOR OLENICOFF, an individual;         Case No. TACV08-01029 .AG (RNBx)
   OLEN PROPERTIES CORP., a
12 Florida corporation,                   **DECLARATION OF JUSTIN H.
                                          SANDERS**
13            Plaintiff,

14     v.

15 UBS AG, et al.

16            Defendants.

- 1 -                                     *Case No. TACV08-01029 .AG (RNBx)*

DECLARATION OF JUSTIN H. SANDERS

## DECLARATION OF JUSTIN H. SANDERS

I, Justin H. Sanders, declare on the basis of personal knowledge as follows:

1. I am counsel of record for James A. Michie, GM Capital Partners, Ltd., Robert Knight and Knight Financial, Ltd. I have personal knowledge of the facts stated herein, and if called as a witness could and would competently testify thereto.

2. I did not consent to my e-signature being affixed to the Stipulation for Order To Exceed Deposition Limitations filed by plaintiffs on August 8, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of August 2011at Los Angeles, California.

*s/ Justin H. Sanders*_____
Justin H. Sanders

- 2 -   *Case No. TACV08-01029 .AG (RNBx)*