# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 08-1029-AG (RNBx)**                    Date: **August 16, 2011**

Title: **Igor Olenicoff, et al. v. UBS AG, et al.**

**DOCKET ENTRY**

PRESENT:

### HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

### Defendant UBS AG's Motion to Strike Stipulation, filed August 10, 2011

The foregoing Motion is ordered off calendar and denied for the following reasons:

1.     Since the Motion is directed to a stipulation relating to discovery that was submitted for approval to the Magistrate Judge, the Motion should have been noticed for hearing before the Magistrate Judge, not the District Judge.

2.     The Motion now is moot because, once the courtroom deputy relayed the message received from UBS AG's counsel that all defense counsel had not agreed to the stipulation, the Court decided not sign the proposed order accompanying the stipulation.  UBS AG's counsel could easily have confirmed this, if he had checked with the courtroom deputy prior to filing the Motion.  Therefore, any expenses incurred by UBS AG in making the Motion were unnecessarily incurred.

3.     Since Ms. Poulos is one of the counsel of record for plaintiffs, the Court has no basis for ordering that all further filings on behalf of plaintiffs be handled by plaintiff's outside counsel.

4.     While the Court does not condone Ms. Poulos's conduct in misrepresenting that all of defendants' counsel had signed off on the stipulation, the Court presumes that she will not engage in such conduct again.

The Court notes that, under the terms of the District Judge's Amended Scheduling

MINUTES FORM 11                                                        Initials of Deputy Clerk       klh
CIVIL-GEN

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No.: SACV 08-1029-AG (RNBx)                                    **August 16, 2011**
   **Igor Olenicoff, et al. v. UBS AG, et al.**                                    **Page 2**

---------------------------------------------------------------------------------------------------------------------

Order, the last date to commence depositions is November 7, 2011.  Unless the parties
are able to reach an agreement on the number of depositions to be taken by each side
prior to September 6, 2011 and lodge a stipulation and proposed order reflecting their
agreement prior to that date that bears each counsel's signature, lead counsel of record
for each party is ordered to appear before the Court in person on that date, at 1:30 p.m.,
for the purpose of meeting and conferring under the Court's auspices.


cc:    Judge Guilford


MINUTES FORM 11                                              Initials of Deputy Clerk      klh
CIVIL-GEN