William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:   (949) 261-2500
Fax:   (949) 261-2515
Email:   wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:   (949) 719-7212
Fax:   (949) 719-7210
Email:   jault@olenproperties.com
         mpoulos@olenproperties.com

**DENIED BY ORDER OF ROBERT N. BLOCK UNITED STATES MAGISTRATE JUDGE ON 8/9/2011**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>UBS AG et al.,<br><br>       Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2) AND F.R.C.P. 30(d)(1) |

After review and consideration of the papers and evidence presented by the parties, the Court finds that good cause exists to grant and order the following stipulation regarding deposition limitations under Fed.R.Civ.Pro § 30(a)(2) and 30(d)(1).

Therefore,

The following Stipulation is GRANTED:

1. That Plaintiffs will be permitted to take more than ten (10) depositions, but not more than thirty (30) depositions.

2. That Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours.

IT IS HEREBY ORDERED.

Dated: _____

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE
JUDGE

## Stipulation
8:08-cv-01029-AG -RNB Olenicoff et al v. UBS AG et al
(RNBx), DISCOVERY, PROTORD

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Poulos, Marisa on 8/8/2011 at 1:23 PM PDT and filed on 8/8/2011
**Case Name:** Olenicoff et al v. UBS AG et al
**Case Number:** 8:08-cv-01029-AG -RNB
**Filer:** Igor Olenicoff
Olen Properties Corp.
**Document Number:** 444

**Docket Text:**
STIPULATION for Order To Exceed Deposition Limitations pursuant to FRCP 30(a)(2) and 30(d)(1) filed by Plaintiffs Olen Properties Corp., Igor Olenicoff. (Attachments: # (1) Proposed Order)(Poulos, Marisa)

**8:08-cv-01029-AG -RNB Notice has been electronically mailed to:**

Daniel K Hedges    dhedges@porterhedges.com

David M McDonald    dmcd@mmlawmiami.com, dlchrist@mmlawmiami.com

Dean J Kitchens    dkitchens@gibsondunn.com, MOstrye@gibsondunn.com

Douglas J Rovens    drovens@rovenslamb.com, slamb@rovenslamb.com

Jessica A Boschee    jtaggart@gibsondunn.com, jboschee@gibsondunn.com, tstephens@gibsondunn.com

John D Cline    cline@johndclinelaw.com

John W McLuskey    jmcl@mmlawmiami.com, aperez@mmlawmiami.com, dlchrist@mmlawmiami.com, egottfried@mmlawmiami.com, mrodriguez@mmlawmiami.com

Julie Ann Ault    jault@olenproperties.com, emiller@olenproperties.com

Justin H Sanders    jsanders@sandersroberts.com

Kristopher Price Diulio    kdiulio@gibsondunn.com, dfkennedy@gibsondunn.com, gross@gibsondunn.com

Laura G Brys    laura@bslaw.net, klai@bslaw.net

Luis A Feldstein    lfeldstein@bmkattorneys.com

Marisa D Poulos    mpoulos@olenproperties.com, emiller@olenproperties.com

Mark A Romeo    mromeo@crowell.com, csolorio@crowell.com

Michael G Yoder    myoder@omm.com, levington@omm.com, pmccormick@omm.com

Molly J Magnuson    mmagnuson@omm.com, levington@omm.com, pmccormick@omm.com

Reginald Roberts , Jr    rroberts@sandersroberts.com, rweng@alvaradosmith.com

Richard John Grad    rgrad@sidley.com, dkelly@sidley.com, lwestman@sidley.com

Susann K Narholm    snarholm@bmkattorneys.com, admin@bmkattorneys.com

William J King    wking@horizonlawgroup.com, etoller@horizonlawgroup.com, ipopa@horizonlawgroup.com

**8:08-cv-01029-AG -RNB Notice has been delivered by First Class U. S. Mail or by fax to: :**

Bradley Birkenfeld
REG 26901-038
FCI Schuylkill
Camp 2
PO Box 670
Minersville, PA 17954-0670

Christina K Dallen
Crowell and Moring LLP

Three Park Plaza 20th Fl
Irvine, CA 92614

K C Maxwell
Law Office of K C Maxwell
115 Sansome Street Suite 1204
San Francisco, CA 94104

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Stipulation re depositions 080811.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/8/2011] [FileNumber=12080829-0]
[6a9b2bb31974bd564adddc4b4a1dc6ac94783046a38cf85a59f42890d651dde8af3d
8ad801bfcd4a0a7d1781230be5fb42ecd5f3ff09348f8bc2bc9a1cf364c5]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\Proposed order granting stipulation.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/8/2011] [FileNumber=12080829-1]
[30f2cc5a88fb1c91ffa56f6ec1e335e7bd1120a7b6f818ea7da827e4b6bb08ae5550
1c6dfb2d6b658caa64c91709d8d426ae9f200d18fa124b59e633bc715a0e]]