MICHAEL G. YODER (S.B. #83059)
MOLLY J. MAGNUSON (S.B. #229444)
JEAN-PAUL P. CART (S.B. #267516)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994
Email: myoder@omm.com
mmagnuson@omm.com
jcart@omm.com

DANIEL K. HEDGES (admitted *pro hac vice*)
PORTER & HEDGES LLP
1000 Main Street, 36th Fl.
Houston, Texas 77002
Telephone: (713) 226-6641
Facsimile: (713) 226-6241

Attorneys for Defendants
SYNTHESIS ENERGY SYSTEMS, INC.,
MICHAEL STOREY, TIMOTHY VAIL and
DAVID EICHINGER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, an individual; OLEN PROPERTIES CORP., a Florida corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UBS AG, a foreign Swiss corporation; BRADLEY BIRKENFELD, an individual; MICHEL GUIGNARD, an individual; MARTIN LIECHTI, an individual; RAOUL WEIL, an individual; CHRISTIAN BOVAY, an individual; GILBERT BENZ, an individual; ROGER HARTMANN, an individual; JACQUES BEUCHAT, an individual; PETER KURER, an individual; RENE MARTY, an individual; NEUE BANK, AG, a foreign business entity, form | Case No. SACV08-01029 AG (RNBx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON THE SES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[[**Proposed**] Order Submitted Herewith]<br><br>Courtroom: 10D<br>Judge: Hon. Andrew J. Guilford<br><br>Trial Date: February 7, 2012<br>Complaint filed: September 16, 2008 |

| | |
|---|---|
| 1 | unknown, GEORG VOGT, an individual; HERMANN WILLE, |
| 2 | an individual; PAUL BUCHEL, an individual; JOST PILGRIM, , |
| 3 | an individual; WILLI WOLFINGER, an individual; DR. STEPHAN |
| 4 | LATERNSER, an individual; ARNOLD WILLE, an individual; |
| 5 | NEW HAVEN TRUST COMPANY LIMITED, a foreign business entity, |
| 6 | form unknown; MARIO STAGGL, an individual; DR. JUR. KLAUS |
| 7 | BIEDERMANN, an individual; SCOTT MACAW, an individual; |
| 8 | NEIL SMITH, an individual; UNION CHARTER, LTD., a foreign |
| 9 | business entity, form unknown; DAVID A. SCHWEDEL, an |
| 10 | individual; SYNTHESIS ENERGY SYSTEMS, INC., a Florida |
| 11 | corporation; MICHAEL STOREY, an individual; TIMOTHY VAIL, |
| 12 | an individual; DAVID EICHINGER, an individual; JAMES |
| 13 | ALEXANDER MICHIE, an individual; GM CAPITAL |
| 14 | PARTNERS, LTD., a foreign Canadian business entity; ROBERT |
| 15 | KNIGHT, an individual; KNIGHT FINANCIAL, LTD., a foreign |
| 16 | Canadian business entity; MARC ANGST, an individual; GESTRUST |
| 17 | SA, a foreign Swiss business entity; MARTIN HOCHSCHORNER, |
| 18 | an individual; JASON SUNDAR, an individual; HERB LUSTIG, |
| 19 | an individual; and DOES 1 through 10, inclusive, |
| 20 | Defendants. |
| 21 | |
| 22 | This Stipulation, entered into by and between Plaintiffs Igor Olenicoff and |
| 23 | Olen Properties Corp. (collectively, "Plaintiffs") and Defendants Synthesis Energy |
| 24 | Systems, Inc. ("SES"), Timothy Vail, David Eichinger and Michael Storey |
| 25 | (collectively, the "SES Defendants"), by and through their respective counsel of |
| 26 | record, is made with reference to the following facts and recitals: |
| 27 | WHEREAS on August 15, 2011, the SES Defendants filed their Motion for |
| 28 | Summary Judgment or, in the Alternative, Summary Adjudication (the "Motion"); |

1  WHEREAS the hearing on the Motion is currently scheduled to take place in
2  the above-entitled court on September 12, 2011;

3  WHEREAS Plaintiffs have requested that the SES Defendants stipulate to
4  continue the hearing on the Motion and stipulate to an amended briefing schedule;

5  NOW THEREFORE, Plaintiffs and the SES Defendants stipulate to the
6  following briefing and hearing schedule on the Motion, subject to the Court's
7  approval:

8  1.  The hearing on the Motion shall be continued to September 26, 2011,
9  at 10:00 a.m., or as soon thereafter as the Court's calendar permits;

10  2.  Plaintiffs shall have until September 6, 2011 to file and serve their
11  Opposition to the Motion; and

12  3.  The SES Defendants shall have until September 13, 2011 to file and
13  serve their Reply in support of the Motion.

DATED:   August 25, 2011

MICHAEL G. YODER
MOLLY J. MAGNUSON
JEAN-PAUL P. CART
O'MELVENY & MYERS LLP

By: /s/ Molly J. Magnuson
       Molly J. Magnuson
Attorneys for Defendants
SYNTHESIS ENERGY SYSTEMS,
INC., MICHAEL STOREY, TIMOTHY
VAIL and DAVID EICHINGER

Dated:   August 25, 2011

MARISA D. POULOS
JULIE A. AULT

By: /s/ Marisa D. Poulos
       Marisa D. Poulos
Attorneys for Plaintiffs IGOR
OLENICOFF and OLEN PROPERTIES
CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2011, the foregoing document was electronically transmitted to the United States Court Clerk's Office using the CM/ECF System for filing and transmittal.

/s/Molly J. Magnuson
Molly J. Magnuson