|   |   |
|---|---|
| 1 | MICHAEL G. YODER (S.B. #83059) |
|   | MOLLY J. MAGNUSON (S.B. #229444) |
| 2 | JEAN-PAUL P. CART (S.B. #267516) |
|   | O'MELVENY & MYERS LLP |
| 3 | 610 Newport Center Drive, 17th Floor |
|   | Newport Beach, CA 92660-6429 |
| 4 | Telephone: (949) 760-9600 |
|   | Facsimile: (949) 823-6994 |
| 5 | Email: myoder@omm.com |
|   |   mmagnuson@omm.com |
| 6 |   jcart@omm.com |

DANIEL K. HEDGES (admitted *pro hac vice*)
PORTER & HEDGES LLP
1000 Main Street, 36th Fl.
Houston, Texas 77002
Telephone: (713) 226-6641
Facsimile: (713) 226-6241

Attorneys for Defendants
SYNTHESIS ENERGY SYSTEMS, INC.,
MICHAEL STOREY, TIMOTHY VAIL and
DAVID EICHINGER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, an individual; OLEN PROPERTIES CORP., a Florida corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>UBS AG, a foreign Swiss corporation; BRADLEY BIRKENFELD, an individual; MICHEL GUIGNARD, an individual; MARTIN LIECHTI, an individual; RAOUL WEIL, an individual; CHRISTIAN BOVAY, an individual; GILBERT BENZ, an individual; ROGER HARTMANN, an individual; JACQUES BEUCHAT, an individual; PETER KURER, an individual; RENE MARTY, an individual; NEUE BANK, AG, a foreign business entity, form | Case No. SACV 08-01029 AG(RNBx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON THE SES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Courtroom:   10D<br>Judge:   Hon. Andrew J. Guilford<br><br>Trial Date:   February 7, 2012<br>Complaint filed: September 16, 2008 |

| | |
|---|---|
| 1 | unknown, GEORG VOGT, an individual; HERMANN WILLE, an individual; PAUL BUCHEL, an individual; JOST PILGRIM, , an individual; WILLI WOLFINGER, an individual; DR. STEPHAN LATERNSER, an individual; ARNOLD WILLE, an individual; NEW HAVEN TRUST COMPANY LIMITED, a foreign business entity, form unknown; MARIO STAGGL, an individual; DR. JUR. KLAUS BIEDERMANN, an individual; SCOTT MACAW, an individual; NEIL SMITH, an individual; UNION CHARTER, LTD., a foreign business entity, form unknown; DAVID A. SCHWEDEL, an individual; SYNTHESIS ENERGY SYSTEMS, INC., a Florida corporation; MICHAEL STOREY, an individual; TIMOTHY VAIL, an individual; DAVID EICHINGER, an individual; JAMES ALEXANDER MICHIE, an individual; GM CAPITAL PARTNERS, LTD., a foreign Canadian business entity; ROBERT KNIGHT, an individual; KNIGHT FINANCIAL, LTD., a foreign Canadian business entity; MARC ANGST, an individual; GESTRUST SA, a foreign Swiss business entity; MARTIN HOCHSCHORNER, an individual; JASON SUNDAR, an individual; HERB LUSTIG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. |

Having considered Plaintiffs Igor Olenicoff and Olen Properties Corp.'s (collectively, "Plaintiffs") and Defendants Synthesis Energy Systems, Inc. ("SES"), Timothy Vail, David Eichinger and Michael Storey's (collectively, the "SES Defendants") Joint Stipulation to Continue Hearing and Briefing Schedule on the SES Defendants' Motion for Summary Judgment or, in the Alternative, Summary

//

//

Adjudication, and good cause appearing:

IT IS HEREBY ORDERED THAT:

    1.    The hearing on the SES Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication (the "Motion") shall be continued to September 26, 2011, at 10:00 a.m.;

    2.    Plaintiffs shall file and serve their Opposition to the Motion by September 6, 2011; and

    3.    The SES Defendants shall file and serve their Reply in support of the Motion by September 13, 2011.

No further continuances will be granted without a further showing of good cause.

DATED: August 26, 2011

The Honorable Andrew J. Guilford
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. SACV08-01029 AG (RNBX)