William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.: (949) 261-2500
Fax: (949) 261-2515
Email:    wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.: (949) 719-7212
Fax: (949) 719-7210
Email:    jault@olenproperties.com
          mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., | Case No. SACV08-01029 AG (RNBx) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER** |
| UBS AG et al., | |
| Defendants. | |

Plaintiffs' Igor Olenicoff and Olen Properties Corporation (hereinafter collectively "Plaintiffs") Motion to Quash and Motion for Protective Order came on regularly for hearing on October 7, 2011 at 10:00 a.m. in Department 6D of this Court, the Honorable Robert N. Block presiding.

1
2
3
4

IT IS HEREBY ORDERED that Plaintiffs' Motion to Quash the non-party subpoenas served on Hochman, Salkin, Rettig, Toscher & Perez, P.C., Fulbright & Jaworski, LLP and Stephen L. Newman, An Accountancy Corporation by Defendant UBS AG is hereby Granted.

5

DATED:

6
7
8

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

9

[or]

10

11
12
13
14

IT IS HEREBY ORDERED that Plaintiffs' Motion to Quash the non-party subpoenas served on Hochman, Salkin, Rettig, Toscher & Perez, P.C., Fulbright & Jaworski, LLP and Stephen L. Newman, An Accountancy Corporation by Defendant UBS AG is hereby Denied.

15

DATED:

16
17
18

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

19

[or]

20

21
22
23
24

IT IS HEREBY ORDERED that Plaintiffs' Motion for Protective Order regarding the non-party subpoenas served on Hochman, Salkin, Rettig, Toscher & Perez, P.C., Fulbright & Jaworski, LLP and Stephen L. Newman, An Accountancy Corporation by Defendant UBS AG is hereby Granted.

25

26
27
28

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

[or]

IT IS HEREBY ORDERED that Plaintiffs' Motion to Quash the non-party subpoenas served on Hochman, Salkin, Rettig, Toscher & Perez, P.C., Fulbright & Jaworski, LLP and Stephen L. Newman, An Accountancy Corporation by Defendant UBS AG is hereby Denied.

DATED:

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER