William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:  (949) 261-2500
Fax:  (949) 261-2515
Email:  wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210
Email:  jault@olenproperties.com
        mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBS AG et al., <br><br> Defendants. | Case No. SACV08-01029 AG (RNBx) <br><br> **STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2) AND F.R.C.P. 30(d)(1)** <br><br><br> Discovery Cutoff: November 7, 2011 <br> Pretrial Conf.:   January 23, 2012 <br> Trial Date:      February 7, 2012 |

---

1

STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER
F.R.C.P. 30(a)(2) AND 30(d)(1)

IT IS HEREBY STIPULATED by and between Plaintiffs, Igor Olenicoff and Olen Properties Corp. ("Plaintiffs") and Defendants UBS AG, Union Charter, Ltd., David Schwedel, Synthesis Energy Systems, Inc., Michael Storey, Timothy Vail, David Eichinger, James Alexander Michie, GM Capital Partners, Ltd., Robert Knight, Knight Financials, Ltd., Brad Birkenfeld and Herb Lustig (collectively "Defendants"), as follows:

1. To ensure that Parties have the opportunity to depose each of Plaintiffs and Defendants and other relevant witnesses that have pertinent evidence in preparation for trial, the parties stipulate and agree that it is necessary to modify the number of depositions that may be taken pursuant to the Federal Rules of Civil Procedure ("FRCP") 30(a)(2). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiffs and Defendants will be permitted to take more than ten depositions per side, but not more than 25 depositions, and that additional depositions may only be taken with approval by the Court. Each of Plaintiffs and Defendants anticipate taking fewer than 25 depositions; however, in the event that it appears depositions exceeding 25 are necessary, following testimony of any deponent, the Parties agree not to unreasonably refuse another Party's request to take additional depositions.

2. The deposition of Igor Olenicoff shall not be limited to one day of seven (7) hours as provided by FRCP 30(d)(1). Accordingly, the Parties by and through their attorneys of record, do hereby stipulate and agree that Plaintiff, Igor Olenicoff's deposition will be permitted, subject to approval by the Court, to exceed seven (7) hours, but will not be permitted to exceed a total of fourteen (14) hours, limited to two days of seven (7) hours each, and any further time will only be permitted with approval of the Court.

3. The deposition of Bradley Birkenfeld shall not be limited to one day of seven (7) hours as provided by FRCP 30(d)(1). Accordingly, the parties by and through their attorneys of record, do hereby stipulate and agree that Defendant Bradley Birkenfeld's deposition, subject to approval by the Court, will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours, and any further time will only be permitted with approval of the Court.

4. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original document, and all of which, when taken together, shall be deemed to constitute a single document. Fax signatures shall constitute original signatures for the purpose of this Agreement.

IT IS SO STIPULATED:

Dated: September 2, 2011          HORIZON LAW GROUP, LLP

                                  By: */s/ William J. King*
                                  William J. King
                                  Attorneys for Plaintiffs

Dated: September 2, 2011          Gibson, Dunn & Crutcher, LLP


                                  By: */s/ Kristopher Diulio*
                                  Dean Kitchens
                                  Kristopher Diulio
                                  Attorneys for Defendant, UBS AG.

Dated: September 2, 2011          Rovens Lamb LLP


                                  By: */s/ Douglas Rovens*
                                  Douglas J. Rovens
                                  Attorneys for Defendants Union Charter, LTD.
                                  and David Schwedel.

| | |
|---|---|
| Dated: September 2, 2011 | O'Melveny & Myers |
| | By: */s/ Molly Magnuson* |
| | Michael G. Yoder |
| | Molly J. Magnuson |
| | Attorneys for Defendants Synthesis Energy Systems, Inc., Michael Storey, Timothy Vail and David Eichinger. |
| Dated: September 2, 2011 | Sanders Roberts, LLP |
| | By: */s/ Justin Sanders* |
| | Justin H. Sanders |
| | Attorneys for Defendants James A. Michie, GM Capital Partners, Robert Knight, Knight Financial, LTD. |
| Dated: September 2, 2011 | Burris, Schoenberg & Walden, LLP |
| | By: */s/Laura Brys* |
| | Laura G. Brys |
| | Attorneys for Defendant, Herb Lustig. |
| Dated: September 2, 2011 | Law Offices of John Cline |
| | By: */s/ John Cline* |
| | John D. Cline |
| | Attorney for Defendant, Bradley Birkenfeld. |