William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:  (949) 261-2500
Fax:  (949) 261-2515
Email:      wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:  (949) 719-7212
Fax:  (949) 719-7210
Email:      jault@olenproperties.com
            mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBS AG et al.,<br><br>    Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2)  AND F.R.C.P. 30(d)(1) |

After review and consideration of the papers and evidence presented by the parties, the Court finds that good cause exists to grant and order the following stipulation regarding deposition limitations under Fed.R.Civ.Pro § 30(a)(2) and 30(d)(1).

[PROPOSED] ORDER

Therefore, the following Stipulation is GRANTED:

1. Plaintiffs and Defendants will be permitted to take more than ten depositions per side, but not more than 25 depositions, and that additional depositions may only be taken with approval by the Court;

2. Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7) hours, but will not be permitted to exceed a total of fourteen (14) hours, limited to two days of seven (7) hours each; and

3. Defendant Bradley Birkenfeld's deposition, will be permitted to exceed seven (7) hours, but will not be permitted to exceed fourteen (14) hours.

IT IS HEREBY ORDERED.

Dated: _____         _____
                            HONORABLE ROBERT N. BLOCK
                            UNITED STATES MAGISTRATE
                            JUDGE