# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **SACV 08-1029-AG (RNBx)**                              Date: **September 6, 2011**

Title: **Igor Olenicoff, et al. v. UBS AG, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Joe Roper | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
           None present                                                        None present

**PROCEEDINGS:  (IN CHAMBERS)**

**The Stipulation to Exceed Deposition limitations, filed by plaintiffs' counsel on September 2, 2011**

The parties are advised that the Court declines to approve the foregoing stipulation because it does not comply with the requirement of the Court's August 16, 2011 Minute Order that such stipulation bear each counsel's signature.  Given the problem that arose the last time plaintiffs' counsel filed a document with "/s/- name" signatures for defense counsel, that method of electronic signature will no longer be acceptable to the Court for any stipulation relating to discovery filed in this action.  Rather, every such stipulation will need to bear personalized signatures.


cc:     Judge Guilford