William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.:   (949) 261-2500
Fax:   (949) 261-2515
Email:      wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.:   (949) 719-7212
Fax:   (949) 719-7210
Email:      jault@olenproperties.com
                mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>UBS AG et al.,<br><br>            Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>ORDER GRANTING STIPULATION TO EXCEED DEPOSITION LIMITATIONS UNDER F.R.C.P. § 30(a)(2)  AND F.R.C.P. 30(d)(1) |

After review and consideration of the papers and evidence presented by the parties, the Court finds that good cause exists to grant and order the following stipulation regarding deposition limitations under Fed.R.Civ.Pro § 30(a)(2) and 30(d)(1).

Therefore, the following Stipulation is GRANTED:

ORDER

1

2    1. Plaintiffs and Defendants will be permitted to take more than ten depositions per

3        side, but not more than 25 depositions, and that additional depositions may

4        only be taken with  approval by the Court;

5

6    2.  Plaintiff, Igor Olenicoff's deposition will be permitted to exceed seven (7)

7        hours, but will not be permitted to exceed a total of fourteen (14) hours,

8        limited to two days of seven (7) hours each; and

9

10    3. Defendant Bradley Birkenfeld's deposition, will be permitted to exceed seven

        (7) hours, but will not be permitted to exceed fourteen (14) hours.

11

12

13    IT IS HEREBY ORDERED.

14

15    Dated: September 9, 2011          ROBERT N. BLOCK

                                _____

16                              HONORABLE ROBERT N. BLOCK

                              UNITED STATES MAGISTRATE

17                              JUDGE

18

19

20

21

22

23

24

25

26

27

28

ORDER