74, 85 – 93, 94 – 98, as they pertain to UBS AG's admitted scheme; Request Nos. 1 – 7, 10 – 13, 15 – 19, 26, 28 (and 25 and 27 to a scope-narrowing degree), 29 – 49, 51 – 53, 58 – 61, 73 – 75, 85 – 98, 110 – 114, 117 – 121, 123 – 125,126 – 128, 132 – 139 as they pertain to account-related documents; and Request No. 70 as it pertains to the U.S. Senate Subcommittee Interview of UBS AG.

### UBS AG's Conclusion

UBS AG has produced all documents it could reasonably locate regarding Plaintiffs or Plaintiffs' UBS AG accounts.  Plaintiffs attempt to compel the production of 105 Requests that are unrelated to Plaintiffs' claims should be rejected by the Court because the Request are overbroad, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence,  UBS AG would face an extreme burden if required to gather all documents sought by the Requests.  Moreover, many of the additional documents sought by Plaintiffs are also protected from discover by Swiss law and may only be sought, if at all, through the Hague Convention process.  For all of the reasons stated herein, UBS AG respectfully requests that this Court deny Plaintiffs' Motion to Compel.

Dated:  September 12 2011

HORIZON LAW GROUP LLP

By:_____

WILLIAM J. KING, SBN 199908

wking@horizonlawgroup.com
17991 Cowan
Irvine, California 92614
Tel (949) 261-2500 / Fax (949) 261-2515
JULIE A. AULT, SBN 186914
jault@olenproperties.com
7 Corporate Plaza
Newport Beach, California 92660

Attorneys for Plaintiffs IGOR OLENICOFF and OLEN PROPERTIES CORP.

JOINT STATEMENT REGARDING PLAINTIFFS' MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS