| | |
|---|---|
| Dated: September 12, 2011 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ Kristopher P. Diulio |
| | Kristopher P. Diulio |
| | Dean J. Kitchens |

DEAN J. KITCHENS, SBN 82096
dkitchens@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Tel (213) 229-7000 / Fax  (213) 229-7520
KRISTOPHER P. DIULIO, SBN 229399
kdiulio@gibsondunn.com

3161 Michelson Drive
Irvine, California  92612-4412
Tel (949) 451-3800 / Fax (949) 451-4220

Attorneys for Defendant UBS AG

JOINT STATEMENT REGARDING PLAINTIFFS' MOTION TO COMPEL
THE PRODUCTION OF DOCUMENTS