DEAN KITCHENS, SBN 82096, dkitchens@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Fax: 213.229.7520

KRISTOPHER P. DIULIO, SBN 229399, kdiulio@gibsondunn.com
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Fax: 949.451.4220

Attorneys for Defendant UBS AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UBS AG et al.,<br><br>            Defendants. | CASE NO.: SACV08-01029 AG (RNBx)<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF KRISTOPHER P. DIULIO<br><br>**Hearing**<br>Date:    September __, 2011<br>Time:    9:30 a.m.<br>Place:   Courtroom 6D<br><br>Discovery Cutoff: November 7, 2011<br>Pretrial Conf.:   January 23, 2012<br>Trial Date:       February 7, 2012 |

# **DECLARATION OF KRISTOPHER P. DIULIO**

I, Kristopher P. Diulio, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice in the United States District Court for the Central District of California. I am an associate with the law firm of Gibson, Dunn & Crutcher LLP, and one of the attorneys representing UBS AG in the above-captioned matter. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I could and would testify competently to the matters set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Deferred Prosecution Agreement signed by UBS AG and the United States Department of Justice, which was filed on February 18, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of a Declaration prepared by Isabelle Romy, a partner at the law firm Niederer Kraft & Frey AG in Zurich, Switzerland. This Declaration explains the Swiss laws protecting the documents sought by Plaintiffs' Requests for Production.

4. Attached hereto as Exhibit C is a true and correct copy of a Declaration prepared by Britta Delmas, the Global Head of E-Discovery at UBS AG in Zurich, Switzerland. This Declaration describes structure of UBS AG and details the burden that would be endured should UBS AG be required to search all documents on a company-wide basis.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 2, 2011, in Irvine, California. .

*/s/ Kristopher P. Diulio*

Kristopher P. Diulio

101141362.1

Gibson, Dunn & Crutcher LLP