SUMMARY
CURRICULUM VITAE

PROF. DR. ISABELLE ROMY
Bahnhofstrasse 13, 8001 Zurich
Phone: +41 58 800 80 00; fax: +41 58 800 80 80
Isabelle.romy@nkf.ch

## Current positions

Partner with the law firm Niederer Kraft and Frey AG in Zurich (since 2003; previously associate since 1995); practice centers in the areas of international litigation and international private law, in particular in US procedures involving a Swiss party.

Associate Professor at the University of Fribourg (Switzerland) and at the Federal Institute of Technology in Lausanne (EPFL) (since 1996) (courses on transnational litigation, private international law and on environmental law).

Vice-Chairman of the Sanction Commission of the SIX Swiss Exchange (member since 2002).

## Education/prior activities

| | |
|---|---|
| 2003-2008 | Deputy Judge at the Swiss Federal Supreme Court (Juge suppléante au Tribunal fédéral) assigned to the 1st Civil Court (contract, tort, commercial law ) from 2005 to 2008 and assigned to the Criminal Court from 2003 to 2005 |
| 1994-1996 | Teaching Assistant at the Law School of the University of Lausanne (criminal law) |
| 1993 - 1996 | Professoral thesis (thèse d'habilitation) at the University of Fribourg on enforcement actions in environmental law and on mass tort litigation and class action under US law and Swiss law |
| 1992 - 1994 | Visiting scholar at Boalt Hall, School of Law, University of California at Berkeley |
| 1986 - 1989 | Doctoral thesis (these de doctorat) on comparative (Swiss, French, German and Dutch) liability for transboundary water pollutions |
| 1983 - 1986 | University of Lausanne, Licence en droit (equivalent to J.D.) |

## Languages

French, English, German

## Publications

Numerous publications on civil procedure, private international law, environmental law, law of obligations.

Zurich, August 2011