1  DEAN KITCHENS, SBN 82096, dkitchens@gibsondunn.com
   Gibson, Dunn & Crutcher LLP
2  333 South Grand Avenue
   Los Angeles, CA 90071-3197
3  Telephone: 213.229.7000
   Fax: 213.229.7520
4
   KRISTOPHER P. DIULIO, SBN 229399, kdiulio@gibsondunn.com
5  Gibson, Dunn & Crutcher LLP
   3161 Michelson Drive
6  Irvine, CA 92612-4412
   Telephone: 949.451.3800
7  Fax: 949.451.4220

8  Attorneys for Defendant UBS AG

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12                    SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., | CASE NO.: SACV08-01029 AG (RNBx) |
| Plaintiffs, | |
| | DECLARATION OF BRITTA DELMAS |
| v. | |
| | **Hearing** |
| UBS AG et al., | Date: |
| | Time: |
| Defendants. | Place: |

Gibson, Dunn &
Crutcher LLP

## DECLARATION OF BRITTA DELMAS

I, Britta Delmas, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am currently employed as the Global Head of E-Discovery in the rank of a Managing Director with UBS AG in Zurich, Switzerland. I make this declaration upon personal knowledge, including my knowledge of the business records of UBS AG. If called upon to do so, I could and would testify competently to the following matters.

2. UBS AG is headquartered in Zurich and Basel, Switzerland, and has over 1000 offices in more than 50 countries. UBS AG employs approximately 65,000 people. UBS AG maintains business records and customer files at locations throughout Europe. During the past decade, starting with the year 2001 —when Plaintiffs first opened UBS AG accounts—UBS AG has employed approximately 200,000 employees.

3. In response to the document requests from Igor Olenicoff and Olen Properties Corp. (collectively "Plaintiffs"), UBS AG located and produced account files for the accounts held in the name of, or controlled by, Plaintiffs. UBS AG also produced emails concerning Plaintiffs or Plaintiffs' accounts that could be located after a reasonably diligent search.

4. Plaintiffs seek to compel UBS AG to further respond to 105 requests for the production of documents. These requests seek, among other things: (a) documents related to non-party customer accounts, (b) documents related to the United States Internal Revenue Service or Department of Justice, and (c) internal UBS AG business documents, for example general training and marketing materials. In order to comply literally with these requests, UBS AG would be required to, among other things, search every hard copy and electronic file of every current and former UBS AG employee in every location throughout the world. Furthermore,

Gibson, Dunn &
Crutcher LLP

although Plaintiffs only held UBS AG accounts during the years 2001 through 2005, Plaintiffs specifically seek to force UBS AG to search for documents for an unspecified number of years before Plaintiffs opened UBS AG accounts and after Plaintiffs closed their UBS AG accounts.

5. During the 2001 through 2005 time period when Igor Olenicoff and affiliated entities held accounts at UBS AG, UBS AG Switzerland provided cross-border private banking services to thousands of clients. Literal compliance with the request for documents for client accounts unrelated to Plaintiffs would require UBS AG to review account files for thousands of clients who are not alleged to have any connection to the accounts that form the basis of Plaintiffs' lawsuit against UBS AG. Review and production of those files would not only violate the privacy rights guaranteed to those account holders under Swiss law and expose UBS AG's employees to criminal liability, but would also involve a significant burden on UBS AG. This is particularly so when UBS AG has already produced to Plaintiffs account documents regarding accounts held in the name of, or controlled by, Plaintiffs.

6. Based on my experience responding to discovery requests for UBS AG, it would take hundreds of thousands of hours to fully respond to Plaintiffs' requests. In addition to requiring a significant period of time to accomplish this task, the end result would be the collection of a massive number of UBS AG documents that are completely unrelated to Plaintiffs' UBS AG accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 2nd day of September, 2011 in Zurich, Switzerland.

_____
UBS AG

101140068.1

Gibson, Dunn &
Crutcher LLP