GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096
dkitchens@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Telephone:  (213) 229-7000
Facsimile:  (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
KRISTOPHER P. DIULIO, SBN 229399
kdiulio@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220

Attorneys for Defendant
UBS AG

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., | Case No. SACV08-01029 AG (RNBx) |
| Plaintiffs, | **STIPULATION TO RESCHEDULE DISCOVERY CONFERENCE** |
| v. | |
| UBS AG et al., | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

  Plaintiffs Igor Olenicoff and Olen Properties Corp. ("Plaintiffs") and Defendant UBS AG, jointly stipulate and request, by and through their respective counsel of record, asking the Court to reschedule the discovery conference set by the Court. Specifically, the parties stipulate and agree as follows:

  WHEREAS, on September 2, 2011 Plaintiffs filed a motion to quash third party subpoenas issued by UBS AG;

  WHEREAS, the Court denied Plaintiffs' motion on September 6, 2011and set a discovery conference for September 27, 2011;

  WHEREAS, UBS AG has noticed the deposition of Plaintiff Igor Olenicoff for September 27, 2011, thus the parties are not available on September 27, 2011;

  WHEREAS, Plaintiffs have informed UBS AG that a scheduling conflict has occurred regarding the deposition of Igor Olenicoff on September 27, 2011;

  WHEREAS Plaintiffs have informed Defendants of their desire to bring in new counsel and will be filing a motion to continue the trial date and extend the time periods set forth in the Scheduling Order;

  WHEREAS Plaintiffs have requested a stay of all outstanding discovery pending the Court's ruling on its motion for a continuance, including the deposition of Steven Jacoby and Igor Olenicoff;

  WHEREAS Plaintiffs are not requesting a stay of any motions regarding discovery that are currently pending;

  WHEREAS, there are several additional discovery issues which the parties need to timely raise with the Court; and

  WHEREAS, after conferring with the Court's clerk, we are informed that the Court is available for a discovery conference on September 14, 2011 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

1     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the
2 parties request that the Court reschedule the discovery conference currently set for
3 September 27, 2011 to occur on September 14, 2011 at 10:00 a.m. so that the Court
4 can consider all of the above.

                                             Respectfully submitted,

Dated: September 13, 2011         GIBSON, DUNN & CRUTCHER LLP

                                             By: _____
                                                 Kristopher P. Diulio

                                           333 South Grand Avenue
                                           Los Angeles, CA 90071-1512
                                           Phone: (213) 229-7000

                                           Attorneys for Defendant
                                           UBS AG

Dated: September 13, 2011         HORIZON LAW GROUP LLP

                                           By: _____
                                                 William J. King

                                           1920 Main St., Ste. 210
                                           Irvine, CA 92614
                                           Phone: (949) 261-2500

                                           Attorneys for Plaintiffs IGOR OLENICOFF and
                                           OLEN PROPERTIES CORP.

101149745.1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that the parties request that the Court reschedule the discovery conference currently set for September 27, 2011 to occur on September 14, 2011 at 10:00 a.m. so that the Court can consider all of the above.

Respectfully submitted,

Dated: September 13, 2011

GIBSON, DUNN & CRUTCHER LLP

By: _____
    Kristopher P. Diulio

333 South Grand Avenue
Los Angeles, CA 90071-1512
Phone: (213) 229-7000

Attorneys for Defendant
UBS AG

Dated: September 13, 2011

HORIZON LAW GROUP LLP

By: *(signature)* ~~William J. King~~ Julie A. Ault

1920 Main St., Ste. 210
Irvine, CA 92614
Phone: (949) 261-2500

Attorneys for Plaintiffs IGOR OLENICOFF and OLEN PROPERTIES CORP.

101149745.1

## CERTIFICATE OF SERVICE

I hereby certify that on 9/13/2011, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| Name | Email |
|---|---|
| David M. McDonald | dmcd@mmlawmiami.com |
| John W. McLuskey | jmcl@mmlawmiami.com |
| Julie Ann Ault | jault@olenproperties.com |
| Michael G. Yoder | myoder@omm.com |
| Molly J. Magnuson | mmagnuson@omm.com |
| William J. King | wking@horizonlawgroup.com |
| Daniel K. Hedges | dhedges@porterhedges.com |
| Douglas J. Rovens | drovens@ssd.com |
| Kenneth M. Miller | ken@bnklaw.com |
| Richard J. Grad | rgrad@sidley.com |
| Steven A. Ellis | sellis@sidley.com |
| Mark A. Romeo | mromeo@crowell.com |
| Christina K. Dallen | cdallen@crowell.com |
| Justin H. Sanders | justin@sanderfirmla.com |

/s/ Kristopher P. Diulio

Gibson, Dunn & Crutcher LLP