1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., | CASE NO.: SACV08-01029 AG (RNBx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO RESCHEDULE DISCOVERY CONFERENCE** |
| UBS AG et al., | |
| Defendant. | |

The Court, having reviewed and considered Igor Olenicoff, Olen Properties. Corp., and UBS AG's (the "Parties") Stipulation to Reschedule Discovery Conference, hereby ORDERS:

1. The Parties' Stipulation is hereby GRANTED in its entirety;

2. The discovery conference previously scheduled for September 27, 2011 is hereby MOVED to September 14, 2011 at 10:00 a.m.

3. The Parties are hereby ORDERED to appear on September 14, 2011 at 10:00 a.m. to discuss pending discovery disputes.

IT IS SO ORDERED.

DATED: _____, 2011  _____
                                Robert N. Block, Magistrate Judge
                                United States District Court

101149823.1

Gibson, Dunn & Crutcher LLP

1