UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-1029-AG(RNBx) | Date | September 12, 2011 |
|---|---|---|---|
| Title | IGOR OLENICOFF, ET AL v UBS AG, ETC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Denise Paddock | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julie Ault | Reginald Roberts Jt. |

**Proceedings:** DEFENDANTS JAMES A. MICHIE, ROBERT KNIGHT FINANCIAL, LTD'S MOTION FOR LEAVE TO FILE COUNTERCLAIMS [DKT #442]

Cause is called for hearing and counsel make their appearances. Matter is argued. Motion is DENIED. A separate order denying motion to issue.

: 08

Initials of Preparer   lmb