1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

IGOR OLENICOFF et al.,

    Plaintiff,

  v.

UBS AG et al.,

    Defendant.

CASE NO.: SACV08-01029 AG (RNBx)

**DISCOVERY MATTER**

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO RESCHEDULE DISCOVERY CONFERENCE**

1  The Court, having reviewed and considered Igor Olenicoff, Olen Properties.
2  Corp., and UBS AG's (the "Parties") Stipulation to Reschedule Discovery Conference,
3  hereby ORDERS:
4   1.  The Parties' Stipulation is hereby GRANTED in its entirety;
5   2.  The discovery conference previously scheduled for September 27, 2011 is
6  hereby MOVED to September 14, 2011 at 10:00 a.m.
7   3.  The Parties are hereby ORDERED to appear on September 14, 2011 at
8  10:00 a.m. to discuss pending discovery disputes.

 IT IS SO ORDERED.

 DATED:  __September 13__, 2011  _____
  Robert N. Block, Magistrate Judge
  United States District Court

101149823.1

Gibson, Dunn & Crutcher LLP

1