Name & Address:
William J. King, Esq., Bar No. 199908, Horizon Law Group, LLP, 17991 Cowan, Irvine, CA 92614, 949.241.2500, wking@horizonlaw.com;
Julie A. Ault, Bar No. 186914, Marisa D. Poulos, Bar No.197904, 7 Corporate Plaza, Newport Beach, CA 92660, 949.719.7212, jault@olenproperties.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| IGOR OLENICOFF | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV 08-01029 |
| v. | |
| UBS AG, ET AL. | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF MICHAEL STOREY, TIMOTHY VAIL AND DAVID EICHINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE SES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Document Description:**

☐ Administrative Record
☒ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☐ Other

**Reason:**

☐ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

SEPTEMBER 16, 2011
Date

/s/ Marisa Poulos
Attorney Name

Igor Olenicoff, Olen Properties Corp.
Party Represented

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                                         NOTICE OF MANUAL FILING