William J. King, Esq. (Bar No. 199908)
William C. Hoggard, Esq. (Bar No. 192329)
HORIZON LAW GROUP LLP
17991 Cowan
Irvine, CA 92614
Tel.: (949) 261-2500
Fax: (949) 261-2515
Email: wking@horizonlawgroup.com

Julie A. Ault, Esq. (Bar No. 186914)
Marisa D. Poulos, Esq. (Bar No. 197904)
7 Corporate Plaza
Newport Beach, CA 92660
Tel.: (949) 719-7212
Fax: (949) 719-7210
Email: jault@olenproperties.com
       mpoulos@olenproperties.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBS AG et al.,<br><br>    Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF MICHAEL STOREY, TIMOTHY VAIL AND DAVID EICHINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE SES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 26, 2011<br>Time: 10:00 a.m.<br>Courtroom 10D<br>Judge: Honorable Andrew J. Guildford<br><br>Complaint filed: September 16, 2008<br>Pretrial Conf.: January 23, 2012<br>Trial Date: February 7, 2012 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Igor Olenicoff and Olen Properties Corp. hereby lodge with the court copies of the deposition transcripts of Timothy Vail, David Eichinger and Michael Storey in support of Plaintiffs' Opposition to the SES Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication.

Dated: September 16, 2011

By: /s/ Marisa Poulos
JULIE A. AULT
MARISA D. POULOS
Attorneys for Plaintiffs IGOR OLENICOFF
and OLEN PROPERTIES CORP.

## PROOF OF SERVICE

I, Eileen Miller, am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 7 Corporate Plaza, Newport Beach, California 92660.

On September 16, 2011, I caused the foregoing documents described as

**NOTICE OF MANUAL FILING**

**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS OF MICHAEL STOREY, TIMOTHY VAIL AND DAVID EICHINGER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE SES DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

to be served on the interested parties in this action [X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as stated on the attached Service List:

    [ ]    BY MAIL

    [ ]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Newport Beach, California addressed as set forth below. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**See Attached Service List**

    [x]    BY EMAIL I caused the document to be sent to the persons at the email addresses listed on the attached Service List. I did not receive within a reasonable time after transmission, any electronic message or other indication that transmission was unsuccessful.

    [X]    **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 16, 2011, at **Newport Beach, California**.

*/s/ Eileen Miller*
EILEEN MILLER

## Service List

| | |
|---|---|
| Douglas J. Rovens<br>Steven A. Lamb<br>Rovens Lamb LLP<br>6080 Center Drive, Suite 600<br>Los Angeles, CA 90045<br>drovens@rovenslamb.com<br><br>Attorneys for Union Charter, Ltd. and David A. Schwedel | John W. McLuskey<br>David M. McDonald, Esq.<br>McLuskey and McDonald, PA<br>8821 S.W. 69th Court<br>Miami, FL 33156<br>jmcl@mmlawmiami.com<br>dmcd@mmlawmiami.com |
| Dean J. Kitchens<br>Gibson, Dunn and Crutcher LLP<br>333 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071<br>dkitchens@gibsondunn.com<br>Attorney for Defendant UBS AG | Justin H. Sanders<br>Reginald Roberts, Jr.<br>Sanders Roberts LLP<br>355 South Grand Avenue, Suite 2450<br>Los Angeles, California 90071<br>jsanders@sandersroberts.com<br>rroberts@sandersroberts.com<br>Attorneys for GM Capital Partners; James Alexander Michie; Robert Knight and Knight Financial, LTD. |
| Michael G. Yoder<br>Molly J. Magnuson<br>O'Melveny & Myers LLP<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>myoder@omm.com<br>mmagnuson@omm.com<br>Attorneys for Defendants Synthesis Energy Systems, Inc., Michael Storey, Timothy Vail and David Eichinger | Daniel K. Hedges<br>Porter & Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>dhedges@porterhedges.com<br>Attorneys for Defendants Synthesis Energy Systems, Inc., Michael Storey, Timothy Vail and David Eichinger |
| Kristopher Price Diulio<br>Gibson, Dunn & Crutcher<br>3161 Michelson Drive<br>Irvine, California 92612<br>kdiulio@gibsondunn.com<br>Attorney for UBS AG | John D. Cline<br>Law Office of John D. Cline<br>115 Sansome Street, Suite 1204<br>San Francisco, CA 94104<br>cline@johndclinelaw.com<br>Attorneys for Defendant Bradley Birkenfeld |

1  Laura G. Brys                                William J. King, Esq.
   Burris, Schoenberg & Walden, LLP             William C. Hoggard, Esq.
2  12121 Wilshire Boulevard, Suite 800          Horizon Law Group, LLP
   Los Angeles, CA 90025                        17991 Cowan
3  Laura@bslaw.net                              Irvine CA 92614
   Attorneys for Defendant Herb Lustig          wking@horizonlawgroup.com
4                                               Attorneys for Plaintiffs
5

6  Christina K. Dallen
   Mark A. Romeo
7  Crowell and Moring LLP
   Three Park Plaza, 20th Floor
8  Irvine, CA 92614
9  mromeo@crowell.com

10 K. C. Maxwell
   Law Office of K. C. Maxwell
11 115 Sansome Street, Suite 1204
12 San Francisco, CA 94014
   kcm@kcmaxlaw.com
13

14

15

...