UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF, an individual; OLEN PROPERTIES CORP., a Florida corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS AG, a foreign Swiss corporation; BRADLEY BIRKENFELD, an individual; MICHEL GUIGNARD, an individual; MARTIN LIECHTI, an individual; RAOUL WEIL, an individual; CHRISTIAN BOVAY, an individual; GILBERT BENZ, an individual; ROGER HARTMANN, an individual; JACQUES BEUCHAT, an individual; PETER KURER, an individual; RENE MARTY, an individual; NEUE BANK, AG, a foreign business entity, form unknown; GEORG VOGT, an individual; HERMANN WILLE, an individual; PAUL BUCHEL, an individual; JOST PILGRIM, an individual; WILLI WOLFINGER, an individual; DR. STEPHAN LATERNSER, an individual; ARNOLD WILLE, an individual; NEW HAVEN TRUST COMPANY LIMITED, a foreign business entity, form unknown; MARIO STAGGL, an individual; DR. JUR. KLAUS BIEDERMANN, an | CASE NO.: SACV08-01029 AG (RNBx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR:**<br><br>**(1) AN ORDER RESETTING THE HEARING DATE ON PLAINTIFFS' PENDING MOTION TO CONTINUE TRIAL AND AMEND THE SCHEDULING ORDER TO OCTOBER 3, 2011 AND MOVING UP DATES FOR OPPOSITIONS AND REPLIES; AND**<br><br>**(2) AN ORDER STAYING ALL DISCOVERY PENDING RULING ON THE MOTION TO CONTINUE TRIAL AND AMEND THE SCHEDULING ORDER**<br><br>FILE DATE:   September 16, 2008<br>TRIAL DATE:  February 7, 2012 |

NEWMEYER & DILLION LLP

2868710.1                                                             MASTER CAPTION

| | |
|---|---|
| 1 | individual; SCOTT MACAW, an individual; NEIL SMITH, an individual; UNION CHARTER, LTD., a foreign business entity, form unknown; DAVID A. SCHWEDEL, an individual; SYNTHESIS ENERGY SYSTEMS, INC., a Florida corporation; MICHAEL STOREY, an individual; TIMOTHY VAIL, an individual; DAVID EICHINGER, an individual; JAMES ALEXANDER MICHIE, an individual; GM CAPITAL PARTNERS, LTD., a foreign Canadian business entity; ROBERT KNIGHT, an individual; KNIGHT FINANCIAL, LTD., a foreign Canadian business entity; MARC ANGST, an individual; GESTRUST SA, a foreign Swiss business entity; MARTIN HOCHSCHORNER, an individual; JASON SUNDAR, an individual; HERB LUSTIG, an individual; and DOES 1 through 10, inclusive, |
| 13 | Defendants. |

Having considered Plaintiffs' ex parte application for an Order resetting the hearing date on Plaintiffs' pending Motion to Continue Trial and Amend the Scheduling Order to October 3, 2011, and an Order staying all discovery pending the Court's ruling on Plaintiffs' Motion on the proposed hearing date of October 3, 2011, and a corresponding continuance of all discovery deadlines by twenty-one (21) days,

IT IS HEREBY ORDERED that Plaintiffs' pending Motion to Continue Trial and Amend the Scheduling Order will be heard on October 3, 2011.  The following briefing schedule will be set:

| | |
|---|---|
| Opposing Papers to be filed: | Friday, September 23, 2011 |
| Reply Papers to be filed: | Thursday, September 29, 2011 |
| Hearing: | Monday, October 3, 2011 |

/ / /

/ / /

NEWMEYER & DILLION LLP

1    IT IS HEREBY ORDERED that all discovery is stayed pending the Court's
2 Ruling on Plaintiffs' Motion on October 3, 2011, and all discovery deadlines are
3 continued by twenty-one (21) days.

4 Dated:   September _____, 2011

6                                        By: _____
                                             UNITED STATES DISTRICT
                                             JUDGE

9    IN THE ALTERNATIVE, Having considered Plaintiffs' ex parte
10 application for an Order staying all discovery pending the Court's ruling on the
11 Motion until the presently scheduled hearing date of October 17, 2011, and
12 granting a corresponding continuance of all discovery deadlines by thirty-five (35)
13 days,
14    IT IS HEREBY ORDERED that all discovery is stayed pending the Court's
15 Ruling on Plaintiffs' Motion on October 17, 2011, and all discovery deadlines are
16 continued by thirty-five (35) days.

17 Dated:   September _____, 2011

19                                        By: _____
                                             UNITED STATES DISTRICT
                                             JUDGE