UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 08-1029-AG (RNBx)** | Date | September 16, 2011 |
|---|---|---|---|
| Title | **Igor Olenicoff, et al. v. UBS AG, et al.** | | |

| Present: The Honorable | Robert N. Block, United States Magistrate Judge |
|---|---|

| Kerri Hays | n/a | CourtSmart |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Julie A. Ault | Dean J. Kitchens |
| Marisa D. Poulos | Kristopher P. Diulio |

**Proceedings:**        (TELEPHONIC  CONFERENCE)

Case called.  Counsel make their appearances telephonically.  After affording counsel the opportunity to be heard with respect to defendant UBS AG's **Motion for Discovery Sanctions and Order to Show Cause Regarding Sanctions** and **Ex Parte Application for Order Shortening Time for Hearing on UBS AG's Motion for Discovery Sanctions**, and expressing its view on certain aspects of the filings, the Court rules as follows:

1.     The Ex Parte Application is denied.

2.     The Motion for Discovery Sanctions also is denied without prejudice to its refiling, on regular notice, with respect to the one possible basis for sanctions against plaintiffs' counsel identified by the Court for which sanctions pursuant to 28 U.S.C. § 1927 might be warranted.  If UBS AG does refile the Motion, the Motion will be governed by Local Rule 7, not Local Rule 37.   In other words, no further conference of counsel will be required and the Motion will not have to be presented in the form of a Joint Stipulation.

cc:    Judge Guilford

|  | : | 28 |
|---|---|---|
| Initials of Preparer | | klh |