UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 08-1029 AG (RNBx) | Date | September 21, 2010 |
|---|---|---|---|
| Title | IGOR OLENICOFF, et al. v. UBS AG, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

**Proceedings:** [IN CHAMBERS] ORDER SETTING SEPTEMBER 26, 2011 HEARING

Plaintiffs filed a Motion to Continue Trial and Amend the Scheduling Order ("Motion"). Plaintiffs seek to push back discovery and the trial date.

Plaintiffs also filed an Ex Parte Motion seeking expedited review of their Motion. Plaintiffs seek an October 3, 2011 expedited hearing date. Defendant UBS AG is not available on that date, but is available September 26, 2011.

The Court ORDERS the Parties to appear in Court on September 26, 2011 to orally discuss the pending Motion to Continue Trial and Amend the Scheduling Order. No further briefing is necessary at this time.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |