GIBSON, DUNN & CRUTCHER LLP
DEAN J. KITCHENS, SBN 82096
dkitchens@gibsondunn.com
LAUREN A. EBER, SBN 246519
leber@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

GIBSON, DUNN & CRUTCHER LLP
KRISTOPHER P. DIULIO, SBN 229399
kdiulio@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendant UBS AG

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBS AG et al., <br><br> Defendants. | Case No. SACV08-01029 AG (RNBx) <br><br> **UBS AG'S SUBMISSION OF PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGEMNT AGAINST OLEN PROPERTIES CORP.** <br><br><br> Discovery Cutoff: February 8, 2012 <br> Pretrial Conf.: April 26, 2012 <br> Trial Date: May 8, 2012 |

Gibson, Dunn & Crutcher LLP

UBS AG ("UBS") respectfully submits a proposed order granting UBS's unopposed motion for summary judgment against Plaintiff Olen Properties Corp. (Olen.).  UBS filed a motion for summary judgment against Olen on February 27, 2012.  (Dkt. 586.)  Olen's opposition was due on March 19, 2012.  Olen did not file an opposition to UBS's motion for summary judgment against Olen.  Instead, in response to UBS's statement of facts, Plaintiffs state that "Plaintiff Olen does not oppose this motion."  (Dkt. 608 at 63-65.)

Pursuant to Fed. R. Civ. P. 56 and L.R. 56, and for the reasons set forth in UBS's moving papers, the Court should grant UBS's unopposed motion for summary judgment against Olen.  For the convenience of the Court, UBS hereby submits the attached proposed order.

Respectfully submitted,

Dated:  March 26, 2012

GIBSON, DUNN & CRUTCHER LLP

By:_____ /s/ Dean J. Kitchens_____
                Dean J. Kitchens

DEAN J. KITCHENS, SBN 82096
dkitchens@gibsondunn.com
LAUREN A. EBER, SBN 246519
leber@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071-3197
Tel (213) 229-7000 / Fax  (213) 229-7520

KRISTOPHER P. DIULIO, SBN 229399
kdiulio@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Tel (949) 451-3800 / Fax (949) 451-4220

Attorneys for Defendant UBS AG

101261511.1

Gibson, Dunn & Crutcher LLP

1

UBS AG'S SUBMISSION OF A PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR SUMMARY JUDGMENT AGAINT OLEN PROPERTIES CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| David M. McDonald | dmcd@mmlawmiami.com |
| John W. McLuskey | jmcl@mmlawmiami.com |
| Julie Ann Ault | jault@olenproperties.com |
| Thomas F. Newmeyer | tom.newmeyer@ndlf.com |
| Jennifer C. Lyons | jennifer.lyons@ndlf.com |
| Douglas J. Rovens | drovens@rovenslamb.com |
| John D. Cline | cline@johndclinelaw.com |
| Richard J. Grad | rgrad@sidley.com |
| Marisa D. Poulos | mpoulos@olenproperties.com |

      /s/  Dena Kennedy

      Dena Kennedy

Gibson, Dunn &
Crutcher LLP

1