UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IGOR OLENICOFF et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UBS AG et al.,<br><br>            Defendants. | Case No. SACV08-01029 AG (RNBx)<br><br>**JUDGMENT IN FAVOR OF UBS AG AND BRADLEY BIRKENFELD** |

Gibson, Dunn &
Crutcher LLP

Defendant UBS AG ("UBS") filed five motions for summary judgment against Plaintiffs Igor Olenicoff and Olen Properties Corp. (collectively "Plaintiffs"). Defendant Bradley Birkenfeld ("Birkenfeld") joined in UBS's motions for summary judgment. On April 10, 2012, the Court entered its order granting UBS's motions for summary judgment 3 and 5 in their entirety, granting in part motions for summary judgment 1 and 2, vacating motion for summary judgment 4 as moot, and granting Birkenfeld's joinder, thus dismissing all claims against UBS and Birkenfeld. (Dkt. 656.) For the reasons set forth in the Court's April 10, 2012 Order,

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is hereby entered in favor of Defendants UBS and Birkenfeld on all claims for relief in Plaintiffs' Third Amended Complaint.

2. Plaintiffs shall take nothing against Defendants UBS and Birkenfeld.

3. UBS and Birkenfeld are the prevailing parties and they shall recover their costs of suit as permitted by Local Rule 54.

IT IS SO ORDERED.

DATED:  April 12, 2012            _____
                                  THE HONORABLE ANDREW J. GUILFORD
                                  UNITED STATES DISTRICT JUDGE