# EXHIBIT C

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314041 | 12/30/2011 | 241368 |
| **Job Date** | **Case No.** | |
| 11/8/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Bradley C. Birkenfield, Vol. 1 | | 2,685.05 |
| | **TOTAL DUE >>>** | **$2,685.05** |
| | AFTER 2/13/2012 PAY | $2,953.56 |

Reference No.  : 31723

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



**∗ 9 0 0 8 1 5 0 4 2 ∗**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: ▋▋▋▋▋▋

Phone: 213-229-7124  Fax:213.229.6887

*Please detach bottom portion and return with payment.*

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

Job No.    : 241368        BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No.  : 314041        Invoice Date  : 12/30/2011
**Total Due  : $ 2,685.05**
AFTER 2/13/2012 PAY $2,953.56

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To:  **U.S. Legal Support (CA Reporting)**
           **P O Box 79637**
           **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737   Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315077 | 12/15/2011 | 241371 |
| Job Date | Case No. | |
| 11/9/2011 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Bradley C. Birkenfield, Vol. 2            2,301.45

                **TOTAL DUE >>>**      **$2,301.45**
                AFTER 1/29/2012 PAY      $2,531.60

Reference No.  : 31721

Online bill pay available at www.uslegalsupport.com



*900815046*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▇▇▇▇▇▇                             Phone: 213-229-7124     Fax:213.229.6887

---

*Please detach bottom portion and return with payment.*

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

Job No.   : 241371      BU ID     :41-CM
Case No.   :
Case Name : Igor Olenicoff v. UBS AG et. al

Invoice No. : 315077      Invoice Date :12/15/2011
**Total Due** : $ 2,301.45
AFTER 1/29/2012 PAY $2,531.60

| PAYMENT WITH CREDIT CARD | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **U.S. Legal Support (CA Reporting)**
           **P O Box 79637**
           **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support – CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315072 | 12/15/2011 | 241373 |

| Job Date | Case No. |
|---|---|
| 11/10/2011 | |

| Case Name |
|---|
| Igor Olenicoff v. UBS AG et. al |

| Payment Terms |
|---|
| Due upon receipt |

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Bradley C. Birkenfield, Vol. 3                       612.85

TOTAL DUE >>>       **$612.85**
AFTER 1/29/2012 PAY    $674.14

Reference No.  : 31722

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



**\* 9 0 0 8 1 5 0 4 7 \***

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▉▉▉▉▉▉                         Phone: 213-229-7124    Fax:213.229.6887

*Please detach bottom portion and return with payment.*

Job No.    : 241373       BU ID    :41-CM
Case No.    :
Case Name : Igor Olenicoff v. UBS AG et. al

Dean J. Kitchens
Gibson, Dunn & Crutcher-LA
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

Invoice No. : 315072      Invoice Date : 12/15/2011
**Total Due : $ 612.85**
AFTER 1/29/2012 PAY $674.14

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:         Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA 91716-9637**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305813 | 9/13/2011 | 237074 |
| **Job Date** | **Case No.** | |
| 8/30/2011 | | |

| **Case Name** |
|---|
| Igor Olenicoff v. UBS AG et. al |

| **Payment Terms** |
|---|
| Due upon receipt |

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

Kristopher Diulio
Gibson, Dunn & Crutcher*
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Jeanette Bullington                                                      1,251.30

TOTAL DUE >>>        **$1,251.30**
AFTER 10/28/2011  PAY        $1,376.43

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



*900749090*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ████████                              Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*
3161 Michaelson Drive
Irvine, CA 92612

| | | |
|---|---|---|
| Job No. | : 237074 | BU ID : 41-CM |
| Case No. | : | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | |
| | | |
| Invoice No. | : 305813 | Invoice Date :9/13/2011 |
| **Total Due** | : **$ 1,251.30** | |

AFTER 10/28/2011  PAY $1,376.43

| **PAYMENT WITH CREDIT CARD** | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

BACK-UP INVOICE 000004

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321231 | 2/15/2012 | 252291 |
| Job Date | Case No. | |
| 2/1/2012 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Donald Curtis ........................................................................1,955.05

TOTAL DUE >>>        $1,955.05
AFTER 3/31/2012 PAY      $2,150.56

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



*900823392*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ███████                                    Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

Job No.     : 252291        BU ID      :41-CM
Case No.    :
Case Name   : Igor Olenicoff v. UBS AG et. al

Invoice No. : 321231        Invoice Date :2/15/2012
**Total Due  : $ 1,955.05**
AFTER 3/31/2012 PAY  $2,150.56

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                   Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000005

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone:818-995-0600   Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325089 | 3/20/2012 | 258342 |
| Job Date | Case No. | |
| 3/12/2012 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  James Dowling                                                                           1,557.55

                                    TOTAL DUE >>>          $1,557.55
                                    AFTER 5/4/2012 PAY        $1,713.31

Livenote Hookup -- Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ██████                                  Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.      : 258342          BU ID      :40-GG
Case No.     :
Case Name : Igor Olenicoff v. UBS AG et. al

Invoice No. : 325089          Invoice Date :3/20/2012
Total Due   : $ 1,557.55
AFTER 5/4/2012 PAY  $1,713.31

**PAYMENT WITH CREDIT CARD**                    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
              **P O Box 79637**
              **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000006

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

Bill To: Lauren A. Eber, Esq.
Gibson Dunn & Crutcher
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | OC122038 |
| Invoice Date: | 04/06/2012 |
| Balance Due: | $ 1,899.15 |

| | | |
|---|---|---|
| **Case:** | Igor Olenicoff v. UBS AG | **Matter #** |
| **Job #:** | 138249  |  Job Date: 03/22/2012  |  Delivery:  Normal | |
| **Location:** | Gibson Dunn & Crutcher 333 S. Grand Avenue | 47th Floor | Los Angeles, CA 90071 | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| | Douglas Farrow | Certified Transcript | Page | 313.00 | $1,032.90 |
| | | Realtime | Per page | 313.00 | $469.50 |
| | | Exhibits- hard copy, scanned (B/W) | per page | 345.00 | $224.25 |
| | | Exhibit - color copying | Per page | 47.00 | $70.50 |
| | | CD Depo w/ LEF | | 1.00 | $52.00 |
| | | Production & Handling | | 1.00 | $50.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $1,899.15 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,899.15 |

| Fed. Tax ID: | Term: Net 30 |
|---|---|

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | OC122038 |
| Job #: | 138249 |
| Invoice Date: | 04/06/2012 |
| Balance : | $1,899.15 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

BACK-UP INVOICE 000007

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325676 | 3/26/2012 | 258344 |
| **Job Date** | **Case No.** | |
| 3/14/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Jeffrey Gottfredson                                                   5,624.87

**TOTAL DUE >>>**       **$5,624.87**

AFTER 5/10/2012  PAY       $6,187.36

Expedite - Livenote hookup - Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ███████

Phone: 949-451-3800     Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA  92612

Job No.     : 258344        BU ID     :41-CM

Case No.     :

Case Name : Igor Olenicoff v. UBS AG et. al

Invoice No. : 325676        Invoice Date :3/26/2012

**Total Due :** **$ 5,624.87**

AFTER 5/10/2012  PAY  $6,187.36

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:             Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
         **P O Box 79637**
         **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000008

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309113 | 10/15/2011 | 240961 |
| **Job Date** | **Case No.** | |
| 10/11/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Stephen Jacoby                                                        3,177.01

                                        **TOTAL DUE >>>**          **$3,177.01**
                                        AFTER 11/29/2011 PAY          $3,494.71

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



\* 9 0 0 7 5 8 8 6 9 \*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ███████                          Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

Job No.      : 240961          BU ID       :41-CM
Case No.     :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No.  : 309113          Invoice Date :10/15/2011
**Total Due**  : **$ 3,177.01**
AFTER 11/29/2011  PAY $3,494.71

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000009

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320882 | 2/14/2012 | 252296 |
| **Job Date** | **Case No.** | |
| 1/27/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Stephen Jacoby                                                          -1,291.40

                                            **TOTAL DUE >>>**        **$1,291.40**
                                            AFTER 3/30/2012 PAY        $1,420.54

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

```
* 9 0 0 7 6 2 5 0 0 *
```

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ███████                                    Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

Job No.   :  252296        BU ID    :41-CM
Case No.  :
Case Name :  Igor Olenicoff v. UBS AG et. al

Invoice No.  : 320882        Invoice Date : 2/14/2012
**Total Due : $ 1,291.40**
AFTER 3/30/2012 PAY $1,420.54

| PAYMENT WITH CREDIT CARD | AMEX | MC | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

# Veritext
## Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

**Bill To:** Dean J. Kitchens
Gibson Dunn & Crutcher
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **Invoice #:** | OC120961 |
| **Invoice Date:** | 03/27/2012 |
| **Balance Due:** | $ 2,076.30 |

| | |
|---|---|
| **Case:** | Igor Olenicoff v. UBS AG |
| **Job #:** | 138717   |   Job Date: 03/13/2012   |   Delivery:   Expedited |
| **Location:** | Gibson Dunn & Crutcher<br>3161 Michelson Drive | Irvine, CA 92612 |

