# Exhibit F

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314041 | 12/30/2011 | 241368 |

| Job Date | Case No. | |
|---|---|---|
| 11/8/2011 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA  90071

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Bradley C. Birkenfield, Vol. 1 | 323.00 | Pages | @ | 5.50 | 1,776.50 |
| Exhibit | 266.00 | Pages | @ | 0.55 | 146.30 |
| Full Day Per Diem | | | | 150.00 | 150.00 |
| 11. Video Charge | 285.00 | Pages | @ | 0.35 | 99.75 |
| 3. Ship/Handle/processing | | | | 55.00 | 55.00 |
| E-cd | | | | 30.00 | 30.00 |
| 1. Rough Draft | 285.00 | | @ | 1.50 | 427.50 |

TOTAL DUE >>>   ~~$2,685.05~~

AFTER 2/13/2012 PAY   ~~$2,953.56~~

$2,012.80

Reference No.    :  31723

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 2,685.05 |
| (+) Finance Charges/Debits: | 268.51 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 213-229-7124   Fax:213.229.6887

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 241368 | BU ID | : 41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| Invoice No. | : 314041 | Invoice Date | : 12/30/2011 |
| **Total Due** | **: $0.00** | | |

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA  90071

### PAYMENT WITH CREDIT CARD

AMEX   MASTERCARD   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **U.S. Legal Support (CA Reporting)**
            **P O Box 79637**
            **City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000001

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315077 | 12/15/2011 | 241371 |

| Job Date | Case No. | |
|---|---|---|
| 11/9/2011 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Bradley C. Birkenfield, Vol. 2 | 343.00 Pages | @ | 5.50 | 1,886.50 |
| Exhibit | 135.00 Pages | @ | 0.55 | 74.25 |
| Full Day Per Diem | | | 150.00 | 150.00 |
| 11. Video Charge | 302.00 Pages | @ | 0.35 | 105.70 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| E-cd | | | 30.00 | 30.00 |

TOTAL DUE >>>  $2,301.45

AFTER 1/29/2012 PAY  $2,531.60

**$2,195.75**

Reference No.  :  31721

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 2,301.45 |
| (+) Finance Charges/Debits: | 230.15 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 213-229-7124  Fax:213.229.6887

*Please detach bottom portion and return with payment.*

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA 90071

| | | | | |
|---|---|---|---|---|
| Job No. | : 241371 | BU ID | : 41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| Invoice No. | : 315077 | Invoice Date | : 12/15/2011 |
| **Total Due** | : **$0.00** | | |

### PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:  **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA 91716-9637**

REVISED BACK-UP INVOICE 000002

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 315072 | 12/15/2011 | 241373 |

| Job Date | Case No. | |
|---|---|---|
| 11/10/2011 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA  90071

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Bradley C. Birkenfield, Vol. 3 | | | | 250.00 |
| Exhibit | 108.00 Pages | @ | 0.55 | 59.40 |
| Full Day Per Diem | | | 150.00 | 150.00 |
| 11. Video Charge | 37.00 Pages | @ | 0.35 | 12.95 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| E-cd | | | 30.00 | 30.00 |
| 1. Rough Draft | 37.00 | @ | 1.50 | 55.50 |

|  |  |
|---|---|
| TOTAL DUE >>> | $612.85 |
| AFTER 1/29/2012 PAY | $674.14 |

Reference No.     :  31722

$544.40

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 612.85 |
| (+) Finance Charges/Debits: | 61.29 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 213-229-7124   Fax:213.229.6887

*Please detach bottom portion and return with payment.*

Dean J. Kitchens
Gibson, Dunn & Crutcher
333 South Grand Avenue
46th Floor
Los Angeles, CA  90071

| | | | |
|---|---|---|---|
| Job No. | : 241373 | BU ID | : 41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| Invoice No. | : 315072 | Invoice Date | : 12/15/2011 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:     **U.S. Legal Support (CA Reporting)**
              **P O Box 79637**
              **City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000003

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA  92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305813 | 9/13/2011 | 237074 |
| **Job Date** | **Case No.** | |
| 8/30/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA  92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jeanette Bullington | 157.00 | Pages | @ | 5.50 | 863.50 |
| Exhibit | 83.00 | Pages | @ | 0.55 | 45.65 |
| Video Charge | 139.00 | Pages | @ | 0.35 | 48.65 |
| 3. Ship/Handle/processing | | | | 55.00 | 55.00 |
| 1. Rough Draft | 139.00 | | @ | 1.50 | 208.50 |
| E-cd | | | | 30.00 | 30.00 |

TOTAL DUE >>>                      $1,251.30
AFTER 10/28/2011 PAY              $1,376.43

**$ 994.15**

Rough Draft provided.