**Matter #**

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Christoph Kaufmann | Certified Transcript | Page | 255.00 | $1,514.70 |
| | Transcript - Rough ASCII | Page | 255.00 | $331.50 |
| | Exhibits- hard copy, scanned (B/W) | per page | 174.00 | $113.10 |
| | CD Depo | Per CD | 1.00 | $39.00 |
| | Production & Handling | | 1.00 | $50.00 |
| | Delivery | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $2,076.30 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $2,076.30 |

Fed. Tax ID: ▮▮▮▮▮▮▮      Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to:   **Veritext**

☐ **Visa** ☐  **MC** ☐ **Amex** ☐  **Discover** ☐  **Lock Box**

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | OC120961 |
| **Job #:** | 138717 |
| **Invoice Date:** | 03/27/2012 |
| **Balance :** | $2,076.30 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29274 | 2/7/2012 | 35151 |
| Job Date | Case No. | |
| 1/25/2012 | SAVC08-01029 AG (RNBX) | |
| Case Name | | |
| Olenicoff vs. UBS AG | | |
| Payment Terms | | |
| Net 60 | | |

**JILIO**

PROFESSIONAL COURT REPORTERS
14661 Franklin Avenue, Suite 150
Tustin, CA 92780
P: 714.424.9902    F: 714.424.9987

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

---

Certified Copy (includes processing fee)

| | |
|---|---:|
| Christoph Kurth | 1,042.75 |
| Exhibits | 104.00 |
| Rough ASCII | 415.50 |
| ASCII File & Condensed Transcript (Complimentary) | 0.00 |
| CD-Rom (Complimentary) | 0.00 |
| **TOTAL DUE >>>** | **$1,562.25** |
| AFTER 4/7/2012  PAY | $1,718.48 |

Your patronage and confidence in us is greatly appreciated.



*900825355*

**Tax ID:** ██████

*Please detach bottom portion and return with payment.*

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 29274 |
| Invoice Date | : | 2/7/2012 |
| **Total Due** | : | **$ 1,562.25** |
| AFTER 4/7/2012  PAY  $1,718.48 | | |

**Remit To:  JILIO-RYAN, HUNTER & OLSEN, INC.**
**14661 FRANKLIN AVENUE, SUITE 150**
**TUSTIN, CA  92780**

| | | |
|---|---|---|
| Job No. | : | 35151 |
| BU ID | : | 3-C.WOOD |
| Case No. | : | SAVC08-01029 AG (RNBX) |
| Case Name | : | Olenicoff vs. UBS AG |

BACK-UP INVOICE 000012

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 29261 | 2/6/2012 | 35152 |
| **Job Date** | **Case No.** | |
| 1/26/2012 | SAVC08-01029 AG (RNBX) | |
| **Case Name** | | |
| Olenicoff vs. UBS AG | | |
| **Payment Terms** | | |
| Net 60 | | |

JILIO

PROFESSIONAL COURT REPORTERS
14661 Franklin Avenue, Suite 150
Tustin, CA 92780
P: 714.424.9902   F: 714.424.9987

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Certified Copy (includes processing fee) | | |
| Christoph Kurth | | 591.00 |
| Exhibits | | 117.00 |
| Rough ASCII | | 220.50 |
| ASCII File & Condensed Transcript (Complimentary) | | 0.00 |
| CD-Rom (Complimentary) | | 0.00 |
| | **TOTAL DUE >>>** | **$928.50** |
| | AFTER 4/6/2012 PAY | $1,021.35 |

Your patronage and confidence in us is greatly appreciated.



\* 9 0 0 8 2 5 3 5 4 \*

**Tax ID:** ▉▉▉▉

*Please detach bottom portion and return with payment.*

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071

| | | |
|---|---|---|
| Invoice No. | : | 29261 |
| Invoice Date | : | 2/6/2012 |
| **Total Due** | : | **$ 928.50** |
| AFTER 4/6/2012 PAY | | $1,021.35 |

Remit To: **JILIO-RYAN, HUNTER & OLSEN, INC.**
**14661 FRANKLIN AVENUE, SUITE 150**
**TUSTIN, CA 92780**

| | | |
|---|---|---|
| Job No. | : | 35152 |
| BU ID | : | 3-C.WOOD |
| Case No. | : | SAVC08-01029 AG (RNBX) |
| Case Name | : | Olenicoff vs. UBS AG |

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325716 | 3/26/2012 | 258343 |
| **Job Date** | **Case No.** | |
| 3/13/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Gary London

4,416.05

**TOTAL DUE >>>** **$4,416.05**
AFTER 5/10/2012 PAY $4,857.66

Expedite - Rough Draft

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮▮▮                          Phone: 949-451-3800   Fax:949-451-4220

---

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.      : 258343        BU ID      :41-CM
Case No.     :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 325716        Invoice Date :3/26/2012
**Total Due  : $ 4,416.05**
AFTER 5/10/2012 PAY $4,857.66

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000014

# INVOICE

U.S. Legal Support – CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309688 | 10/21/2011 | 242302 |
| **Job Date** | **Case No.** | |
| 10/12/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Dale Lyon                                                         878.65

                                          TOTAL DUE >>>        **$878.65**
                                          AFTER 12/5/2011 PAY     $966.52

Reference No.  : 93292-00080

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



\* 9 0 0 7 5 8 8 7 3 \*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ████                          Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

Job No.       : 242302        BU ID      :41-CM
Case No.      :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 309688        Invoice Date :10/21/2011
**Total Due**  : **$ 878.65**
AFTER 12/5/2011 PAY $966.52

---

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:

Card Number:

Exp. Date:                        Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000015

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314234 | 12/7/2011 | 243307 |
| **Job Date** | **Case No.** | |
| 11/22/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

  Stephen L. Newman                                                    2,007.35

                                        **TOTAL DUE >>>**      **$2,007.35**
                                        AFTER 1/21/2012 PAY        $2,208.09

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



```
* 9 0 0 8 1 4 6 0 2 *
```

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ████████                    Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

Job No.      : 243307        BU ID      :41-CM
Case No.     :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 314234        Invoice Date :12/7/2011
**Total Due** : $ 2,007.35
AFTER 1/21/2012 PAY $2,208.09

| **PAYMENT WITH CREDIT CARD** | AMEX | MASTER | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000016

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309698 | 10/28/2011 | 239854 |
| **Job Date** | **Case No.** | |
| 10/5/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Igor Olenicoff       2,204.70

                          **TOTAL DUE >>>**     **$2,204.70**

                          AFTER 12/12/2011  PAY     $2,425.17

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



*9 0 0 7 5 8 8 6 8*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ▮▮▮▮▮                      Phone: 949-451-3800    Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

Job No.     : 239854         BU ID       :41-CM

Case No.    :

Case Name : Igor Olenicoff v. UBS AG et. al

Invoice No. : 309698       Invoice Date :10/28/2011

**Total Due   : $ 2,204.70**

AFTER 12/12/2011 PAY $2,425.17

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
         **P O Box 79637**
         **City of Industry, CA  91716-9637**

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309684 | 10/21/2011 | 239855 |
| Job Date | Case No. | |
| 10/7/2011 | | |

| Case Name |
|---|
| Igor Olenicoff v. UBS AG et. al |

| Payment Terms |
|---|
| Due upon receipt |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Igor Olenicoff, Vol. 2                                                2,565.20

                                    **TOTAL DUE  >>>**        **$2,565.20**
                                    AFTER 12/5/2011  PAY          $2,821.72

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



*900758874*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ▮▮▮▮▮                               Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 239855        BU ID     :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 309684      Invoice Date :10/21/2011
**Total Due  : $ 2,565.20**
AFTER 12/5/2011  PAY  $2,821.72

**PAYMENT WITH CREDIT CARD**          AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:_____   Phone#:
Billing Address:
Zip:_____   Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000018

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737 Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305791 | 9/12/2011 | 237073 |
| Job Date | Case No. | |
| 8/29/2011 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Natalia Olenicoff                                                     1,628.30

                                          **TOTAL DUE >>>**      **$1,628.30**
                                          AFTER 10/27/2011 PAY        $1,791.13

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



* 9 0 0 7 4 9 0 8 9 *

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ███████                              Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*
3161 Michaelson Drive
Irvine, CA 92612

Job No.      : 237073        BU ID      :41-CM
Case No.     :
Case Name    : Igor Olenicoff v. UBS AG et. al

Invoice No.  : 305791        Invoice Date :9/12/2011
**Total Due  : $ 1,628.30**
AFTER 10/27/2011 PAY $1,791.13

**PAYMENT WITH CREDIT CARD**        AMEX  [  ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000019

# Veritext
## Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

**Bill To:** Kristopher Diulio, Esq.
Gibson Dunn & Crutcher
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071

| | |
|---|---|
| **Invoice #:** | OC119965 |
| **Invoice Date:** | 03/23/2012 |
| **Balance Due:** | $ 1,111.75 |

| | |
|---|---|
| **Case:** | Igor Olenicoff v. UBS AG |
| **Job #:** | 137659   \|   Job Date: 03/07/2012   \|   Delivery:   Normal |
| **Location:** | Newmeyer & Dillion |
| | 895 Dove Street \| 5th Floor \| Newport Beach, CA 92660 |

**Matter #**

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| | Randal Pissot | Certified Transcript | Page | 200.00 | $660.00 |
| | | Transcript - Rough ASCII | Page | 200.00 | $260.00 |
| | | CD Depo | Per CD | 1.00 | $39.00 |
| | | Exhibits- hard copy, scanned (B/W) | per page | 115.00 | $74.75 |
| | | Production & Handling | | 1.00 | $50.00 |
| | | Delivery | Package | 1.00 | $28.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,111.75 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,111.75 |