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:          1,251.30
(+) Finance Charges/Debits:      125.13
(=) New Balance:                   **0.00**

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 949-451-3800    Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA  92612

Job No.    : 237074          BU ID      :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 305813         Invoice Date :9/13/2011
**Total Due** : **$ 0.00**

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000004

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737 Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 321231 | 2/15/2012 | 252291 |

| Job Date | Case No. | |
|---|---|---|
| 2/1/2012 | | |

| Case Name | |
|---|---|
| Igor Olenicoff v. UBS AG et. al | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Donald Curtis | 253.00 Pages | @ | 5.50 | 1,391.50 |
| Exhibit | 120.00 Pages | @ | 0.55 | 66.00 |
| 11. Video Charge | 223.00 Pages | @ | 0.35 | 78.05 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| E-cd | | | 30.00 | 30.00 |
| 3. LEF w/Exhibit link | | | 0.00 | 0.00 |
| 1. Rough Draft | 223.00 | @ | 1.50 | 334.50 |

TOTAL DUE >>> $1,955.05
AFTER 3/31/2012 PAY $2,150.56

$ 1542.50

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 1,955.05 |
| (+) Finance Charges/Debits: | 195.51 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 252291 | BU ID | :41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| | | | |
| Invoice No. | : 321231 | Invoice Date | :2/15/2012 |
| Total Due | : $ 0.00 | | |

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA 91716-9637**

REVISED BACK-UP INVOICE 000005

# INVOICE

U.S. Legal Support - LA
15250 Ventura Boulevard
Suite 410
Sherman Oaks, CA 91403
Phone:818-995-0600  Fax:818-995-4248

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325089 | 3/20/2012 | 258342 |
| Job Date | Case No. | |
| 3/12/2012 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| James Dowling | 133.00 Pages | @ | 5.95 | 791.35 |
| Exhibit | 396.00 Pages | @ | 0.60 | 237.60 |
| 1. Livenote | 116.00 Pages | @ | 1.75 | 203.00 |
| 4-1. Video Charge | 116.00 Pages | @ | 0.35 | 40.60 |
| E-cd | | | 30.00 | 30.00 |
| 4. Handle/Process | | | 45.00 | 45.00 |
| 1. Rough Draft | 116.00 | @ | 1.50 | 174.00 |
| 1. UPS Next Day Air | | | 36.00 | 36.00 |

Livenote Hookup -- Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| TOTAL DUE >>> | $1,557.55 |
| AFTER 5/4/2012 PAY | $1,713.31 |
| | $1,103.95 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 155.76 |
| (=) New Balance: | 1,713.31 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 258342 | BU ID | :40-GG |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| | | | |
| Invoice No. | : 325089 | Invoice Date | :3/20/2012 |
| **Total Due** | **: $ 1,713.31** | | |

### PAYMENT WITH CREDIT CARD      AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

**Remit To: U.S. Legal Support (CA Reporting)**
P O Box 79637
**City of Industry, CA 91716-9637**

REVISED BACK-UP INVOICE 000006

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737 Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325676 | 3/26/2012 | 258344 |
| Job Date | Case No. | |
| 3/14/2012 | | |
| Case Name | | |
| Igor Olenicoff v. UBS AG et. al | | |
| Payment Terms | | |
| Due upon receipt | | |

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Jeffrey Gottfredson | 358.00 | Pages | @ | 5.75 | 2,058.50 |
| 2 Day Expedite | | | | | 1,854.11 |
| Exhibit | 507.00 | Pages | @ | 0.60 | 304.20 |
| 11-Livenote | 313.00 | Pages | @ | 1.75 | 547.75 |
| 11-Video Charge | 313.00 | Pages | @ | 0.35 | 109.55 |
| E-cd | | | | 30.00 | 30.00 |
| 4. Handle/Process | | | | 45.00 | 45.00 |
| 11- UPS Next Day Air | | | | 36.10 | 36.10 |
| 1- Rough Draft | 313.00 | | @ | 1.50 | 469.50 |
| 1- UPS Next Day Air | | | | 29.83 | 29.83 |
| Overtime after 5:00 | 2.00 | Hours | @ | 65.00 | 130.00 |