Fed. Tax ID: ▮▮▮▮ . | Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

| Make check payable to: **Veritext** |
|---|
| ☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box |
| Credit Card #                    Exp. Date |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) |

| | |
|---|---|
| **Invoice #:** | OC119965 |
| **Job #:** | 137659 |
| **Invoice Date:** | 03/23/2012 |
| **Balance :** | $1,111.75 |

**Please remit payment to:**
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314220 | 12/7/2011 | 243308 |
| **Job Date** | **Case No.** | |
| 11/23/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Edward M. Robbins, Jr.                                                                    1,507.85

                                        TOTAL DUE >>>        $1,507.85
                                        AFTER 1/21/2012 PAY       $1,658.64

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



`*900814599*`

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ███████                                        Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 243308 | BU ID | :41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| | | | |
| Invoice No. | : 314220 | Invoice Date | :12/7/2011 |
| **Total Due** | **: $ 1,507.85** | | |
| AFTER 1/21/2012 PAY $1,658.64 | | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000021

# INVOICE

**BARKLEY**
**Court Reporters**
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2611

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 422642 | 3/7/2012 | 335535 |

| Job Date | Case No. | |
|---|---|---|
| 2/23/2012 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30; Interest @ 1.5%/mo after 30 days | | |

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher LLP - (LA)
333 South Grand Avenue, 47th Fl.
Los Angeles CA  90071-3197

1 Certified Copy/Index transcript of deposition of:
Antoni Stankiewicz

774.29

**TOTAL DUE  >>>**          **$774.29**

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

*9 0 0 8 2 6 7 8 3 *

**Tax ID:** ▮▮▮▮▮

Phone: 213-229-7000    Fax:213-229-7520

*Please detach bottom portion and return with payment.*

---

Dean J. Kitchens, Esq.
Gibson, Dunn & Crutcher LLP - (LA)
333 South Grand Avenue, 47th Fl.
Los Angeles CA  90071-3197

Job No.    :  335535       BU ID    :.BCR - LA
Case No.   :
Case Name  :  Igor Olenicoff v. UBS AG, et al.

Invoice No.  :  422642       Invoice Date  : 3/7/2012
**Total Due**  :  **$ 774.29**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA  90074**

BACK-UP INVOICE 000022



*900758413*

### Veritext Orange County Reporting Company
### A Veritext Company

3090 Bristol Street, Suite 190
Costa Mesa, CA 92626
Tel. 800-649-8787 Fax. (800) 801.9148

**Bill To:** Lauren Eber, Esq.
Gibson Dunn & Crutcher
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | OC99778 |
| Invoice Date: | 09/30/2011 |
| Balance Due: | $787.70 |

**Case:** Olenicoff v. UBS AG, et al.

**Job #:** 83297 | **Job Date:** 08/31/2011 | **Delivery:** Normal

**Location:** IDRC Conference center
70 Fleet Street | London, EC4Y 1EU

**Matter #**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Storey | Certified Transcript | Page | 100.00 | $3.75 | $375.00 |
| 2 | | Exhibits- hard copy, scanned (B/W) | per page | 68.00 | $0.65 | $44.20 |
| 3 | | CD Depo w/ LEF | | 1.00 | $52.00 | $52.00 |
| 4 | | Transcript - Rough ASCII | Page | 97.00 | $2.50 | $242.50 |
| 5 | | Transcript Handling | | 1.00 | $46.00 | $46.00 |
| 6 | | Shipping | Package | 1.00 | $28.00 | $28.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $787.70 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $787.70 |

**Fed. Tax ID:** ▮▮▮▮     Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 32 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | OC99778 |
| Job #: | 83297 |
| Invoice Date: | 09/30/2011 |
| Balance : | $787.70 |

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

For more information on charges related to our services please consult www.veritext.com/serviceinfo

BACK-UP INVOICE 000023

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 311647 | 11/10/2011 | 242235 |

| Job Date | Case No. | |
|---|---|---|
| 10/26/2011 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Jayne Taylor                                                          1,347.25

                                            TOTAL DUE  >>>        $1,347.25
                                            AFTER 12/25/2011 PAY      $1,481.98

Online bill pay available at www.uslegalsupport.com



*900685676*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: ▇▇▇▇▇▇

Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

Job No.      : 242235        BU ID      :41-CM
Case No.     :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 311647        Invoice Date :11/10/2011
**Total Due  : $ 1,347.25**
AFTER 12/25/2011 PAY $1,481.98

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

| PAYMENT WITH CREDIT CARD | AMEX | mastercard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

BACK-UP INVOICE 000024

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 322814 | 2/29/2012 | 252293 |
| **Job Date** | **Case No.** | |
| 2/8/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Jasper Taylor                                                    2,259.15

                                 **TOTAL DUE >>>**     **$2,259.15**

                                 AFTER 4/14/2012  PAY    $2,485.07

Reference No.   : 91354955

Livenote Hookup -- Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

                              **(-) Payments/Credits:**     2,259.15
                              **(+) Finance Charges/Debits:**   225.92
                              **(=) New Balance:**        **0.00**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

---

**Tax ID:** ▮▮▮▮▮▮                                        Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | | |
|---|---|---|---|---|
| Job No. | : 252293 | BU ID | : 41-CM | |
| Case No. | : | | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | | |
| | | | | |
| Invoice No. | : 322814 | Invoice Date | : 2/29/2012 | |
| **Total Due** | : **$0.00** | | | |



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:          Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000025

## Veritext
### Western Regional Headquarters
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127  Fax. 949.955.3854

| Bill To: | Gail E. Ross, Senior Paralegal | | Invoice #: | OC120157 |
|---|---|---|---|---|
| | Gibson Dunn & Crutcher | | Invoice Date: | 03/26/2012 |
| | 3161 Michelson Drive | | Balance Due: | $1,415.35 |
| | 12th Floor | | | |
| | Irvine, CA 92612 | | | |

| Case: | Igor Olenicoff v. UBS AG | Matter # | |
|---|---|---|---|
| Job #: | 137661   |   Job Date: 03/09/2012   |   Delivery:   Normal | | |
| Location: | Newmeyer & Dillion | | |
| | 895 Dove Street | 5th Floor | Newport Beach, CA | | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| 1 | Gary Tenzer | Certified Transcript | Page | 263.00 | $867.90 |
| 2 | | Transcript - Rough ASCII | Page | 263.00 | $341.90 |
| 3 | | CD Depo w/ LEF | | 1.00 | $52.00 |
| 4 | | Exhibits- hard copy, scanned (B/W) | per page | 107.00 | $69.55 |
| 5 | | Exhibit - color copying | Per page | 4.00 | $6.00 |
| 6 | | Production & Handling | | 1.00 | $50.00 |
| 7 | | Delivery | Package | 1.00 | $28.00 |

Notes:

| | | |
|---|---|---|
| Invoice Total: | $1,415.35 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,415.35 |

| Fed. Tax ID | ████████ | Term: Net 30 |
|---|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

| Make check payable to: | Veritext | | | |
|---|---|---|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box | | | | |

Credit Card # _____     Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| Invoice #: | OC120157 |
|---|---|
| Job #: | 137661 |
| Invoice Date: | 03/26/2012 |
| Balance : | $1,415.35 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

BACK-UP INVOICE 000026

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320888 | 2/14/2012 | 252287 |
| **Job Date** | **Case No.** | |
| 1/30/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ana Vargas                                                                 609.30

                                                    **TOTAL DUE >>>**     **$609.30**
                                                    AFTER 3/30/2012 PAY      $670.23

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



                              * 9 0 0 7 6 2 4 9 7 *

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

---

**Tax ID:** ▮▮▮▮▮▮                              Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA  92612

Job No.    : 252287         BU ID      :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 320888         Invoice Date :2/14/2012
**Total Due  : $ 609.30**
AFTER 3/30/2012 PAY $670.23

| PAYMENT WITH CREDIT CARD | AMEX  MC  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

                                                      BACK-UP INVOICE 000027

**Veritext**
**Western Regional Headquarters**
550 South Hope Street, Suite 1775
Los Angeles, CA 90071
Tel. 866.299.5127 Fax. 949.955.3854

Bill To: Lauren A. Eber, Esq.
Gibson Dunn & Crutcher
333 S. Grand Avenue
47th Floor
Los Angeles, CA 90071

| | |
|---|---|
| Invoice #: | OC118137 |
| Invoice Date: | 03/13/2012 |
| Balance Due: | $ 1,802.03 |

| | | | |
|---|---|---|---|
| Case: | Igor Olenicoff v. UBS AG | Matter # | |
| Job #: | 137662 \| Job Date: 03/09/2012 \| Delivery: Expedited | | |
| Location: | Gibson Dunn & Crutcher<br>333 S. Grand Avenue \| 47th Floor \| Los Angeles, CA 90071 | | |

| Item | Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|---|
| | Markus Weber | Certified Transcript | Page | 209.00 | $1,310.43 |
| | | Realtime | Per page | 209.00 | $313.50 |
| | | CD Depo w/ LEF | | 1.00 | $52.00 |
| | | Exhibits- hard copy, scanned (B/W) | per page | 74.00 | $48.10 |
| | | Production & Handling | | 1.00 | $50.00 |
| | | Delivery | Package | 1.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,802.03 |
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,802.03 |