TOTAL DUE >>> $5,624.87
AFTER 5/10/2012 PAY $6,187.36

$ 2,567.70

Expedite - Livenote hookup - Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Phone: 949-451-3800 Fax:949-451-4220

Tax ID: 76-0523238

*Please detach bottom portion and return with payment.*

Lauren Eber
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No. : 258344   BU ID :41-CM
Case No. :
Case Name : Igor Olenicoff v. UBS AG et. al

Invoice No. : 325676   Invoice Date :3/26/2012
**Total Due** : $ 5,624.87

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA 91716-9637**

REVISED BACK-UP INVOICE 000007

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309113 | 10/15/2011 | 240961 |
| **Job Date** | **Case No.** | |
| 10/11/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stephen Jacoby | 391.00 Pages | @ | 5.50 | 2,150.50 |
| Exhibit | 324.00 Pages | @ | 0.55 | 178.20 |
| Video Charge | 347.00 Pages | @ | 0.35 | 121.45 |
| 4. Handle/Process | | | 45.00 | 45.00 |
| 1. Rough Draft | 347.00 | @ | 1.50 | 520.50 |
| E-cd | | | 30.00 | 30.00 |
| 1. UPS Next Day Air | | | 33.86 | 33.86 |
| LEF w/Exhibit link | | | 0.00 | 0.00 |
| Overtime after 5:00 | 1.50 Hours | @ | 65.00 | 97.50 |

| | |
|---|---|
| TOTAL DUE >>> | $3,177.01 |
| AFTER 11/29/2011 PAY | $3,494.71 |
| | $2,501.20 |

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 3,177.01 |
| (+) Finance Charges/Debits: | 317.70 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238

Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 240961         BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 309113      Invoice Date :10/15/2011
**Total Due** : **$ 0.00**

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000008

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320882 | 2/14/2012 | 252296 |
| **Job Date** | **Case No.** | |
| 1/27/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stephen Jacoby | 167.00 Pages | @ | 5.50 | 918.50 |
| Exhibit | 29.00 Pages | @ | 0.55 | 15.95 |
| 1. Rough Draft | 147.00 | @ | 1.50 | 220.50 |
| E-cd | | | 30.00 | 30.00 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| 11. Video Charge | 147.00 Pages | @ | 0.35 | 51.45 |
| 3. LEF w/Exhibit link | | | 0.00 | 0.00 |

TOTAL DUE >>>  $1,291.40
AFTER 3/30/2012 PAY  $1,420.54

$ 1,019.45

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  129.14
(=) New Balance:  1,420.54

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Tax ID:** 76-0523238

Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 252296        BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 320882      Invoice Date :2/14/2012
**Total Due :  $ 1,420.54**

**PAYMENT WITH CREDIT CARD**     AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000009

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 325716 | 3/26/2012 | 258343 |

| Job Date | Case No. |
|---|---|
| 3/13/2012 | |

| Case Name |
|---|
| Igor Olenicoff v. UBS AG et. al |

| Payment Terms |
|---|
| Due upon receipt |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Gary London | 314.00 | Pages | @ | 5.75 | 1,805.50 |
| 2-Day Expedite | | | | | 1,626.52 |
| Exhibit | 551.00 | Pages | @ | 0.60 | 330.60 |
| 1. Rough Draft | 276.00 | | @ | 1.50 | 414.00 |
| 4. Handle/Process | | | | 45.00 | 45.00 |
| Litigation Support CD | | | | 30.00 | 30.00 |
| 1. UPS Next Day Air | | | | 39.83 | 39.83 |
| 2. Color laser | 28.00 | Pages | @ | 1.00 | 28.00 |
| 11. Video Charge | 276.00 | Pages | @ | 0.35 | 96.60 |

TOTAL DUE >>>  $4,416.05
AFTER 5/10/2012 PAY  $4,857.66

Expedite - Rough Draft  2,239.10

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 258343          BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 325716      Invoice Date :3/26/2012
**Total Due  : $ 4,416.05**