Fed. Tax ID: ▓▓▓▓▓▓     Term: Net 30

Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| Invoice #: | OC118137 |
| Job #: | 137662 |
| Invoice Date: | 03/13/2012 |
| Balance : | $1,802.03 |

Please remit payment to:
20 Corporate Park, Suite 350
Irvine, California 92606

For more information on charges related to our services please consult www.veritext.com/serviceinfo

BACK-UP INVOICE 000028

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 316306 | 12/28/2011 | 249776 |
| **Job Date** | **Case No.** | |
| 12/16/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Benjamin Yandell                                                      858.20

                                        TOTAL DUE >>>        **$858.20**
                                        AFTER 2/11/2012  PAY      $944.02

Rough Draft provided

Online bill pay available at www.uslegalsupport.com



*900814600*

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** ██████          Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher*-Irvine
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 249776 | BU ID | :41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |

Invoice No. : 316306          Invoice Date : 12/28/2011
**Total Due : $ 858.20**
AFTER 2/11/2012 PAY $944.02

**PAYMENT WITH CREDIT CARD**        AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

BACK-UP INVOICE 000029


evolvediscovery

# Invoice

Accounts Receivable | 811 Wilshire Blvd, Ste 1400 | Los Angeles, CA 90017   Tax ID: ▮▮▮▮▮

Phone: 888.666.3564     Fax: 1.866.488.1032

| DATE | INVOICE # |
|---|---|
| 12/30/2011 | 208496 |

| BILL TO | SHIP TO |
|---|---|
| Gibson Dunn<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Attn: Accounts Payable | Gibson Dunn<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Attn: Matthew Riggs |

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|---|---|---|---|---|
| 93292.80 | Net 30 | 1/29/2012 | | 12/9/2011 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Case Name: UBS AG v. Olenicoff | | |
| | Synthetically code client provided documents, run data set through Equivio and export to Concordance. | | |
| ▮▮▮ | ▮▮▮▮▮▮▮ | ▮▮ | 1,079.50 |
| ▮ | ▮▮▮▮▮▮ | ▮▮ | 250.00 |
| | Sales Tax | 9.75% | 0.00 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖
\* 9 0 0 8 2 6 4 8 5 \*

We appreciate your business.

## TOTAL      $1,329.50

I have authorized and received this order

_____

Print Name

_____

Customer Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS
This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:
**Gateway Acceptance Co**
P.O. Box 4053  Concord, CA 94524
Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway,
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513.

BACK-UP INVOICE 000030


evolvediscovery

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/19/2012 | 300083 |

Accounts Receivable | 811 Wilshire Blvd, Ste 1400 | Los Angeles, CA 90017   Tax
ID: ▮▮▮▮▮

Phone: 888.666.3564    Fax: 1.866.488.1032

**BILL TO**
Gibson Dunn
3161 Michelson Drive
Irvine, CA 92612-4412
Attn: Accounts Payable

**SHIP TO**
Gibson Dunn
3161 Michelson Drive
Irvine, CA 92612-4412
Attn: Matthew Riggs

*9 0 0 8 2 6 4 8 8*

| CLIENT MATTER NUMBER | TERMS | DUE DATE | REP | DELIVERY DATE |
|----------------------|-------|----------|-----|---------------|
| 93292.80 | Net 30 | 2/18/2012 | VW | 12/29/2011 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|----------|-------------|------|--------|
| | Case Name: UBS AG v. Olenicoff | | |
| | Prepare client provided documents for production. Synthetically code client provided documents, run data set through Equivio. | | |
| | ▮▮▮▮▮ | ▮▮▮ | 206.97 |
| | | | 206.97 |
| | | | 206.97 |
| | | | 4.69 |
| | | | 1,034.85 |
| | ▮▮▮▮▮ | | 9.60 |
| | ▮▮▮▮▮ | | 731.25 |
| | Sales Tax | 9.75% | 0.00 |

We appreciate your business.

**TOTAL**  $2,401.30

I have authorized and received this order

_____
Print Name

_____
Customer Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS
This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:
**Gateway Acceptance Co**
P.O. Box 4053  Concord, CA 94524
Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway.
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513.

BACK-UP INVOICE 000031

UBS AG
Attn: Marcus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080
_____
–

For Services Rendered Through October 31, 2008



| NAME | | HOURS | RATE | TOTAL |
|------|--|-------|------|-------|
| | | | | |
| **Total Services** | | | | $ ███ |
| COSTS/CHARGES | | | | TOTAL |
| IN HOUSE DUPLICATION | | | $ | 11.70 |
| | | | | |
| **Total Costs/Charges** | | | | ███ |
| **Total Services, Costs/Charges** | | | | ███ |
| **BALANCE DUE** | | | | $ ███ |

UBS AG
Attn: Marcus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080
_____

–

For Services Rendered Through November 30, 2008



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ██████████ | ██ | ██ | ███ |
| **Total Services** | | | $ ███ |

| COSTS/CHARGES | | TOTAL |
|---------------|--|-------|
| IN HOUSE DUPLICATION | | 16.60 |

**Total Costs/Charges**       ███

**Total Services, Costs/Charges**       ███

**BALANCE DUE**       $ ███

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080
_____
_

For Services Rendered Through January 31, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |
| **Total Services** | | | $ |

| COSTS/CHARGES | | TOTAL |
|---------------|--|-------|
| IN HOUSE DUPLICATION | | $    22.50 |
| | | |
| **Total Costs/Charges** | | |
| **Total Services, Costs/Charges** | | |
| **BALANCE DUE** | | $ |

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through February 28, 2009



| NAME | RANK | | HOURS | RATE | | TOTAL |
|------|------|--|-------|------|--|-------|
| | | | | | | |
| **Total Services** | | | ███ | | $ | ██████ |


COSTS/CHARGES
IN HOUSE DUPLICATION                                    TOTAL
                                              $        3.00



**Total Costs/Charges**                                    ███

**Total Services, Costs/Charges**                          ████

**BALANCE DUE**                                     $  ████

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through March 31, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ▮ | ▮ | ▮ | ▮ |
| **Total Services** | | | $ ▮ |

| COSTS/CHARGES | | TOTAL |
|---------------|---|-------|
| IN HOUSE DUPLICATION | $ | 2.50 |
| ▮ | | |
| **Total Costs/Charges** | | ▮ |
| **Total Services, Costs/Charges** | | ▮ |
| **BALANCE DUE** | | $ ▮ |

Invoice Date: April 20, 2009                                   Invoice No. 2009042372

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000036

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through April 30, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| **Total Services** | | | $ █ |



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 1.00 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $ █

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through May 31, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |

Total Services      $ ▮



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 94.60 |

Total Costs/Charges

Total Services, Costs/Charges

BALANCE DUE     $ ▮

---

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through June 30, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
|  |  |  |  |

**Total Services**  $ ███



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 100.50 |

**Total Costs/Charges** ███

**Total Services, Costs/Charges** ███

**BALANCE DUE** $ ███

**Invoice Date: July 15, 2009**                    **Invoice No. 2009071748**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000039

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through September 30, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |
| **Total Services** | | | $ |



| COSTS/CHARGES | | TOTAL |
|---------------|---|-------|
| IN HOUSE DUPLICATION | $ | 43.05 |
| | | |
| **Total Costs/Charges** | | |
| | | |
| **Total Services, Costs/Charges** | | |
| **BALANCE DUE** | | $ |

Invoice Date: October 19, 2009

**Due and Payable Upon Receipt**

Invoice No. 2009102958

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through October 31, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |
| **Total Services** | | | $ ▮▮▮ |



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 17.60 |

**Total Costs/Charges** ▮▮▮

**Total Services, Costs/Charges** ▮▮▮

**BALANCE DUE** $ ▮▮▮

---

**Invoice Date: November 11, 2009**

**Due and Payable Upon Receipt**

**Invoice No. 2009112205**

BACK-UP INVOICE 000041

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through November 30, 2009



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |

**Total Services**     $ ▉



| COSTS/CHARGES | | TOTAL |
|---------------|---|-------|
| IN HOUSE DUPLICATION | $ | 34.60 |

**Total Costs/Charges**    ▉

**Total Services, Costs/Charges**    ▉

**BALANCE DUE**    $ ▉

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through January 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 0.65 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $

---

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through February 28, 2010



| NAME | | HOURS | RATE | TOTAL |
|------|--|-------|------|-------|
| | | | | |

**Total Services**   $

<u>COSTS/CHARGES</u>    <u>TOTAL</u>
IN HOUSE DUPLICATION   $ <u>0.50</u>

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**   $

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through April 30, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 1.40 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through May 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |

**Total Services**　$

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $　20.40 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**　$

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through June 30, 2010



| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|

**Total Services**    $ ████

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $ 132.70 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**    $ ████

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through July 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services**                                        $ ▮▮▮▮



COSTS/CHARGES                                          TOTAL
IN HOUSE DUPLICATION                              $   100.90

**Total Costs/Charges**

**Total Services, Costs/Charges**

**Invoice Date: August 26, 2010**            **Invoice No. 2010082681**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000048

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through August 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $ ▮▮▮

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 182.20 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**Monies Applied From On Account Resulting From Double Payment**