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

REVISED BACK-UP INVOICE 000010

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309688 | 10/21/2011 | 242302 |
| **Job Date** | **Case No.** | |
| 10/12/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Dale Lyon | 111.00 Pages | @ | 5.50 | 610.50 |
| Video Charge | 99.00 Pages | @ | 0.35 | 34.65 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| 4. Rough Draft | 99.00 | @ | 1.50 | 148.50 |
| E-cd | | | 30.00 | 30.00 |

TOTAL DUE >>>  $878.65
AFTER 12/5/2011 PAY  $966.52
$695.50

Reference No. : 93292-00080
Rough Draft provided
Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:   878.65
(+) Finance Charges/Debits:   87.87
(=) New Balance:   0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

Tax ID: 76-0523238

Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Job No.    : 242302       BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 309688     Invoice Date :10/21/2011
**Total Due** : **$ 0.00**

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

**PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000011

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314234 | 12/7/2011 | 243307 |
| **Job Date** | **Case No.** | |
| 11/22/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Stephen L. Newman | 246.00 Pages | @ | 5.50 | 1,353.00 |
| Exhibit | 312.00 Pages | @ | 0.55 | 171.60 |
| 11. Video Charge | 215.00 Pages | @ | 0.35 | 75.25 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| E-cd | | | 30.00 | 30.00 |
| LEF w/Exhibit link | | | 0.00 | 0.00 |
| 1. Rough Draft | 215.00 | @ | 1.50 | 322.50 |

TOTAL DUE >>>   $2,007.35
AFTER 1/21/2012 PAY   $2,208.09
$1,609.60

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:   2,007.35
(+) Finance Charges/Debits:   200.74
(=) New Balance:   0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                     Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 243307 | BU ID | :41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |
| | | | |
| Invoice No. | : 314234 | Invoice Date | :12/7/2011 |
| **Total Due** | : **$ 0.00** | | |

| PAYMENT WITH CREDIT CARD | AMEX | MASTER | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date: _____ Phone#:
Billing Address:
Zip: _____ Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000012

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309698 | 10/28/2011 | 239854 |

| Job Date | Case No. | |
|---|---|---|
| 10/5/2011 | | |

| Case Name | |
|---|---|
| Igor Olenicoff v. UBS AG et. al | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Igor Olenicoff | 273.00 Pages | @ | 5.50 | 1,501.50 |
| Exhibit | 136.00 Pages | @ | 0.55 | 74.80 |
| 11. Video Charge | 239.00 Pages | @ | 0.35 | 83.65 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| 1. Rough Draft | 239.00 | @ | 1.50 | 358.50 |
| E-cd | | | 30.00 | 30.00 |
| LEF w/Exhibit link | | | 0.00 | 0.00 |
| Overtime after 5:00 | 1.25 Hours | @ | 65.00 | 81.25 |
| 1. Parking | | | 20.00 | 20.00 |

TOTAL DUE >>> $2,204.70
AFTER 12/12/2011 PAY $2,425.17

$1,762.55

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:  2,204.70
(+) Finance Charges/Debits:  220.47

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                    Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.   : 239854        BU ID      :41-CM
Case No.  :
Case Name :  Igor Olenicoff v. UBS AG et. al

Invoice No. : 309698      Invoice Date : 10/28/2011
**Total Due** : $ 0.00

## PAYMENT WITH CREDIT CARD        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:_____  Phone#:_____
Billing Address:
Zip:_____  Card Security Code:_____
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000013

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 309684 | 10/21/2011 | 239855 |
| **Job Date** | **Case No.** | |
| 10/7/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diullo
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Igor Olenicoff, Vol. 2 | 321.00 | Pages | @ | 5.50 | 1,765.50 |
| Exhibit | 177.00 | Pages | @ | 0.55 | 97.35 |
| Video Charge | 281.00 | Pages | @ | 0.35 | 98.35 |
| 3. Ship/Handle/processing | | | | 55.00 | 55.00 |
| 1. Rough Draft | 281.00 | | @ | 1.50 | 421.50 |
| E-cd | | | | 30.00 | 30.00 |
| LEF  w/Exhibit link | | | | 0.00 | 0.00 |
| Overtime after 5:00 | 1.50 | Hours | @ | 65.00 | 97.50 |