**BALANCE DUE** $ ▮▮

**Invoice Date: September 14, 2010**

**Due and Payable Upon Receipt**

**Invoice No. 2010092475**

BACK-UP INVOICE 000049

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through September 30, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services**     $ ████

COSTS/CHARGES       <u>TOTAL</u>
IN HOUSE DUPLICATION    $   485.70

**Total Costs/Charges**

**Total Services, Costs/Charges**

**Credit Applied**

**BALANCE DUE**

Invoice Date: October 6, 2010      **Due and Payable Upon Receipt**      Invoice No. 2010101874

BACK-UP INVOICE 000050

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through October 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |

**Total Services** $ ▮

| COSTS/CHARGES | | TOTAL |
|---------------|--|-------|
| IN HOUSE DUPLICATION | $ | 43.50 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $ ▮

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through November 30, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ███████ | ███ | ███ | ███ |

**Total Services** $ ███

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | $ 213.05 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $ ███

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through December 31, 2010



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮▮▮ | | | ▮ |
| | | | ▮ |
| **Total Services** | | | $ ▮ |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 61.45 |
| ▮▮▮▮▮▮ | |
| DOCUMENT IMAGING AND COPYING | 35.57 |
| **Total Costs/Charges** | ▮ |
| **Total Services, Costs/Charges** | ▮ |
| **BALANCE DUE** | $ ▮ |

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through February 28, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 234.50 |
| DOCUMENT IMAGING AND COPYING | 155.71 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $

**Invoice Date: March 14, 2011**

**Due and Payable Upon Receipt**

**Invoice No. 2012022585**

BACK-UP INVOICE 000054

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through March 31, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| | | | |
| | | | |
| **Total Services** | | | $ |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 69.45 |
| | |
| DOCUMENT IMAGING AND COPYING | 94.43 |
| **Total Costs/Charges** | |
| **Total Services, Costs/Charges** | |
| **BALANCE DUE** | $ |

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through April 30, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services**                                    $



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 0.90 |
| DOCUMENT IMAGING AND COPYING | 9.80 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**                                    $

---

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through May 31, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services**                                                  $ ▮▮▮▮



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 174.35 |
| DOCUMENT IMAGING AND COPYING | 186.66 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**Invoice Date: June 13, 2011**                    **Invoice No. 2011061807**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000057

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhfstrasse 45, PO Box
8098 Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through June 30, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $ █

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 314.60 |
| DOCUMENT IMAGING AND COPYING | 98.68 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $ █

Invoice Date: July 22, 2011                    Invoice No. 2011072268

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000058

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through July 31, 2011



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 974.15 |
| DOCUMENT IMAGING AND COPYING | 98.68 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE** $

**Invoice Date: August 29, 2011**          **Invoice No. 2011082787**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000059

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through August 31, 2011

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|



**Total Services**                                                        $ ▮▮▮▮

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| IN HOUSE DUPLICATION | 640.95 |



OUTSIDE DUPLICATION AND BINDING          99.60

DOCUMENT IMAGING AND COPYING          103.34

**Total Costs/Charges**                                              ▮▮▮▮

**Total Services, Costs/Charges**                            ▮▮▮▮

**BALANCE DUE**                                              $ ▮▮▮▮

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through September 30, 2011



| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|

**Total Services**                                              $ ▮▮▮▮



| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | 1,007.45 |
| DOCUMENT IMAGING AND COPYING | 176.14 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**                            $ 203,926.76

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through October 31, 2011



| NAME | HOURS | TOTAL |
|------|-------|-------|
| ███ | ███ | ███ |
| **Total Services** | | $ ███ |



| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DOCUMENT RETRIEVAL SERVICE | 372.28 |
| IN HOUSE DUPLICATION | 4,710.90 |
| **Total Costs/Charges** | ███ |

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

---

For Services Rendered Through November 30, 2011

NAME                                                    HOURS            TOTAL



**Total Services**                                                    $

COSTS/CHARGES                                                    TOTAL

DOCUMENT SEARCH AND RETRIEVAL                          345.10
IN HOUSE DUPLICATION                                   294.85



**Total Costs/Charges**


**Invoice Date: December 19, 2011**                    **Invoice No. 2011113318**

**Due and Payable Upon Receipt**


BACK-UP INVOICE 000063

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through December 31, 2011



| NAME | HOURS | TOTAL |
|------|-------|-------|

**Total Services** $

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DOCUMENT SEARCH AND RETRIEVAL | 546.27 |
| IN HOUSE DUPLICATION | 3,049.50 |

**Total Costs/Charges**

**Invoice Date: January 30, 2012**                    **Invoice No. 2012022521**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000064

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

For Services Rendered Through January 31, 2012



| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|

**Total Services** $

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DOCUMENT SEARCH AND RETRIEVAL | $ 1,035.91 |
| IN HOUSE DUPLICATION | 5,519.80 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**Invoice Date: February 22, 2012**      **Vat Number: GB 756 2184 21**      **Invoice No. 2012021893**
**Due and Payable Upon Receipt**
**Solicitors Regulation Authority Number: 324652**

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich


OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through February 29, 2012

| NAME | HOURS | TOTAL |
|------|-------|-------|

 

**Total Services**                                        $

| COSTS/CHARGES | TOTAL |
|---------------|-------|

DOCUMENT SEARCH AND RETRIEVAL        1,038.46
IN HOUSE DUPLICATION                 1,570.00



**Total Costs/Charges**

**Invoice Date: March 2, 2012**                    **Invoice No. 2012040769**

**Due and Payable Upon Receipt**

BACK-UP INVOICE 000066

UBS AG
Attn: Markus Diethelm
Member of the Group Executive Board Group General Counsel
Bahnhofstrasse 45, PO Box 8098
Zurich

OLENICOFF, IGOR, AN INDIVIDUAL; OLEN PRO
93292-00080

_____

For Services Rendered Through March 31, 2012

| NAME | HOURS | TOTAL |
|---|---|---|
|  |  | |
| **Total Services** | | $ |

| COSTS/CHARGES | TOTAL |
|---|---|
|  | |
| DOCUMENT RETRIEVAL SERVICE | 135.00 |
| DOCUMENT SEARCH AND RETRIEVAL | 1,038.46 |
| IN HOUSE DUPLICATION | 5,869.81 |

Invoice Date: April 5, 2012

**Due and Payable Upon Receipt**

Invoice No. 2012040647

BACK-UP INVOICE 000067



**1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015**

<table>
<tr><td>Invoice #</td><td>Customer #</td></tr>
<tr><td>217934</td><td>20233</td></tr>
<tr><td>8/15/11</td><td>2,700.00</td></tr>
<tr><td>Invoice Date</td><td>Total Invoice</td></tr>
</table>

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE,12TH FLR
ATTN: ACCOUNTS PAYABLE
IRVINE, CA 92612

ANY BILLING QUESTIONS
CONTACT DELILA CHAVEZ
TEL #714 558-2400
TAX ID #20-8284527

✂ ------ Cut here and return with payment ------

| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|
| 20233 | 217934 | 8/15/11 | 2,700.00 | 5 |

| Date | Control No. | Svc. Type | | | Breakdown | Total |
|---|---|---|---|---|---|---|

8/01/11 2311610 RE
RELATED ENTITY
GIBSON DUNN & CRUTCHER LLP / JEANETTE BULLINGTON
3161 MICHELSON DRIVE / 7 CORPORATE PLAZA
IRVINE CA 92612 / NEWPORT BEACH CA 92660
Caller: DENA KENNEDY
Case Number:8:08-CV-01029-AG-(RN Case Title:BX)
Documents:IGOR V. UBS AG SUBPOENA TO PRODUCE
Client/Matter: 93292-00080 Signed by: CANCEL PER CLIENT
K.Diulio
Base Chrg : 35.00 — 35.00

8/01/11 2311613 RE
RELATED ENTITY
GIBSON DUNN & CRUTCHER LLP / JEANETTE BULLINGTON
3161 MICHELSON DRIVE / 7 CORPORATE PLAZA
IRVINE CA 92612 / NEWPORT BEACH CA 92660
Caller: DENA KENNEDY
Case Number:8:08-CV-01029-AG-(RN Case Title:BX)
Documents:IGOR V. UBS AG SUBPOENA TO TESTIFY
Client/Matter: 93292-00080 Signed by: CANCEL PER CLIENT
K.Diulio
Base Chrg : 35.00 — 35.00

8/01/11 2311618 SPP
SPECIAL PROCESS
GIBSON DUNN & CRUTCHER LLP / NATALIA OLENICOFF
3161 MICHELSON DRIVE / 7 CORPORATE PLAZA
IRVINE CA 92612 / NEWPORT BEACH CA 92660
Caller: DENA KENNEDY / 3 ADD/MULT ATTEMTPS
Case Number:8:08-CV-01029-AG-(RN Case Title:BX)
Documents:IGOR V. UBS AG SUBPOENA TO PRODUCE
Client/Matter: 93292-00080 Signed by: NATALIA OLENICOFF
K.Diulio
Base Chrg : 115.00
Attempts : 460.00
Add'l Addr: 230.00 — 805.00