TOTAL DUE >>>    $2,565.20
AFTER 12/5/2011 PAY    $2,821.72

Rough Draft provided

$ 2,046.36

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 2,565.20 |
| (+) Finance Charges/Debits: | 256.52 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                     Phone: 949-451-3800    Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diullo
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | | |
|---|---|---|---|---|
| Job No. | : 239855 | | BU ID | :41-CM |
| Case No. | : | | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | | |
| Invoice No. | : 309684 | | Invoice Date | :10/21/2011 |
| **Total Due** | : $ 0.00 | | | |

PAYMENT WITH CREDIT CARD     AMEX  MASTER  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
          **P O Box 79637**
          **City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000014

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 305791 | 9/12/2011 | 237073 |
| **Job Date** | **Case No.** | |
| 8/29/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Natalia Olenicoff | 209.00 Pages | @ | 5.50 | 1,149.50 |
| Exhibit | 54.00 Pages | @ | 0.55 | 29.70 |
| Video Charge | 186.00 Pages | @ | 0.35 | 65.10 |
| 3. Ship/Handle/processing | 55.00 | | 55.00 | |
| 1. Parking | 20.00 | | 20.00 | |
| 1. Rough Draft | 186.00 | @ | 1.50 | 279.00 |
| E-cd | 30.00 | | 30.00 | |

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

TOTAL DUE >>>  $1,628.30
AFTER 10/27/2011 PAY  $1,791.13
$ 1,284.20

(-) Payments/Credits: 1,628.30
(+) Finance Charges/Debits: 162.83
(=) New Balance: 0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payment.

**Tax ID:** 76-0523238

Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.  : 237073       BU ID  :41-CM
Case No.  :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No.  : 305791       Invoice Date :9/12/2011
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000015

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737 Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 314220 | 12/7/2011 | 243308 |

| Job Date | Case No. | |
|---|---|---|
| 11/23/2011 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Edward M. Robbins, Jr. | 188.00 Pages | @ | 5.50 | 1,034.00 |
| Exhibit | 152.00 Pages | @ | 0.55 | 83.60 |
| 11- Video Charge | 165.00 Pages | @ | 0.35 | 57.75 |
| 3. Ship/Handle/processing | | | 55.00 | 55.00 |
| E-cd | | | 30.00 | 30.00 |
| LEF w/Exhibit link | | | 0.00 | 0.00 |
| 1. Rough Draft | 165.00 | @ | 1.50 | 247.50 |

TOTAL DUE >>> $1,507.85
AFTER 1/21/2012 PAY $1,658.64

$ 1,202.60

Rough Draft provided.

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits: 1,507.85
(+) Finance Charges/Debits: 150.79
(=) New Balance: 0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238

Phone: 949-451-3800  Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 243308      BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 314220      Invoice Date :12/7/2011
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000016

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 322814 | 2/29/2012 | 252293 |
| **Job Date** | **Case No.** | |
| 2/8/2012 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jasper Taylor | 199.00 Pages | @ | 5.50 | 1,094.50 |
| Exhibit | 520.00 Pages | @ | 0.60 | 312.00 |
| 1. Livenote | 174.00 Pages | @ | 1.75 | 304.50 |
| 11. Video Charge | 174.00 Pages | @ | 0.35 | 60.90 |
| E-cd | | | 30.00 | 30.00 |
| 3. Ship/Handle/processing | | | 65.00 | 65.00 |
| Laptop Rental | | | 50.00 | 50.00 |
| Overtime after 5:00 | 1.25 Hours | @ | 65.00 | 81.25 |
| 3. LEF w/Exhibit link | | | 0.00 | 0.00 |
| 1. Rough Draft | 174.00 | @ | 1.50 | 261.00 |

TOTAL DUE >>>     $2,259.15
AFTER 4/14/2012 PAY     $2,485.07

**$1,488.70**

Reference No.  : 91354955
Livenote Hookup -- Rough Draft Provided

Online bill pay available at www.uslegalsupport.com

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                    Phone: 949-451-3800    Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 252293          BU ID      :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 322814          Invoice Date :2/29/2012
**Total Due** : $ 0.00

## PAYMENT WITH CREDIT CARD     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000017

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 311647 | 11/10/2011 | 242235 |

| Job Date | Case No. |
|---|---|
| 10/26/2011 | |

| Case Name |
|---|
| Igor Olenicoff v. UBS AG et. al |

| Payment Terms |
|---|
| Due upon receipt |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Jayne Taylor | 210.00 Pages | @ 5.50 | 1,155.00 |
| Exhibit | 76.00 Pages | @ 0.55 | 41.80 |
| 11. Video Charge | 187.00 Pages | @ 0.35 | 65.45 |
| 3. Ship/Handle/processing | | 55.00 | 55.00 |
| E-cd | | 30.00 | 30.00 |
| LEF w/Exhibit link | | 0.00 | 0.00 |