8/01/11 2311619 RE
RELATED ENTITY
GIBSON DUNN & CRUTCHER LLP / NATALIA OLENICOFF
3161 MICHELSON DRIVE / 7 CORPORATE PLAZA
IRVINE CA 92612 / NEWPORT BEACH CA 92660
Caller: DENA KENNEDY
Case Number:8:08-CV-01029-AG-(RN Case Title:BX)
Documents:IGOR V. UBS AG SUBPOENA TO TESTIFY
Client/Matter: 93292-00080 Signed by: NATALIA OLENICOFF
K.Diulio
Base Chrg : 35.00
ADV FEES : 52.00 — 87.00

**Total ▶** Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

BACK-UP INVOICE 000068



**1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015**

| Invoice # | Customer # |
|-----------|------------|
| 217934 | 20233 |
| 8/15/11 | 2,700.00 |
| Invoice Date | Total Invoice |

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE,12TH FLR
ATTN: ACCOUNTS PAYABLE
IRVINE, CA 92612

ANY BILLING QUESTIONS
CONTACT DELILA CHAVEZ
TEL #714 558-2400
TAX ID #20-8284527

- - - - - - - - - ✂ - - - - - - - - - - **Cut here and return with payment** - - - - - - - - - - - - - - - - - - -

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|
| | | | 20233 | 217934 | 8/15/11 | 2,700.00 | 6 |
| Date | Control No. | Svc. Type | | | | | |

| Date | Control No. | Svc. Type | | | Breakdown | | Total |
|------|-------------|-----------|---|---|-----------|---|-------|
| 8/01/11 | 2311621 | SPP | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE      CA 92612<br>Caller: DENA KENNEDY<br>Case Number:8:08-CV-01029-AG-(RN<br>Documents:IGOR V. UBS AG<br>Client/Matter: 93292-00080 | STEVE JACOBY<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br>MULT ATTEMPTS<br>Case Title:BX)<br>SUBPOENA TO PRODUCE<br>Signed by: STEVE JACOBY | Base Chrg :  115.00<br>Attempts  :  230.00 | | 345.00 |
| SPECIAL PROCESS | | | | | | | |
| | | | | *K.Dirilio* | | | |
| 8/01/11 | 2311622 | RE | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE      CA 92612<br>Caller: DENA KENNEDY<br>Case Number:8:08-CV-01029-AG-(RN<br>Documents:IGOR V. UBS AG<br>Client/Matter: 93292-00080 | STEVE JACOBY<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br><br>Case Title:BX)<br>SUBPOENA TO TESTIFY<br>Signed by: STEVE JACOBY | Base Chrg :   35.00<br>ADV FEES  :   52.00 | | 87.00 |
| RELATED ENTITY | | | | | | | |
| | | | | *K.Dirilio* | | | |
| | | | Total Charges for Ref. 93292-00080: 1,396.00 | | Base Chrg : | | |
| | | | ████████ | ████████ | | | |
| | | | | | | | 12.00 |
| | | | ████████ | ████████ | | | |
| | | | ████████ | ████████ | | | |

| | | | | | | **Total ▶** | Continued |

**INVOICE PAYMENT DUE UPON RECEIPT**

BACK-UP INVOICE 000069



# U.S. Legal Management Services Inc.

File 749286 Los Angeles, CA 90074-9286

TAX ID# 34-2003879

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1351271 | 13066 |
| **Invoice Date** | **Total Due** |
| 8/15/11 | 1,347.91 |

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE
STE 464
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | PO |
|---|---|---|---|---|
| 13066 | 1351271 | 8/15/11 | 1,347.91 | 3 |

## Service Detail

| Date | Ord No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/09/11 PROCESS-SAME DAY | 9360634 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE    CA 92605<br>Caller: Dena Kennedy<br>8:08-cv-01029<br>OLENICOFF V UBS<br>SUBPOENA TO TESTIFY<br>alt add: Andrei's<br>Signed: cancelled do dec | NATALIE OLENICOFF<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br>Comment: 3 addresses<br><br>Ref: 93292-00080  K. Diulio | Base Chg : 69.25<br>Atmpt/Addl: 138.50<br>Fuel Chrg : 18.70 | 226.45<br>-5.66<br>220.79 |
| 8/09/11 PROCESS-SAME DAY | 9360658 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE    CA 92605<br>Caller: Dena Kennedy    Wait: 20 Min<br>8:08-cv-01029<br>OLENICOFF V UBS<br>SUBPOENA TO TESTIFY<br>alt add:<br>Signed: personal | STEVE JACOBY<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br>Comment: 2nd addr/mult attmpt<br><br>Ref: 93292-00080 | Base Chg : 28.00<br>Wait : 14.00<br>Atmpt/Addl: 138.50<br>Fuel Chrg : 12.47 | 192.97<br>-4.82<br>188.15 |
| 8/09/11 PROCESS-SAME DAY | 9360659 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE    CA 92605<br>Caller: Dena Kennedy<br>8:08-cv-01029<br>OLENICOFF V UBS<br>SUBPOENA TO TESTIFY<br>alt add:<br>Signed: personal | JEANNETTE BULLINTON<br>7 CORPORATE PLAZA<br>CORONA DEL MAR    CA 92625<br>Comment: related/2nd addr<br><br>Ref: 93292-00080 | Base Chg : 28.00<br>Atmpt/Addl: 69.25<br>Fuel Chrg : 6.23<br>Adv/Wit CK: 48.00<br>Check Chg : 4.80 | 156.28<br>-2.71<br>153.52 |
| 8/09/11 PROCESS-SAME DAY | 9360660 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE    CA 92605<br>Caller: Dena Kennedy<br>8:08-cv-01029<br>OLENICOFF V UBS<br>SUBPOENA TO TESTIFY<br>alt add: Andrei's<br>Signed: cancelled do dec | NATALIE OLENICOFF<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br>Comment: RELATED PROCESS<br><br>Ref: 93292-00080 | Base Chg : 28.00 | 28.00<br>-.70<br>27.30 |
| 8/09/11 PROCESS-SAME DAY | 9360661 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE    CA 92605<br>Caller: Dena Kennedy<br>8:08-cv-01029<br>OLENICOFF V UBS<br>SUBPOENA TO PRODUCE<br>alt add:<br>Signed: personal | STEVE JACOBY<br>7 CORPORATE PLAZA<br>NEWPORT BEACH    CA 92660<br>Comment: RELATED PROCESS<br><br>Ref: 93292-00080 | Base Chg : 28.00 | 28.00<br>-.70<br>27.30 |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT



# U.S. Legal Management Services Inc.

File 749286 Los Angeles, CA 90074-9286

TAX ID# 34-2003879

**INVOICE**

| Invoice No. | Customer No. |
|---|---|
| 1351271 | 13066 |
| Invoice Date | Total Due |
| 8/15/11 | 1,347.91 |

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE
STE 464
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13066 | 1351271 | 8/15/11 | 1,347.91 | 4 |

| Date | Ord.No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 8/09/11 | 9360662 | APS | GIBSON DUNN & CRUTCHER LLP | JEANNETTE BULLINTON | Base Chg : 28.00 | 28.00 |
| PROCESS-SAME DAY | | | 3161 MICHELSON DRIVE | 7 CORPORATE PLAZA | | -.70 |
| | | | IRVINE CA 92605 | NEWPORT BEACH CA 92660. | | 27.30 |
| | | | Caller: Dena Kennedy | Comment: RELATED PROCESS | | |
| | | | 8:08-cv-01029 | | | |
| | | | OLENICOFF V UBS | | | |
| | | | SUBPOENA TO PRODUCE | | | |
| | | | alt add: | | | |
| | | | Signed: personal | Ref: 93292-00080    K. Diulio | | |

## INVOICE PAYMENT DUE UPON RECEIPT



# U.S. Legal Management Services Inc.

First Legal

File 749286 Los Angeles, CA 90074-9286

TAX ID# 34-2003879

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE
STE 464
IRVINE, CA 92612

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1351534 | 13066 |
| Invoice Date | Total Due |
| 8/31/11 | 1,546.68 |
| | |
| | |
| | |

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 13066 | 1351534 | 8/31/11 | 1,546.68 | 9 | | |
| Date | Ordr No | Svc | | | Service Detail | | | Charges | Total |
| 8/30/11 | 9368259 | BIL | GIBSON DUNN & CRUTCHER LLP | | STEVE JACOBY | | Adv/Wit Ck: | 48.00 | 48.00 |
| ADDITIONAL BILLING | | | 3161 MICHELSON DRIVE | | 7 CORPORATE PLAZA | | | | |
| | | | IRVINE        CA 92605 | | NEWPORT BEACH    CA 92660 | | | | |
| | | | Caller: Dena Kennedy | | Comment: * NO BASE CHARGE * | | | | |
| | | | 8:08-cv-01029 | | | | | | |
| | | | OLENICOFF V UBS | | | | | | |
| | | | SUBPOENA TO TESTIFY | | | | | | |
| | | | alt add: | | | | | | |
| | | | Signed: BILL FOR MISSED FEES | | Ref: 93292-00080  K. Dinfio | | | | |

Total Charges for Ref. - 93292-00080:     48.00

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

BACK-UP INVOICE 000072



# U.S. Legal Management Services Inc.

File 749286 Los Angeles, CA 90074–9286

TAX ID# 34-2003879

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1351733 | 13066 |
| Invoice Date | Total Due |
| 9/15/11 | 520.33 |
| | |
| | |
| | |