TOTAL DUE >>>        $1,347.25
AFTER 12/25/2011 PAY    $1,481.98
                    $ 1,281.80

Online bill pay available at www.uslegalsupport.com

(-) Payments/Credits:        1,347.25
(+) Finance Charges/Debits:    134.73
(=) New Balance:            0.00

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                    Phone: 949-451-3800    Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 242235        BU ID    :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 311647        Invoice Date :11/10/2011
**Total Due  : $ 0.00**

**Remit To: U.S. Legal Support (CA Reporting)**
P O Box 79637
City of Industry, CA  91716-9637

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

REVISED BACK-UP INVOICE 000018

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 320888 | 2/14/2012 | 252287 |

| Job Date | Case No. | |
|---|---|---|
| 1/30/2012 | | |

| Case Name | | |
|---|---|---|
| Igor Olenicoff v. UBS AG et. al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Ana Vargas | 73.00 Pages | @ | 5.50 | 401.50 |
| Exhibit | 8.00 Pages | @ | 0.55 | 4.40 |
| 1. Rough Draft | 64.00 | @ | 1.50 | 96.00 |
| E-cd | 30.00 | | | 30.00 |
| 3. Ship/Handle/processing | 55.00 | | | 55.00 |
| 11. Video Charge | 64.00 Pages | @ | 0.35 | 22.40 |
| 3. LEF  w/Exhibit link | 0.00 | | | 0.00 |

TOTAL DUE >>>       $809.30
AFTER 3/30/2012  PAY       $670.23

$490.90

Rough Draft provided

Online bill pay available at www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 60.93 |
| (=) New Balance: | 670.23 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID: 76-0523238**                          Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diulio
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

| | | | |
|---|---|---|---|
| Job No. | : 252287 | BU ID | :41-CM |
| Case No. | : | | |
| Case Name | : Igor Olenicoff v. UBS AG et. al | | |

Invoice No. : 320888        Invoice Date :2/14/2012
**Total Due  :  $ 670.23**

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

### PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

REVISED BACK-UP INVOICE 000019

# INVOICE

U.S. Legal Support - CM
575 Anton Boulevard
Suite 400
Costa Mesa, CA 92626
Phone:714-486-0737  Fax:714-486-0746

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 316306 | 12/28/2011 | 249776 |
| **Job Date** | **Case No.** | |
| 12/16/2011 | | |
| **Case Name** | | |
| Igor Olenicoff v. UBS AG et. al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kristopher Diullo
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Benjamin Yandell | 105.00 | Pages | @ | 5.50 | 577.50 |
| Exhibit | 43.00 | Pages | @ | 0.55 | 23.65 |
| 11. Video Charge | 93.00 | Pages | @ | 0.35 | 32.55 |
| 3. Ship/Handle/processing | | | | 55.00 | 55.00 |
| E-cd | | | | 30.00 | 30.00 |
| LEF w/Exhibit link | | | | 0.00 | 0.00 |
| 1. Rough Draft | 93.00 | | @ | 1.50 | 139.50 |

TOTAL DUE >>>   $858.20
AFTER 2/11/2012  PAY   $944.02

$ 186.15

Rough Draft provided

Online bill pay available at:www.uslegalsupport.com

| | |
|---|---|
| (-) Payments/Credits: | 858.20 |
| (+) Finance Charges/Debits: | 85.82 |
| (=) New Balance: | 0.00 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

Tax ID: 76-0523238                                 Phone: 949-451-3800   Fax:949-451-4220

*Please detach bottom portion and return with payment.*

Kristopher Diullo
Gibson, Dunn & Crutcher
3161 Michaelson Drive
Irvine, CA 92612

Job No.    : 249776          BU ID        :41-CM
Case No.   :
Case Name  : Igor Olenicoff v. UBS AG et. al

Invoice No. : 316306          Invoice Date : 12/28/2011
**Total Due** : **$ 0.00**

---

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **U.S. Legal Support (CA Reporting)**
**P O Box 79637**
**City of Industry, CA  91716-9637**

REVISED BACK-UP INVOICE 000020