GIBSON DUNN & CRUTCHER LLP
3161 MICHELSON DRIVE
STE 464
IRVINE, CA 92612

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 13066 | 1351733 | 9/15/11 | 520.33 | 8 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 9/13/11 | 9373611 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE          CA 92605<br>Caller: Dena Kennedy<br>08-01029<br>Olenicoff v. UBS AG<br>SUBPOENA TO PRODUCE<br>Please personally se<br>Signed: PERSONAL | DALE MACKENZIE LYON<br>7  Corporate Plaza<br>NEWPORT BEACH    CA 92660<br><br><br><br><br>Ref: 93292-00080 - DIULIO | | | Base Chg :      70.93<br>Fuel Chrg :       6.38 | 77.31 |
| 9/13/11 | 9373631 | APS | GIBSON DUNN & CRUTCHER LLP<br>3161 MICHELSON DRIVE<br>IRVINE          CA 92605<br>Caller: Dena Kennedy<br>08-01029<br>Olenicoff v. UBS AG<br>SUBPOENA TO TESTIFY<br>Please personally se  .<br>Signed: PERSONAL | DALE MACKENZIE LYON<br>7  Corporate Plaza<br>NEWPORT BEACH    CA 92660<br>Comment: RELATED PROCESS<br><br><br><br>Ref: 93292-00080 - DIULIO | | | Base Chg :      28.00<br>Adv/Wit CK:     35.00 | 63.00 |
| | | | | Total  Charges for Ref. - 93292-00080 - DIULIO:      200.10 | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT



HRG Switzerland

Hogg Robinson Switzerland Ltd., HRG Switzerland e-Center, Güterstrasse 82, CH - 4002 Basel

UBS AG ZRH
KAUFMANN CHRISTOPH
POSTFACH
CH - 8098 ZÜRICH

Hogg Robinson Switzerland Ltd.
HRG Switzerland e-Center
Güterstrasse 82
CH - 4002 Basel
+41 0900 55 88 11
+41 58 105 57 99
www.hrgworldwide.com
UBS AG, 8098 Zürich
Konto:      333755.02Q
Clearing:   230
IBAN:       CH25 0023 0230 3337 5502 Q
SWIFT:      UBSWCHZH80A
MwSt:       CHE-106.848.093 MWST

Unsere Ref:     HRG e-Center
Dossier:        2367766
Ihre Ref:       209109

**Rechnungs Nr. 3834142**                                    Basel, 13.03.2012

| Teilnehmer | MR CHRISTOPH KAUFMANN | | Einzelpreis | Betrag | |
|---|---|---|---|---|---|
| | SWISS INTERNATIONAL AIR LINES LTD., Flugbillett | | | | |
| | MR CHRISTOPH KAUFMANN | | | | |
| | Ticket: 000003548960181/1 | | 30.00 | | |
| | Taxes | | 100.00 | 130.00 | FE |
| | PNR-Nummer: XMJ0WE | | | | |
| 14.03.2012 | LONDON CITY AIRPORT - ZURICH | | | | |
| | Cost center 2 | U467 | | | |
| | GPN Number | 883425 | | | |
| | Travel Purpose | NC | | | |
| | Hotel | | | | |
| 13.03.2012 | LANGHAM HOTEL / REGENT ST. LONDON W1B 1JA | | | 0.00 | A0 |
| 14.03.2012 | | | | | |
| | Cost center 2 | U467 | | | |
| | GPN Number | 883425 | | | |
| | Travel Purpose | NC | | | |
| | Zuschlag für Notfalldienst | | | 75.50 | A0 |
| | Cost center 2 | U467 | | | |
| | GPN Number | 883425 | | | |
| | Travel Purpose | NC | | | |

| | | | | |
|---|---|---|---|---|
| Total | | | CHF | 205.50 |
| Abrechnung: | | | | |
| 13.03.2012 | Lodge Air Plus 1920XXXXXXX5351 | | CHF | -130.00 |
| 13.03.2012 | Lodge Air Plus 1920XXXXXXX5351 | | CHF | -75.50 |
| Saldo | | | CHF | 0.00 |
| **Saldo** | | | **CHF** | **0.00** |

| | | | | |
|---|---|---|---|---|
| MwSt: | 0% inkl. | A0 | 75.50 = | 0.00 |
| MwSt: | 0% inkl. | FE | 130.00 = | 0.00 |
| **Total MwSt. / Unsere MwSt-Nr.: CHE-106.848.093 MWST** | | | **CHF** | **0.00** |

Preis- und Programmänderungen bleiben vorbehalten. Für die durch uns vermittelten Einzelleistungen gelten die allgemeinen Hinweise und Bedingungen der
genannten Leistungserbringer wie Flug-, Bahn-, Schiffsgesellschaften, Mietwagenfirmen, Hotels etc. Bei Pauschalarrangements gelten die allgemeinen
Hinweise und Bedingungen der aufgeführten Reiseveranstalter.

Besten Dank für Ihren geschätzten Auftrag.

A Hogg Robinson Group company.

Rechnungs Nr. 3834142, Seite 1/2

Digitally signed by Hogg Robinson Switzerland Ltd.
Date: 2012.03.13 20:04:33 +01:00
Reason: Accounting Document
Location: Zurich

BACK-UP INVOICE 000074



HRG Switzerland

Hogg Robinson Switzerland Ltd., HRG Switzerland e-Center, Güterstrasse 82, CH - 4002 Basel

UBS AG ZRH
KAUFMANN CHRISTOPH
POSTFACH
CH - 8098 ZÜRICH

Hogg Robinson Switzerland Ltd.
HRG Switzerland e-Center
Güterstrasse 82
CH - 4002 Basel
+41 0900 55 88 11
+41 58 105 57 99
www.hrgworldwide.com
UBS AG, 8098 Zürich
Konto:    333755.02Q
Clearing: 230
IBAN:     CH25 0023 0230 3337 5502 Q
SWIFT:    UBSWCHZH80A
MwSt:     CHE-106.848.093 MWST

| Unsere Ref: | HRG e-Center |
| Dossier: | 2367766 |
| Ihre Ref: | 209109 |

**Rechnungs Nr. 3830695**                                    Basel, 12.03.2012

Teilnehmer        MR CHRISTOPH KAUFMANN

|  |  | Einzelpreis | Betrag |  |
|---|---|---|---|---|
|  | SWISS INTERNATIONAL AIR LINES LTD., Flugbillett | | | |
|  | MR CHRISTOPH KAUFMANN | | | |
|  | Ticket: 000009530027387/1 | 349.00 | | |
|  | Taxes | 192.40 | 541.40 | FE |
|  | PNR-Nummer: XMJ0WE | | | |
| 13.03.2012 | ZURICH - LONDON CITY AIRPORT | | | |
| 13.03.2012 | LONDON CITY AIRPORT - ZURICH | | | |
|  | Cost center 2      U467 | | | |
|  | GPN Number        883425 | | | |
|  | Travel Purpose     NC | | | |

| Total | | CHF | 541.40 |
|---|---|---|---|
| Abrechnung: | | | |
| 09.03.2012 | Lodge Air Plus 1920XXXXXXX5351 | CHF | -541.40 |
| Saldo | | CHF | 0.00 |
| **Saldo** | | **CHF** | **0.00** |

| MwSt: | 0% inkl. | FE | 541.40 = | 0.00 |
|---|---|---|---|---|
| **Total MwSt. / Unsere MwSt-Nr.: CHE-106.848.093 MWST** | | | **CHF** | **0.00** |

Preis- und Programmänderungen bleiben vorbehalten. Für die durch uns vermittelten Einzelleistungen gelten die allgemeinen Hinweise und Bedingungen der genannten Leistungserbringer wie Flug-, Bahn-, Schiffsgesellschaften, Mietwagenfirmen, Hotels etc. Bei Pauschalarrangements gelten die allgemeinen Hinweise und Bedingungen der aufgeführten Reiseveranstalter.

Besten Dank für Ihren geschätzten Auftrag.

A Hogg Robinson Group company.                                    Rechnungs Nr. 3830695, Seite 1/1

Digitally signed by Hogg Robinson Switzerland Ltd
Date: 2012.03.12 09:43:50 +01:00
Reason: Accounting Document
Location: Zurich

BACK-UP INVOICE 000075



**Tax Invoice**

Carlson Wagonlit Singapore Pte Ltd (Reg No. 199600179G)
70 Anson Road #18-00 Hub Synergy Point, Singapore 079905
Tel: (+65) 6220 2228  Fax: (+65) 6224 9948
GST REG NO : M2-8923034-3

| | | |
|---|---|---|
| **KURTH/CHRISTOPHMR** | | |
| UBS AG | **Invoice No:** | 50836762 |
| ONE RAFFLES QUAY | **Invoice Date:** | 19-Dec-11 |
| #50-01 NORTH TOWER | **Client No:** | 0025001001 |
| SINGAPORE 048583 | **Booking Ref:** | ZGZ3FO |
| | **Agent:** | GETTHERE OBT |

| Description | Charges (SGD) | Taxes (SGD) | Total (SGD) |
|---|---|---|---|
| **KURTH/CHRISTOPHMR** | | | |
| **BSP AIR TICKET – NO: 618-5068779185** | **$5,478.00** | **$847.80** | **$6,325.80** |
| Singapore      -    Los Angeles | SQ   038 | 23-Jan-12 | D |
| Los Angeles   -    Singapore | SQ   037 | 26-Jan-12 | D |
| **TRANSACTION FEE - NO: 618-5068779185** | **$60.00** | **$0.00** | **$60.00** |

| | |
|---|---|
| Charges: | $5538.00 |
| Taxes: | $847.80 |
| 7% GST: | $0.00 |
| **Total Invoice:** | $6,385.80 |
| Payments: Amount charged by Airline - Credit Card  AXxxxxxxxxxxx1000 | $(6,325.80) |
| Amount charged by CWT   - Credit Card  AXxxxxxxxxxxx1000 | $(60.00) |
| **Total Payments:** | $(6,385.80) |
| **Total Invoice Due:** | $0.00 |

**\*No payment is required for this invoice\***

If payment is required, please make a cheque payable to Carlson Wagonlit Singapore Pte Ltd or refer to the bank details
below for payment by Telegraphic transfer.

Account Name: Carlson Wagonlit Singapore Pte Ltd
Bank Name: Standard Chartered Bank
Branch Name: Battery Road
Bank Account: 01-0-133321-8
Bank Code: 7144
Branch Code: 001
Swift Code: SCBLSGSG

1) Remittance to be made in the currency as stated in this invoice.
2) Interest of 2% per month will be charged on overdue amount.
3) When making payment, please quote our invoice number.
4) For bill enquiries, please contact your travel desk.

BACK-UP INVOICE 000076

Sheraton Los Angeles Downtown
711 S. Hope St
Los Angeles, CA 90017
213-488-3500 / 213-488-4110
http://www.starwood.com/



**Sheraton**
HOTELS & RESORTS

| | | | |
|---|---|---|---|
| Kurth, Christophmr | Page Number | 1 | Invoice Nbr | 1000059373 |
| Ubs/global/gp | Guest Number | 585876 | Arrive Date | 01-23-2012 |
| Pass# F0489396 | Folio ID | A | Depart Date | 01-26-2012 |
| , CA | No. Of Guest | 1 | | |
| | Room Number | 402 | | |
| | Time | 01-26-2012 08:01 | | |

Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 01-23-2012 | RT402 | Room Chrg Corp Volume LRA | $155.00 | |
| 01-23-2012 | RT402 | Occupancy Tax | $21.70 | |
| 01-23-2012 | RT402 | LA City Tourism Asses Fee | $2.33 | |
| 01-23-2012 | RT402 | California Tourism Assessment | $0.12 | |
| 01-24-2012 | RT402 | Room Chrg Corp Volume LRA | $155.00 | |
| 01-24-2012 | RT402 | Occupancy Tax | $21.70 | |
| 01-24-2012 | RT402 | LA City Tourism Asses Fee | $2.33 | |
| 01-24-2012 | RT402 | California Tourism Assessment | $0.12 | |
| 01-25-2012 | RT402 | Room Chrg Corp Volume LRA | $155.00 | |
| 01-25-2012 | RT402 | Occupancy Tax | $21.70 | |
| 01-25-2012 | RT402 | LA City Tourism Asses Fee | $2.33 | |
| 01-25-2012 | RT402 | California Tourism Assessment | $0.12 | |
| 01-26-2012 | AX | American Express | | $-537.45 |
| | | ** Total | $537.45 | $-537.45 |
| | | ** Balance | $0.00 | |
| **** | | | $0.00 | |

Continued on the next page

Sheraton Los Angeles Downtown
711 S. Hope St
Los Angeles, CA 90017
213-488-3500 / 213-488-4110
http://www.starwood.com/



Sheraton
HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Kurth, Christophmr | Page Number | 2 | Invoice Nbr | 1000059373 |
| Ubs/global/gp | Guest Number | 585876 | Arrive Date | 01-23-2012 |
| Pass# F0489396 | Folio ID | A | Depart Date | 01-26-2012 |
| , CA | No. Of Guest | 1 | | |
| | Room Number | 402 | | |
| | Time | 01-26-2012 08:01 | | |

Invoice

---

0.00
0.00
0.00
0.00
0.00

Transformation Unveiled - Experience Sheraton's multi-billion
dollar enhancements at nearly 100 renovated hotels across North America and
see for yourself what all the excitement is about. Explore more at
www.sheraton.com/renovatedhotels

As a Starwood Preferred Guest, you could have earned 1020
Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing Starwood Hotels. We look forward to
welcoming you back soon!

BACK-UP INVOICE 000078



HRG Switzerland

Hogg Robinson Switzerland Ltd., HRG Switzerland e-Center, Güterstrasse 82, CH - 4002 Basel

UBS AG
CORPORATE CENTER
WEBER MARKUS
POSTFACH
CH - 8098 ZÜRICH

Hogg Robinson Switzerland Ltd.
HRG Switzerland e-Center
Güterstrasse 82
CH - 4002 Basel
+41 0900 55 88 11
+41 58 105 57 99
www.hrgworldwide.com
UBS AG, 8098 Zürich
Konto:      333755.02Q
Clearing:   230
IBAN:       CH25 0023 0230 3337 5502 Q
SWIFT:      UBSWCHZH80A
MwSt:       CHE-106.848.093 MWST

| Unsere Ref: | HRG e-Center |
| Dossier: | 2351551 |
| Ihre Ref: | 141779 |

**Rechnungs Nr. 3814254**                     Basel, 29.02.2012

Teilnehmer        MR MARKUS WEBER

|  |  | Einzelpreis | Betrag |  |
|---|---|---|---|---|
|  | SWISS INTERNATIONAL AIR LINES LTD., Flugbillett | | | |
|  | MR MARKUS WEBER | | | |
|  | Ticket: 000003549492248/1 | 4'692.00 | | |
|  | Taxes | 424.40 | 5'116.40 | FE |
|  | PNR-Nummer: PXNHNG | | | |
| 06.03.2012 | ZURICH - LOS ANGELES | | | |
| 11.03.2012 | LOS ANGELES - ZURICH | | | |
|  | Inhouse Information        43306628 | | | |
| Total | | CHF | 5'116.40 | |
| Abrechnung: | | | | |
| 27.02.2012 | Visa 4857XXXXXXXX4112 | CHF | -5'116.40 | |
| Saldo | | CHF | 0.00 | |
| **Saldo** | | **CHF** | **0.00** | |
| MwSt: | 0% inkl.                          FE | 5'116.40 = | 0.00 | |
| **Total MwSt. / Unsere MwSt-Nr.: CHE-106.848.093 MWST** | | **CHF** | **0.00** | |

Preis- und Programmänderungen bleiben vorbehalten. Für die durch uns vermittelten Einzelleistungen gelten die allgemeinen Hinweise und Bedingungen der genannten Leistungserbringer wie Flug-, Bahn-, Schiffsgesellschaften, Mietwagenfirmen, Hotels etc. Bei Pauschalarrangements gelten die allgemeinen Hinweise und Bedingungen der aufgeführten Reiseveranstalter.

Besten Dank für Ihren geschätzten Auftrag.

Digitally signed by Hogg Robinson Switzerland Ltd.
Date: 2012.02.29 12:22:09 +01:00
Reason: Accounting Document
Location: Zurich

BACK-UP INVOICE 000079



BW

BEVERLY WILSHIRE
*Beverly Hills*
A FOUR SEASONS HOTEL

**Mr. Markus Weber**
Stockerstrasse 64
PO Box
Zurich  8098

| | |
|---|---|
| **Folio No.** | : |
| **Room No.** | : 0583 |
| **Date** | : 03/11/12 |
| **Cashier** | : |
| **Arrival** | : 03/07/12 |
| **Departure** | : 03/11/12 |
| **Page** | : 1 of 1 |

| Date | Text | Charges USD | Credits USD |
|---|---|---|---|
| 03/07/12 | Room Charge | 235.00 | |
| 03/07/12 | Occupancy Surcharge 1.2% | 2.82 | |
| 03/07/12 | Room Tax 14% | 33.29 | |
| 03/07/12 | Tourism Assessment | 0.23 | |
| 03/08/12 | Room Charge | 235.00 | |
| 03/08/12 | Occupancy Surcharge 1.2% | 2.82 | |
| 03/08/12 | Room Tax 14% | 33.29 | |
| 03/08/12 | Tourism Assessment | 0.23 | |
| 03/09/12 | Room Charge | 235.00 | |
| 03/09/12 | Occupancy Surcharge 1.2% | 2.82 | |
| 03/09/12 | Room Tax 14% | 33.29 | |
| 03/09/12 | Tourism Assessment | 0.23 | |
| 03/10/12 | The BLVD Dinner | 200.00 | |
| 03/10/12 | Room Charge | 235.00 | |
| 03/10/12 | Occupancy Surcharge 1.2% | 2.82 | |
| 03/10/12 | Room Tax 14% | 33.29 | |
| 03/10/12 | Tourism Assessment | 0.23 | |
| | **Total** | **1,285.36** | **0.00** |
| | **Balance** | **1,285.36 USD** | |

9500 WILSHIRE BOULEVARD, BEVERLY HILLS, CALIFORNIA 90212, U.S.A.
TEL: (310) 275-5200  FAX: (310) 274-2851  www.fourseasons.com

BACK-UP INVOICE 000080